# EXHIBIT A

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
BRIAN WALSH and BARBARA WALSH,

         Plaintiffs,

     -against-              Civ. Act. No.:
                                     09 CIV 1803

KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ N.V. a/k/a KLM
ROYAL DUTCH AIRLINES,

         Defendant.
-------------------------------x

                       399 Knollwood Road
                       White Plains, New York

                       October 29, 2009
                       9:15 a.m.


      EXAMINATION BEFORE TRIAL of BRIAN WALSH, the

Plaintiff herein, held at the above time and place,

taken before Cheryl Thompson, a Shorthand Reporter

and Notary Public within and for the State of

New York, pursuant to Order.


                * * * * * *

Page 2

```
 1
 2    A P P E A R A N C E S :              2
 3
 4
 5    KELLY & MEENAGH, LLP
      Attorneys for Plaintiffs
 6        135 North Water Street
          P.O. Box 1031
 7        Poughkeepsie, New York  12602

 8    BY:  JOHN P. MEENAGH, JR., ESQ.

 9
10    CONDON & FORSYTH LLP
      Attorneys for Defendant
11        Times Square Tower
          7 Times Square
12        New York, New York  10036
13    BY:  BARTHOLOMEW J. BANINO, ESQ.
          MARISSA N. LEFLAND, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1         S T I P U L A T I O N S          3
 2
 3         IT IS HEREBY STIPULATED AND AGREED by and
 4    between the attorneys for the respective parties
 5    hereto that the sealing, filing, and certification of
 6    the within deposition be waived; that such deposition
 7    may be signed and sworn to before any officer
 8    authorized to administer an oath, with the same force
 9    and effect as if signed and sworn to before the
10    officer before whom said deposition is taken.
11
12         IT IS FURTHER STIPULATED AND AGREED that
13    all objections, except as to form, are reserved to the
14    time of trial.
15
16
17
18
19
20
21
 2
23
24
25
```

Page 4

```
 1                                        4
 2    BRIAN WALSH,
 3              the Plaintiff herein, having been
 4              first duly sworn by a Notary Public
 5              of the State of New York, upon being
 6              examined, testified as follows:
 7    EXAMINATION BY
 8    MR. BANINO:
 9         Q   Please state your name for the record.
10         A   Brian J. Walsh.
11         Q   Please state your address for the
12    record.
13         A   5702 Chelsea Cove North, Hopewell
14    Junction, New York 12533.
15         Q   Good morning, Mr. Walsh.
16         A   Good morning.
17         Q   My name is Bartholomew Banino, and I
18    am an attorney with Condon & Forsyth representing
19    KLM Royal Dutch Airlines in this action.
20              Have you ever given a deposition
21    before?
22         A   No, I have not.
23         Q   The way this works is, I'm going to
24    ask questions and you're going to answer them as
25    best you can.
```

Page 5

```
 1              Brian Walsh              5
 2              Because we have a court reporter
 3    writing down the answer, we need to verbalize our
 4    answers.  We can't nod or --
 5         A   Right, I understand.
 6         Q   -- say "um-hm," which I sometimes do
 7    myself.
 8              If you don't understand any questions,
 9    please feel free to stop me and ask me to clarify
10    or tell me you don't understand, and I will try to
11    ask it in a different way.
12              If you need a break, please let me
13    know --
14         A   Okay.
15         Q   -- okay?
16              You have stated your name and
17    address.
18              Does anybody live with you at the
19    address you have given?
20         A   Yes.
21         Q   Who is that?
22         A   My wife.
23         Q   And what is her name?
24         A   Barbara Walsh.
25              And currently also my son is living
```

Page 6

Brian Walsh                 6

1
2  with me temporarily.
3       Q   What is his name?
4       A   Matthew.
5       Q   How old is Matthew?
6       A   Twenty-eight.
7       Q   Do you have other children?
8       A   Yes, I do.  Patrick is thirty-three,
9  Erin McDonald, she's married, you want to know how
10 old she is?  You want her age?
11      Q   Sure.
12      A   She is -- she will be thirty-one in a
13 couple of weeks.
14      Q   Is that all?
15      A   Yes.
16      Q   How long have you been married to
17 Barbara Walsh?
18      A   Thirty-seven years.
19      Q   How long have you lived at that
20 address?
21      A   Let's see.  We moved in May of 2002 so
22 seven-and-a-half years.
23      Q   How long have you lived in the town or
24 area that you're living in now?
25      A   Let's see.  I moved to Hopewell in

Page 7

Brian Walsh                 7

1
2  19 --
3            MR. MEENAGH:  Just one second.
4       Off the record.
5            (Whereupon, a discussion was
6       held off the record.)
7       A   Thirty-three years, approximately.
8       Q   What is your current profession?
9       A   I am a high school football coach.
10      Q   What school do you coach at?
11      A   John Jay High School in Hopewell
12 Junction.
13      Q   Is that also John Jay East Fishkill?
14      A   That's correct.
15      Q   How long have you been at John Jay?
16      A   Five years.
17      Q   Where were you prior to that?
18      A   Brewster High School in Brewster,
19 New York.
20      Q   What was your job there?
21      A   I was a health educator and head
22 football coach.
23      Q   At John Jay, do you have any other
24 positions other than football coach?
25      A   No.  In the off season I'm an

Page 8

Brian Walsh                 8

1
2  intramural worker, in the off season.  I run
3  winter and spring intramural strength and
4  conditioning program.
5            MR. BANINO:  Off the record.
6            (Whereupon, a discussion was
7       held off the record.)
8       Q   Now, Mr. Walsh, we are here or the
9  subject of this lawsuit is a trip that you took in
10 July of 2007.
11           Can you please just briefly describe
12 what that trip was?
13      A   It was a trip to Africa, Tanzania,
14 Africa, approximately two weeks, with my wife and
15 two friends.  Two other friends, me, and my wife.
16      Q   Who were those two friends?
17      A   Jennifer Costabile.
18      Q   You may need if you can spell for the
19 court reporter.
20      A   Let's see.  C-O-S-T-A-B-I-L-E.  I
21 believe that's good.
22           And Carol McGowan was the other person
23 who accompanied us.  McGowan, M-C capital G,
24 O-W-A-N.  I believe.  I believe that's it.
25      Q   Do you know the addresses for either

Page 9

Brian Walsh                 9

1
2  Miss Costabile or Miss McGowan?
3       A   Not the exact.
4       Q   Approximately?
5       A   Miss Costabile is Augusta Drive,
6  Hopewell Junction, and Carol is -- I believe it's
7  East 71st Street, Manhattan.  I'm not sure of the
8  exact address right here.
9       Q   How do you know Miss Costabile?
10      A   She is a longtime friend that worked
11 with my wife in Newburgh as a teacher.  She is
12 currently a teacher in Newburgh.
13      Q   Miss Costabile or your wife?
14      A   Miss Costabile.
15           My wife was a teacher for sixteen
16 years in Newburgh.
17      Q   I assume you're referring to the
18 Newburgh school system.
19      A   Yes.
20      Q   How do you know Miss McGowan?
21      A   She worked with my wife.  My wife is
22 currently a literacy coach for the Board of Ed,
23 New York City, and she worked with my wife for a
24 few years so we became friends.
25      Q   How did you purchase the tickets for

Page 10

Brian Walsh                    10

1
2   this trip?
3        A   I believe my wife purchased them
4   through an agency, that she did it online.
5        Q   Do you know the name of that agency?
6        A   Let's see.  Overseas Adventure Travel.
7   They refer to it as "OAT."  Based out of Boston,
8   Mass.
9        Q   Did she purchase the tickets for the
10  four of you, or just you and your wife?
11       A   I believe my wife purchased them just
12  for us.  I think.  I'm not quite sure of that.
13       Q   Do you have any documents in
14  connection with the purchase of these tickets, any
15  itineraries, any receipts?
16       A   Possibly.  I'm not sure.
17          MR. BANINO:  I will follow up in
18       a document request for those
19       documents.
20  (REQUEST) _____
21       Q   Do you have copies of those tickets,
22  or boarding passes?
23       A   I don't think so.
24       Q   Do you recall if you threw them out
25  after the trip?

Page 11

Brian Walsh                    11

1
2        A   I mean, I don't recall throwing them
3   out but I'm not sure if I have them.  I don't
4   think I have the boarding passes.
5        Q   Where did the transportation begin?
6        A   It began at J.F.K.  We flew out of
7   J.F.K.
8        Q   What were the cities you stopped in on
9   your way to Tanzania?
10       A   Amsterdam, and, let's see.  I think
11  that's it.  We --
12       Q   Where did you land?
13       A   I think we landed in Kilimanjaro.  I
14  believe that's where we landed.
15       Q   Did you travel internationally before?
16       A   Yes.
17       Q   About how many times have you traveled
18  internationally?
19       A   Three times before.
20       Q   What were those other trips?
21       A   They were trips to Amsterdam, they
22  were trips to Italy, and to Ireland.
23       Q   How long ago were each of those three
24  trips?
25       A   They were, let's see.  Amsterdam was

Page 12

Brian Walsh                    12

1
2   2002, Italy was I think either the year after or
3   two years after so either 2003 or 2004, and then
4   Ireland was 2005.
5          No.  Ireland was 2006, because that
6   was the year I retired from Brewster.
7        Q   Your trip to Amsterdam, did you travel
8   with KLM?
9        A   I don't recall.
10       Q   Do you recall the carriers that you
11  traveled with to Italy or Ireland?
12       A   I don't recall those.  I think Ireland
13  was Aer Lingus but I'm not sure.
14       Q   Have you ever filed a claim of any
15  kind against an airline before?
16       A   No, I have not.
17          MR. BANINO:  I'd like to mark this
18       as Exhibit A (indicating).
19          (Whereupon, Passenger Name Record
20       was marked Defendant's Exhibit A for
21       Identification, as of this date, by
22       the reporter.)
23       Q   Mr. Walsh, I'm showing you a document
24  which has been produced to your attorney.  It's a
25  passenger name record, and the lines on this

Page 13

Brian Walsh                    13

1
2   document are numbered, and lines 3 to 7 show a
3   flight itinerary.
4          Does that itinerary look like the
5   itinerary that you traveled on?
6          And that is on July 5th, did you
7   travel from J.F.K. to Amsterdam, and then July 6th
8   travel from Amsterdam to Kilimanjaro, et cetera?
9        A   Yes, I believe that's correct.  There
10  was a time change, so as far as the day, I guess
11  that's -- I believe that's it.
12       Q   Now, did you travel from New York with
13  Miss Costabile and Miss McGowan?
14       A   Yes.
15       Q   So the four of you traveled together
16  throughout this itinerary?
17       A   Yes.  Well, yes.  On the way there.
18  On the way back Miss McGowan stayed over for a
19  couple of days in Amsterdam, so she didn't fly
20  back to New York with us.
21       Q   Did you meet a group of people when
22  you arrived at J.F.K. for this trip?
23       A   Let's see.  Did we meet them in
24  New York or -- we flew with a group, yes, from
25  OAT.  I believe it was in New York, yes.  Yes.

Page 14

Brian Walsh                14

1
2      Q    And did you return with this group as
3  well?
4      A    Yes.
5      Q    By "return," I mean from Kilimanjaro
6  to J.F.K.
7      A    Yes.
8      MR. MEENAGH:  Well --
9      A    They all didn't, you know.  We left
10  Kilimanjaro together.  Some in Amsterdam, I know
11  some took other flights.  There was some people
12  from the original group who did fly back to
13  New York.
14      MR. MEENAGH:  Just so we are
15      clear, you said did you fly back to
16      New York, because and Brian and his
17      wife ended up taking the later flight
18      because of this accident, so they
19      didn't fly back to New York with the
20      group.
21      MR. BANINO:  Right.
22      A    Right.
23      Q    Okay.
24      A    Yeah.  We were supposed to.
25      Q    Thanks.

Page 15

Brian Walsh                15

1
2      And did you have any problems on your
3  flights from New York to Kilimanjaro?
4      A    No.
5      Q    What did you do in Kilimanjaro during
6  this two-week trip?
7      A    Well, we didn't stay in Kilimanjaro,
8  we were with this group.
9      We went to Arusha City, called
10  "Arusha," and from Arusha we went to Serengeti and
11  some other parks in Tanzania.
12      Q    What type of activities did you do
13  during this trip?
14      A    A lot of sightseeing, mostly safari.
15      Q    Was it the type of safari where you're
16  in a Jeep and you're driving through and you view
17  the animals?
18      A    Right, yes.
19      Q    Did the four of you stay together
20  throughout this two weeks?
21      A    Yes.
22      Q    About how many people were in the OAT
23  group during these two weeks?
24      A    I guess there were probably about --
25  approximately twenty, twenty-five maybe.

Page 16

Brian Walsh                16

1
2      Q    And about how many of those twenty
3  people returned on the Kilimanjaro to Amsterdam
4  flight?
5      A    I think most of them, if I recall
6  correctly.
7      As I said, in Amsterdam some went to
8  other flights.
9      Q    What time was your flight from
10  Kilimanjaro to Amsterdam?
11      A    I believe it was -- it was in the
12  morning.  It was relatively early in the morning,
13  I believe.  I can't recall the exact time.
14      Q    And do you recall about how long the
15  flight was to Amsterdam?
16      A    Well, we had -- let's see.
17      We actually flew in from Kilimanjaro,
18  we actually flew to another -- I'm trying to think
19  of the name of the town right on the coast of
20  Africa.
21      We flew there first and picked up some
22  passengers and then flew to Amsterdam.  If I had a
23  map, I could tell you the city.
24      Q    It was another city.
25      A    It was another city.

Page 17

Brian Walsh                17

1
2      Q    On the way to Amsterdam.
3      A    Yes.  It was in Africa.
4      Q    And about what time did you arrive in
5  Amsterdam?
6      A    Let's see.  Amsterdam time, I thought
7  it was approximately maybe 10:30, 11 o'clock in
8  the morning, I believe.
9      Q    So this was an overnight flight?
10      A    No, it wasn't overnight flight.
11      Q    With the time change it was the same
12  day?
13      A    It was the same day, yes.
14      Q    Did you have any problems during that
15  flight at all?
16      A    From Kilimanjaro to Amsterdam?
17      Q    Right.  With the stopping.
18      A    No.
19      Q    Nothing unusual happened?
20      A    No.
21      Q    Did you sit with your wife or next to
22  your wife?
23      A    Yes.
24      Q    Do you recall about what time your
25  flight was scheduled to leave from Amsterdam to

Page 18

Brian Walsh                    18

1
2    J.F.K.?
3        A    Well, I remember it was about a three-
4    and-a-half or four-hour layover, so I guess it was
5    scheduled to depart sometime in the afternoon.
6        Q    Early afternoon?
7        A    Yes.
8        Q    Was it in fact a three-and-a-half or
9    four-hour layover?
10       A    Well, it turned out to be a little bit
11   more of that because of my injury, but yes, it
12   was.
13       Q    What I mean is, it wasn't shorter than
14   that say because your flight was delayed.
15       A    No.  It arrived on time to the best of
16   my knowledge.
17       Q    Did you have anything to eat on the
18   flight from Kilimanjaro to Amsterdam?
19       A    I don't recall.
20       Q    Do you recall if there were any meal
21   services done on the flight?
22       A    I don't recall.
23       Q    Did you drink anything on the flight?
24       A    I don't believe I did but I'm not
25   sure.

Page 19

Brian Walsh                    19

1
2        Q    After you landed in Amsterdam, did you
3    go through customs at that time?
4        A    No, I don't believe we did.
5        Q    Do you recall about how far it was
6    from the gate that you arrived at from Kilimanjaro
7    to your departure gate for the J.F.K. flight?
8        A    It was quite a distance because we --
9    I don't know exactly.  It wasn't in the vicinity
10   where we came in from Kilimanjaro, it was in
11   another part of the airport.
12       Q    Did you go straight from the arrival
13   gate from your Tanzania flight to your departure
14   gate for the J.F.K. flight?
15       A    No.
16       Q    What did you do?
17       A    We got something to eat.  We stayed in
18   like the little cafe area for a while, got
19   something to eat, walked around, did some window
20   shopping, read.
21       Q    Do you recall where this area was in
22   the airport, this cafe area?
23       A    It was -- not exactly, but it wasn't
24   far from where we departed from Kilimanjaro.
25           When we got off the airport, you come

Page 20

Brian Walsh                    20

1
2    out there and there is an area there.
3        Q    So it was closer to the arrival gate
4    from Tanzania than it was to the departure gate to
5    J.F.K.?
6        A    Yes.
7        Q    Now, who was with you at that time,
8    and I mean during that three-and-a-half, four
9    hours?
10       A    My wife and Jennifer Costabile.
11       Q    What had happened to Miss McGowan?
12       A    She left to get a cab, I believe, to
13   go downtown to Amsterdam.  She was going to stay
14   for a couple of days and visit Amsterdam.
15       Q    Did you see Ms. McGowan again prior to
16   arriving back in New York?
17       A    No.
18       Q    What did you have to eat if you can
19   recall during that three-and-a-half to four
20   hours?
21       A    I had a sandwich, soft drink.
22       Q    Did you have any alcoholic beverages?
23       A    No, I did not.
24       Q    Did you take any medications at the
25   time?

Page 21

Brian Walsh                    21

1
2        A    No, I did not.
3        Q    Were you taking any vitamins at the
4    time?
5        A    No.
6        Q    I see that you are wearing glasses
7    today.
8            Were you wearing your glasses that
9    day?
10       A    Yes.
11       Q    Are those for nearsightedness,
12   farsightedness?
13       A    They are bifocals.
14       Q    What are the two different lenses?
15       A    The numbers?
16       Q    Well, if you know the numbers --
17       A    I don't know the numbers offhand.
18       Q    Is one for nearsightedness and one for
19   farsightedness?
20       A    Yes.  One is for reading.
21       Q    About how long prior to the departure
22   did you head to the departure gate for your flight
23   to J.F.K.?
24       A    I believe it was maybe -- headed there
25   approximately forty-five minutes to an hour to the

Page 22

```
1              Brian Walsh        22
2     best of my recollection.
3          Q    Was there an announcement over a
4     loudspeaker which caused you to head toward the
5     departure gate --
6          A    No.
7          Q    -- or when you thought it was just
8     about time to go?
9          A    Right.
10         Q    About how long did it take you to get
11    there to the departure gate?
12         A    I can't recall exactly.  It was a good
13    walk.  Timewise I don't recall exactly.
14         Q    About how far ahead of the scheduled
15    departure did you arrive at the departure gate?
16         A    I think about maybe forty-five
17    minutes, possibly an hour.
18         Q    This is in the area of the departure
19    gate.
20         A    Excuse me?
21         Q    This is to the departure gate.
22         A    Where I arrived.
23         Q    Yes.
24         A    Yes.
25         Q    Okay.  Do you recall what gate number
```

Page 23

```
1              Brian Walsh        23
2     it was?
3          A    Offhand I don't recall the exact
4     number.
5          Q    What did you do when you arrived at
6     the departure gate?
7          A    We just sat.  The three of us sat and
8     talked.
9          Q    Did you sit in the area around the
10    departure gate?
11         A    Yes.
12         Q    Could you see the gate agent and/or
13    the boarding desk from where you were sitting?
14         A    As I arrived you kind of could.  The
15    way I was sitting was -- I had my back to it so I
16    couldn't see it directly.
17              MR. BANINO:  Can we mark these as
18    exhibits (indicating).
19              (Whereupon, seven photographs were
20              marked Defendant's Exhibits B through
21              H for Identification, as of this date,
22              by the reporter.)
23         Q    Mr. Walsh, I'm showing you photographs
24    which have been marked as Defendant's Exhibits B
25    through H.
```

Page 24

```
1              Brian Walsh        24
2          Can you identify these for the
3     record?
4          A    Yes.
5          Q    What are these photos?
6          A    These are photos of the area I was
7     sitting in and the bar that I tripped over in the
8     area.
9          Q    Who took those photos?
10         A    Carol McGowan.
11         Q    When did she take those photos?
12         A    She took those when she returned to
13    New York from Amsterdam, which was -- I'm not
14    exactly sure but it was within a couple of days of
15    the accident.
16         Q    So these were not taken the day that
17    you fell.
18         A    No, they were not.
19         Q    Do you know whether this is the same
20    gate that you departed from?
21         A    Yes, it is.
22         Q    How do you know that?
23         A    I recall it and I remember D-7.  I
24    believe that was the gate.
25         Q    How did she know where to take
```

Page 25

```
1              Brian Walsh        25
2     photos?
3          A    I told her.
4          Q    What did you tell her?
5          A    You know, the gate that I departed,
6     that we were departing from.
7          Q    What was the conversation you had with
8     her?
9          A    Well, she had called my wife actually
10    just to see how things went, and we explained the
11    accident, what happened, and she said that she
12    would go and take pictures of the area.
13         Q    And why was that?
14         A    Because I asked her to because I
15    thought it was unusual that this bar was sticking
16    out in the area.
17         Q    What did you intend to do with those
18    photos?
19         A    Well, I just -- if anything came up,
20    I wanted to have evidence that in fact there was
21    a bar there, what it looked like, because I
22    thought it was unusual that a bar should be
23    sticking out.
24         Q    You said "if anything came up."
25         What would come up?
```

Page 26

Brian Walsh                26

1
2    A   Depending on my injury, how bad it
3    was, if there was a lawsuit.
4    Q   Filed by you?
5    A   Filed by me.
6    Q   Do those photos as best you recall
7    accurately depict what it looked like on the day
8    that you fell?
9    A   Yes.
10   Q   Now, showing you what's been marked as
11   Exhibit B, there appear to be chairs on one side
12   of the bar.
13       MR. MEENAGH:  Which is B?  I'm
14   sorry.
15       MR. BANINO:  The first one.
16       MR. MEENAGH:  Okay.
17   Q   There are chairs on one side of the
18   bar.
19       Was that the area that you said you
20   were sitting in?
21   A   Yes.
22   Q   Maybe not necessarily those exact
23   chairs or --
24   A   Yes.  We were sitting right there
25   (indicating).

Page 27

Brian Walsh                27

1
2    Q   So you were sitting in those chairs
3    that are depicted in that photo.
4    A   That's correct.
5    Q   About how long were you sitting in
6    those chairs?
7    A   From the time we arrived at
8    approximately half an hour to forty-five minutes.
9    Q   Just to describe the scene, looking at
10   that Exhibit B, did you come from the area where
11   the people are standing to sit down when you
12   arrived at the gate?
13   A   I came from their left.  Like people
14   here (indicating), I came from their left.
15   Q   So from where the people are standing,
16   that side.
17   A   Yes, yes, and walked in this way
18   (indicating).
19   Q   And you sat down in those chairs that
20   are depicted in that photo.
21   A   That's correct.
22   Q   And you say to the left.
23       By that you mean from the direction
24   that's within the photo as opposed to from an area
25   looking at the photo.

Page 28

Brian Walsh                28

1
2    A   From the area I was sitting.
3    Q   Right?
4    A   Facing forward, sitting down, it would
5    be my left as I was sitting.
6    Q   So what you're saying is, and this is
7    just so the record is clear because the record
8    can't see us pointing, but what you're saying is
9    coming from outside the photo towards the area
10   that's depicted in the photo.
11   A   That is correct.
12   Q   Okay.  Thank you.
13       MR. MEENAGH:  Just so the record
14   is clear, when you say "outside the
15   photo," I think he was indicating
16   outside of the left side of Exhibit B
17   is what he was indicating.
18   A   Yes.
19       MR. MEENAGH:  Just so we are clear
20   on that.
21       MR. BANINO:  Okay.  Then I was
22   mistaken.
23   Q   So you're saying that you came from
24   an area that is depicted to the left of the
25   photo.

Page 29

Brian Walsh                29

1
2    A   That's correct.
3    Q   Is there a hallway there?
4    A   Is there a hallway there.
5    Q   Yes.
6       How did you get to that area?
7    A   Well, there is a -- I mean, it was --
8    yeah, I mean, there is a big open space.
9       Looking at the photo, if you were to
10   expand the photo, it's very wide, and we came
11   from the left of that photo from there
12   (indicating).
13   Q   Where is the actual departure door in
14   relation to that Exhibit B?
15       MR. MEENAGH:  That's this one
16   (indicating).
17   A   I believe it's -- if you -- straight
18   ahead and to the left of this sign, the D-7 sign.
19   I don't know if it's over here (indicating).  No,
20   I believe it's there (indicating).
21   Q   Taking a look at Exhibit C, do you see
22   the departure door in that photo?
23   A   I can't see the door, no, I can't see
24   the door.
25   Q   Is the area that you headed to for

Page 30

Brian Walsh                    30

1
2   departure depicted in that photo?
3        MR. MEENAGH:  You mean at the time
4   of his accident, or when you say head
5   toward, I'm not sure what you're
6   getting at.
7        Q   We are talking about where the
8   departure door is, where the door to get on the
9   aircraft is, where is that in relation to this
10  photo, can you see it in this photo?
11       A   I can't see the exact door, no.
12       Q   Where would it be in relation to this
13  photo?
14       A   It would be to -- it would be directly
15  ahead in -- I don't know what direction.
16       Q   You're referring to the middle of the
17  photo to the right of the seating area?
18       A   To the right of the seating area --
19       Q   Where the people are standing.
20       A   Yes.
21           MR. MEENAGH:  But ahead of that
22  he's saying.
23       A   But ahead.
24           MR. BANINO:  I understand that.
25       Q   Is there another seating area right

Page 31

Brian Walsh                    31

1
2   next to that that's not depicted in this photo
3   which is similar to the one that is depicted in
4   this photo?
5        A   Not similar.  There are seats, there
6   were seats facing the seats that we were sitting
7   in that are in this photo.
8        Q   Are there also seats to the left of
9   the people who are sitting in those seats that are
10  reflected in the photo?
11       A   I don't recall that.  I believe there
12  were but I don't recall that exactly.
13           MR. MEENAGH:  When you say "to the
14  left," you mean to their left as they
15  are sitting in the seat, is that what
16  you meant?
17           MR. BANINO:  Yes.
18           MR. MEENAGH:  Not to the left in
19  the photo.
20           MR. BANINO:  Yes, their left.
21           MR. MEENAGH:  Okay.
22       Q   Now, what caused you to get up from
23  your seat while you were in the boarding area?
24       A   To get on line to depart.
25       Q   Had there been an announcement on the

Page 32

Brian Walsh                    32

1
2   loudspeaker or some other announcement made that
3   the flight was boarding?
4        A   Yes.
5        Q   So if you can, just describe to us
6   what happened from when that announcement happened
7   to when you fell.
8        A   There were actually a couple of
9   announcements.  We didn't get up right away after
10  the initial announcement.  When we did get up, I
11  picked up two pieces of carry-on luggage, knapsack
12  that I put over my right shoulder.  I was holding
13  a bag in my left hand.
14           I got up out of my seat, turned to the
15  left, and then turned to the left again at the end
16  of the row of seats to get on the line, and I
17  tripped.  I fell forward, landed on my right
18  elbow.
19       Q   Now, did you go past that bar when you
20  went to sit down?
21       A   No.
22       Q   Had you seen that bar before you sat
23  down?
24       A   No.
25       Q   Looking at Exhibits E, I guess D and

Page 33

Brian Walsh                    33

1
2   E, can you make a guess as to about how far that
3   bar extends beyond the seats?
4           (Whereupon, the witness reviews
5           photographs.)
6        A   I would say approximately four to six
7   feet.  Four feet.
8        Q   Looking at Exhibit C, there are about
9   five or six seats shown in this photo.
10          Which seats were you sitting in?
11       A   I was sitting in the middle of that
12  area.
13       Q   Were there other people sitting in
14  those seats, the other seats?
15       A   My wife and Jennifer Costabile were.
16  I don't recall if there were other people sitting
17  there.
18       Q   Where were they sitting in relation to
19  you, were they to your left, to your right?
20       A   They were to my right.
21       Q   You said you were carrying two bags;
22  is that correct?
23       A   Yes.
24       Q   You had a knapsack over your right
25  shoulder?

Page 34

Brian Walsh                34

1
2        A    Yes.  It was one of those little
3  carry-on knapsacks, yes.
4        Q    You said you had a second bag in your
5  other hand, or was it your right hand?
6        A    No, it was my left-hand.
7        Q    What was in that bag?
8        A    Some things we had bought, a couple of
9  gifts we had bought.
10       Q    What were those gifts?
11       A    Let's see.  I believe -- I don't
12  remember what was exactly in that bag.
13            I know one of the gifts was a couple
14  of little wooden animals, some tee shirts.  I
15  don't recall exactly what was in the bag.  Those
16  were some of the gifts we bought but I don't know
17  if they were in that bag or not.
18       Q    Was it a shopping bag, or was it --
19       A    Yeah, it was a shopping bag with
20  handles.
21       Q    Like a paper or plastic shopping bag?
22       A    Yes.
23       Q    About how big was that bag?
24       A    Maybe as big as a shopping bag you
25  would get in a food store (indicating).  Maybe one

Page 35

Brian Walsh                35

1
2  foot by two feet, approximately.
3        Q    Do you still have that shopping bag?
4        A    No.
5        Q    Do you recall throwing it out?
6        A    I don't recall throwing it out.  I
7  don't know what happened to it.
8        Q    Among the three of you, what was the
9  order that you were walking towards the gate?
10       A    I was first, my wife and Jennifer were
11  on my right and behind me.
12       Q    Who was behind you, if you recall?
13       A    My wife.
14       Q    About how many announcements were
15  there before you boarded?
16       A    (No response.)
17       Q    You said there were several
18  announcements when you boarded the first time.
19       A    I think there were several.
20       Q    What class did you travel on that
21  flight, was it business class, was it economy
22  class?
23       A    I didn't fly on that flight but --
24       Q    What were you scheduled, economy?
25       A    Economy, I guess.

Page 36

Brian Walsh                36

1
2        Q    Now, this was in July, correct?
3        A    That's correct.
4        Q    Were you wearing pants or shorts?
5        A    That day I think I was wearing shorts.
6  I think.  I'm not exactly sure but I think I was
7  wearing shorts.
8        Q    What type of shoes were you wearing?
9        A    I'm not exactly sure.  I believe it
10  was kind of a -- I believe it was kind of an
11  enclosed sandal.  I think.  I'm not exactly sure
12  what I was wearing.
13       Q    If it was this enclosed sandal, do you
14  still have those sandals?
15       A    Yes, I think I do.  I bought them
16  especially for the trip so --
17       Q    Were they hiking sandals?
18       A    Not necessarily.
19            Well, I guess you could use them for
20  that.  I mean, I bought them especially for the
21  trip.  Something that was going to be comfortable.
22       Q    Now, when you tripped, what caused you
23  to trip?
24            And by that I mean, what happened to
25  your foot or leg that caused you to trip?

Page 37

Brian Walsh                37

1
2        A    Just, it was like I hit something
3  solid.  I was walking and just all of a sudden it
4  was like boom.  It was like something took my legs
5  out from under me.
6        Q    Did you step on the bar and lose your
7  footing?
8        A    No.
9        Q    Did you hook your foot underneath?
10       A    Yes.  It was underneath, I believe,
11  because it just kind of took my legs out.  I
12  didn't step on top of the bar, no.
13       Q    Do you recall which foot it was?
14       A    I think it was my right.  I'm not
15  exactly sure but I think it was my right.
16       Q    In which direction did you fall?
17       A    Forward.
18       Q    Were you bumped or jostled at all?
19       A    No.
20       Q    Did you either land on or bump into
21  anybody as you fell?
22       A    No.  I landed directly on the floor.
23       Q    I think you said you landed on your
24  right side; is that correct?
25       A    On -- yes.  As I fell, I turned just

Page 38

1          Brian Walsh          38
2   slightly to my right, but I landed directly on my
3   right elbow.
4       Q    So you didn't have your arm extended?
5       A    No.
6       Q    Do you remember where you were looking
7   at the time of the fall?
8       A    I was looking forward toward the line
9   I was going to get on.
10      Q    Were you talking to anybody at the
11  time?
12      A    Not at the time I fell.
13      Q    Were you talking to anybody prior to
14  your falling?
15      A    As we got out of the seat.
16      Q    Who were you speaking to?
17      A    My wife.
18      Q    Do you recall what you said to her?
19      A    No.
20      Q    Did you ever look down to see where
21  you were walking?
22      A    No.
23      Q    Did you see anybody else fall over
24  this bar?
25      A    No.

Page 39

1          Brian Walsh          39
2       Q    Now, if you can, just briefly describe
3   what happened after you hit the ground when you
4   fell.
5       A    Well, I hit the ground and I felt
6   immediate pain in my arm, and the, you know, my
7   wife came over and said are you okay.  I said no.
8           And very shortly after that, I believe
9   it was airport security person that's around, he
10  had a uniform on, came over and asked me if I was
11  all right, and I said no.
12          And so he said, well stay right here.
13          As I kind of went to get up, I looked
14  down and noticed my arm was deformed, so I knew
15  immediately there was a break, and I had a lot of
16  pain, and I asked the security man if he could get
17  me a, you know, a cart.
18          I knew where the first aid station was
19  because it was on the way walking.  I noticed it
20  in the time we were walking around.
21          So we waited, because I was concerned
22  about missing the flight, we waited for -- he told
23  me, he said, don't worry, the plane will not leave
24  until we get you straightened out.
25          And we waited, I don't know how long,

Page 40

1          Brian Walsh          40
2   probably ten minutes, and the cart didn't come.
3   He was on his walkie-talkie trying to get us a
4   cart.
5           Finally I said, would you help me up
6   and help me down to the first aid station, because
7   I was concerned about missing the flight.
8           So he did.  He walked me down with my
9   wife, Jennifer stayed at the waiting area, and
10  went to the first aid station and was seen by -- I
11  think it was a doctor there.
12          I asked him too if he could immobilize
13  it so I could get on my flight, and he said that
14  it was -- that I should go to the hospital, that
15  they had a good hospital downtown, I should be seen
16  down there, that it would be dangerous to fly back
17  without it being seen.
18          So I asked if --
19          MR. MEENAGH:  Let him -- I mean,
20      you want him to keep going?
21          MR. BANINO:  Yes, that's fine.
22      Q    Go ahead.
23      A    Okay.  So I asked if somebody could
24  bring me down.

Page 41

1          Brian Walsh          41
2           He said we could call you a cab, and,
3   you know, they did that.
4           I asked if it would be a problem when
5   I came back in terms of getting through security
6   and all that, and he said no, they would -- they
7   apparently took care of that somehow, but my wife
8   and I took a cab down to the University Hospital
9   in Amsterdam.  I was seen by somebody there.
10          I knew when the next flight was so I
11  said if you could do something quick enough so I
12  could get my flight, I think the flight was two or
13  three hours later, approximately.
14          They took an X-ray, they showed me the
15  X-ray that was -- he said it was a pretty severe
16  break, that if I was going to stay there, I would
17  need surgery and they would have to put screws in,
18  but, you know, I wanted to get back to New York.
19          So they immobilized it, they put a
20  cast on it, and he gave me some kind of medication
21  for the pain.  It wasn't -- I forget what it was.
22  It wasn't very strong.
23          So we took a cab back to the airport
24  and the three of us departed.
25      Q    Just to go back through some of that,

Page 42

Brian Walsh                42

1    I just have some followup questions.
2        A    Sure.
3        Q    First, you said an airport security
4    person came over.
5        A    Any that's who it was.  It was a
6    uniform.
7        Q    Had you seen him before you fell, I
8    mean, did you see him posted there somewhere?
9        A    No, I don't recall seeing him.  He
10   came fairly quick though and asked me if I was all
11   right.
12       Q    Did you get his name?
13       A    I did not.  I did not get his name,
14   no.
15       Q    Do you recall --
16       A    I filed --
17       Q    -- what he looked like?
18       A    He was a fairly young guy, fairly big
19   guy.  I don't remember exactly what he looked
20   like.
21       Q    Was he white?
22       A    Yes.
23       Q    What color hair did he have?
24       A    Dark.

Page 43

Brian Walsh                43

1        Q    Was it long hair, short hair?
2        A    I think it was short.
3        Q    Do you recall about how tall he was?
4        A    No.  It would only be a guess.  But he
5    wasn't short.  I'd say approximately six feet
6    possibly.
7        Q    Now, you said he helped you get up; is
8    that correct?
9        A    Yes.
10       Q    About how long were you on the ground
11   before he helped you up?
12       A    I'd probably say approximately ten
13   minutes, maybe.
14       Q    I think you said you saw that your arm
15   was deformed.
16       A    Um-hm.
17       Q    When did you notice that?
18       A    As I sat up, I looked at the arm,
19   because I was in a lot of pain, and I noticed that
20   there was a deformity.
21       Q    This was while you were still on the
22   ground?
23       A    Yes.
24       Q    Prior to being helped up?

Page 44

Brian Walsh                44

1        A    Yes.  As I sat up, yes.
2        Q    What looked deformed about your arm?
3        A    The bone right at the joint, it was
4    kind of pushed in, and the inside, it was swollen
5    and kind of pushed out, you know.
6        Q    Were you wearing long sleeves or short
7    sleeves at the time?
8        A    Short sleeves.
9        Q    How did you know it was broken?
10       A    Well, I'm a high school football
11   coach.  I have seen a lot of breaks.  It looked
12   like broken to me and looked like a deformity, and
13   in my experience with dealing with athletic
14   injuries.
15       Q    After he helped you get up, how long
16   was it before you walked to the first aid
17   clinic --
18       A    It was pretty --
19       Q    -- or did you get up to go?
20       A    We pretty much got up, and I asked if
21   he would walk down with me because I was feeling
22   a little woozy, but I wanted to see if we could
23   try to make the flight.  As it turned out, we
24   didn't.

Page 45

Brian Walsh                45

1        Q    Did you take your bags with you when
2    you went to the clinic?
3        A    I don't think so.  I mean, I didn't
4    carry any.
5        Q    Do you recall if you left them with --
6        A    Jennifer?
7        Q    -- Miss Costabile, yes, Jennifer?
8        A    I think that's what happened.  I think
9    she stayed at the gate.
10       Q    Do you recall the doctor's name that
11   you saw at the clinic?
12       A    I don't, no.
13       Q    Can you describe what he looked like?
14       A    Middle-aged, dark hair, that's about
15   the best.
16       Q    White?
17       A    Yes, he was white.
18       Q    When you say "middle-aged," about --
19   just as a guess?
20       A    Oh, maybe forty-five.  Maybe.
21   Approximately.
22       Q    Now, did he treat you at all before
23   you left for the hospital?
24       A    No.  He examined my arm, said it

Page 46

Brian Walsh          46

1
2  definitely looked like a fracture, and that it
3  would be dangerous to get on the plane without
4  being seen by -- he said he didn't have anything
5  in the first aid station to immobilize it.
6          I asked him if he could immobilize it
7  and get directly back, because again I was
8  concerned about missing my flight.
9      Q   Why did he say it would be dangerous?
10     A   He said you could do nerve damage.  He
11 said if it's a break, moving without it being
12 immobilized would cause further damage.
13     Q   About how long were you in the clinic?
14     A   Oh, let's see.  I'd say approximately
15 fifteen minutes.  It wasn't very long.
16     Q   Was it then that you went to get a cab
17 to the hospital?
18     A   Yes.  I decided -- I had to decide
19 whether to get a cab or not.  After he said it
20 would be dangerous, my wife and I said we better
21 go get it treated.
22     Q   How did you get that cab?
23     A   I think they called for me because
24 they said they could call a cab, which I thought
25 was kind of unusual.  I asked if they could

Page 47

Brian Walsh          47

1
2  provide transportation and they said they could
3  call a cab.
4      Q   By "they," you mean the people in the
5  clinic.
6      A   Yes.
7      Q   Did you walk back to the gate before
8  getting in the cab?
9      A   No, no.
10     Q   Did you speak to Jennifer before
11 getting in the cab?
12     A   I did not, my wife did, explained what
13 we were doing.
14     Q   Was this while you were being
15 examined, or was this on your way to the cab, when
16 was this?
17     A   Both, both, yes.  My wife kind of kept
18 Jennifer because she was waiting for us and let
19 her know what was happening.
20          Jennifer actually -- my wife told her
21 to go ahead if she could catch the plane, but they
22 wouldn't let her on the plane at that point
23 because it was I guess too close to departure
24 time, so she stayed with our baggage and flew back
25 with us later on and we all went back together.

Page 48

Brian Walsh          48

1
2          We suggested that she go, because once
3  we decided to go to the hospital, we suggested she
4  go back, but at that point she tried to but they
5  wouldn't let her on the plane.
6      Q   Did you speak to anybody at KLM before
7  heading to the hospital?
8      A   I did not.  My wife I believe did in
9  terms of inquiring about other flights.
10     Q   Do you know who she spoke to?
11     A   I don't know.  I don't know.
12     Q   Do you know where those people were
13 located, in other words, was it at the departure
14 gate, was it at the ticketing desk?
15     A   I think it was possibly at another
16 ticketing desk.  I'm not sure.  I don't recall.
17     Q   What did they tell her?
18     A   They told her there was another
19 flight that evening, so before we left the
20 airport, we knew there was another flight later
21 on.
22     Q   Did you go straight from the airport
23 to the university hospital?
24     A   Yes.
25     Q   Were you seen immediately at the

Page 49

Brian Walsh          49

1
2  hospital, or did you have to wait?
3      A   No, we were seen.  We didn't have to
4  wait very long at all.
5          The first-aid, I guess the doctor at
6  the first-aid station in the airport had called
7  ahead and said we were coming, so when we arrived,
8  they saw us fairly quickly.
9      Q   About how long were you at the
10 hospital?
11     A   Maybe approximately an hour I'd say.
12 I don't recall exactly.  It was long enough they
13 took an X-ray, showed me the X-ray, and put a
14 cast on my arm.
15     Q   Did you have to pay any money at that
16 time to the hospital for your treatment?
17     A   No, we showed them our insurance
18 cards.
19     Q   Any co-pays or anything like that?
20     A   I don't think so but I don't recall
21 exactly.
22     Q   Did the doctor say that you would need
23 further treatment in the U.S.?
24     A   Yes.
25     Q   What did he say?

Page 50

Brian Walsh            50

1
2        A   He said that -- he said if you were
3   going to be here, I would treat that with -- we'd
4   have to do surgery and I would have to put screws
5   in.  I would have to use screws to stabilize the
6   joint.
7        Q   What kind of cast did they put on your
8   arm?
9        A   It was -- I believe it was like a half
10  cast and then an Ace bandage, you know, to kind of
11  immobilize it.  I don't think it was a full cast
12  but I don't remember exactly, but it was at least
13  a partial cast.
14       Q   Was it a plaster cast or was it a wrap
15  cast?
16       A   No, it was like a wrap.
17       Q   Like an Ace bandage --
18       A   Well --
19       Q   -- type cast?
20       A   It was a hard, I mean, it was hard
21  and -- I think it was a full cast, it was a full
22  cast, but it was the new material they use.  It
23  wasn't like the old plaster where it's wet and it
24  has to --
25       Q   Okay.  And just to describe for the

Page 51

Brian Walsh            51

1
2   record, where on your arm did the cast cover?
3           I know you said it was kind of a
4   partial cast, but where exactly, what exactly do
5   you mean by a "partial cast"?
6        A   It covered from my wrist to underneath
7   my armpit.
8        Q   Okay.  Were you put in a sling?
9        A   Yes.
10       Q   How did you get back to the airport?
11       A   A cab.
12       Q   Did the doctor give you any documents
13  or medical records or anything else when you
14  left?
15       A   Let's see.  I think he might have
16  given me the copy of the X-rays.  I'm not sure.
17           MR. MEENAGH:  The actual films or
18  a report?
19       A   I don't remember.  I don't remember
20  that.
21           MR. BANINO:  Mr. Meenagh, I would
22  obviously like those produced.
23           MR. MEENAGH:  Yeah.  I mean, I
24  don't have them, but obviously --
25       A   Yeah.  They are either over there but

Page 52

Brian Walsh            52

1
2   it's possible that --
3           MR. MEENAGH:  Hold on.
4        A   -- they are in Danbury.
5           MR. MEENAGH:  Don't worry about
6   that.
7           We will --
8           MR. BANINO:  Okay.
9   (REQUEST) _____
10       Q   Did you take a cab back to the
11  airport?
12       A   Yes.
13       Q   Did you catch that next flight that
14  you were talking about?
15       A   Yes, yes.
16       Q   Did it depart from the same gate?
17       A   I don't believe it did.
18       Q   Do you recall what gate that departed
19  from?
20       A   No, I don't recall, I don't recall.
21       Q   Was it in the area of that other
22  gate?
23       A   I would just be guessing.  I don't
24  know.
25       Q   I think you testified that it was gate

Page 53

Brian Walsh            53

1
2   D-7.
3           Was it in the D gates?
4        A   I think it was but I don't.  You know,
5   I'm not exactly sure.
6        Q   Where was Miss Costabile while you
7   were at the hospital?
8        A   She was waiting at the airport.
9        Q   How did you locate her when you got to
10  the airport?
11       A   My wife called her on her cell and we
12  met up.
13       Q   So she had a cell phone and your wife
14  had a cell phone.
15       A   Yes.
16       Q   I take it you all traveled on that
17  flight, the three of you.
18       A   Yes.
19       Q   Did you sustain any other injuries
20  other than the elbow fracture?
21       A   No, I did not.
22       Q   Now, looking at I guess Exhibit F, can
23  you make an estimation as to about how tall off
24  the ground that bar is?
25           (Whereupon, the witness reviews

Page 54

Brian Walsh                54

1
2    photograph.)
3        A    I'd say it's maybe, I don't know,
4    maybe eight inches, ten inches.
5        Q    Does it look similar in these photos
6    as it did the day that you fell over it?
7        A    Yes.
8        Q    Have you ever seen this type of I
9    guess bar in an airport before?
10       A    No. I thought it was unusual.
11       Q    I take it counting your previous trip
12   to Amsterdam and your initial flight over to
13   Kilimanjaro you have been at this particular
14   airport three times prior to your fall?
15       A    Yes, when I flew.
16       Q    Were you there any other times other
17   than those three times?
18       A    No, no.
19       Q    Okay. Did you have any problems on
20   any of those other travels?
21       A    No.
22       Q    Had you ever departed out of this gate
23   before in those three other travels?
24       A    No.
25       Q    Had you ever seen this bar before in

Page 55

Brian Walsh                55

1
2    any of your other travels?
3        A    No.
4        Q    Did you have any problems on your
5    flight unrelated to your elbow, did you have any
6    other problems on your flight from Amsterdam to
7    J.F.K.?
8        A    No.
9        Q    How did you get home from the airport
10   from J.F.K.?
11       A    Jennifer Costabile's father picked us
12   up.
13       Q    How long after you arrived home did
14   you seek medical treatment?
15       A    I called the next day. I called
16   Danbury Orthopedic Associates.
17       Q    Why Danbury Orthopedic Associates
18   rather than some other doctor?
19       A    Well, I had dealt with them before
20   through my coaching. I coached in Brewster. It's
21   the next town. I had students, players have seen
22   doctors there. I had surgery there. I had
23   Achilles tendon surgery there.
24       Q    Other than the Achilles tendon
25   surgery, had you been treated there for anything

Page 56

Brian Walsh                56

1
2    else?
3        A    Yes. I had a rotator cuff surgery
4    there.
5        Q    Which rotator cuff did you have a
6    problem with?
7        A    My right shoulder.
8        Q    Which Achilles did you have treated?
9        A    There? I believe it was my right one.
10   I ended up having both operated on but one at a
11   different place.
12       Q    So other than the rotator cuff and
13   the Achilles surgery have you had any other
14   treatment other than the elbow at Danbury
15   Orthopedics?
16       A    No.
17       Q    When was the Achilles surgery there?
18       A    Let's see. It was 19 -- I believe it
19   was February of 1987, I believe.
20       Q    When was your other Achilles treated?
21       A    Let's see. 19 -- I believe it was the
22   spring of -- March of -- let's see. When would it
23   have been.
24            March of '95 I think it was, or March
25   of '96. It was either '95 or '96.

Page 57

Brian Walsh                57

1
2        Q    Do you recall where you had that
3    treated?
4        A    That was treated -- I had surgery at
5    Putnam Community Hospital. It was through the
6    Somers Orthopedic Group.
7        Q    And about when was your rotator cuff
8    treatment?
9        A    That was -- let's see. The summer of
10   200 -- was it 5? I believe it was the summer of
11   2005, or it could have been 2004. I'd have to
12   look it up.
13       Q    Have you had any other surgeries?
14       A    Yes, I have.
15       Q    What are those other surgeries?
16       A    Throughout my life?
17       Q    Yes.
18       A    I had a surgery on my knee. I had to
19   remove bone spurs.
20       Q    When was that?
21       A    That was in 196 -- November of 1964.
22            I had surgery on my right elbow in
23   December as a result of an accident, December of
24   1966, and also on my right elbow in November of --
25   I think it was November, approximately November of

Page 58

Brian Walsh          58

1  '67.
2      Q   Did both surgeries arise out of the
3  same accident?
4      A   Yes.
5          And -- I'm trying to think.  I might
6  have had one more in '6 -- let's see, '68, I
7  believe.  I'd have to check on that.
8      Q   But, again, that was your right
9  elbow?
10     A   Yes.
11     Q   Any other surgeries on your right
12 elbow?
13     A   No.
14     Q   What type of surgery was it on your
15 right elbow, was it different surgeries each
16 time?
17     A   It was -- the initial one was a result
18 of a break from being hit by a car, so it was to
19 just put the -- it was at the Peekskill Hospital,
20 it's now called "Hudson Valley Hospital."  It was
21 pretty much they just sew up and repair some
22 damage.
23         And then the other two were kind of
24 corrective at Columbia Presbyterian Hospital to

Page 59

Brian Walsh          59

1  improve the range of movement.
2      Q   These are the two surgeries in '67 and
3  '68?
4      A   Right.
5      Q   Was any hardware put in your elbow,
6  and by that I mean any screws, plates, mesh,
7  during those three surgeries?
8      A   I don't recall.  Initially, no.  I
9  know with the first one, no.  After that I'm not
10 sure.
11     Q   You're not sure if you had any metal
12 put in your elbow to stabilize?
13     A   Right.  There could have been screws
14 but I'm not sure.  I don't think so.  I don't
15 think so.  I don't think there was any hardware
16 put in.
17     Q   Do you recall any hardware coming
18 out?
19     A   No.
20     Q   So on the day of the fall, did you
21 have any screws or plates in your elbow?
22     A   I don't -- no, I don't think I did,
23 no.
24     Q   Any other surgeries?

Page 60

Brian Walsh          60

1      A   Yes.  I had a prostatectomy.
2      Q   About when?
3      A   That was in 2004.  November of 2004.
4      Q   Any other surgeries?
5      A   Not that I recall.
6          Tonsillectomy when I was five years
7  old.
8      Q   Any hip surgery?
9      A   No.
10     Q   Any hip problems?
11     A   No.
12         Well, yes.  Correct that.  I had a
13 non-displaced fracture of my hip.
14     Q   When was that?
15     A   That did not require surgery.  That
16 was in 199 -- I believe it was 1992.  I think it
17 was '92 or '93.
18     Q   How was that treated?
19     A   That was treated with just I was on
20 crutches, and then, you know, there was no
21 surgery.
22     Q   About how long were you on crutches?
23     A   Maybe a week, ten days.
24     Q   You mentioned that you had rotator

Page 61

Brian Walsh          61

1  cuff surgery on the right shoulder.
2      A   Yes.
3      Q   What caused that?
4      A   Just wear and tear.  I was an athlete.
5  They said it was probably caused from my -- just
6  activity over the years.  I was a quarterback.
7  It's common.  I had a spur that cut into the
8  cuff.
9      Q   Did that limit you from any
10 activities, that rotator shoulder surgery?
11         And I mean from the time of the
12 surgery to let's say when this fall occurred?
13     A   No.  Once I rehabbed it, I did
14 exercises that they prescribed, I was fine.
15     Q   How long was the rehabilitation for
16 that injury?
17     A   That was approximately six weeks.
18     Q   Prior to your fall in Amsterdam, did
19 you have arthritis in your right elbow?
20     A   Yes, I was told I did.
21     Q   Who told you that?
22     A   I was told that by -- let's see.  Who
23 told me that.
24         Well, I wasn't told that directly at

Page 62

```
1              Brian Walsh         62
2   the time, I was told that by a doctor years
3   before that. I probably would have some at some
4   point, you know, when I had the surgery and I was
5   being treated by a doctor down at Columbia
6   Presbyterian.
7       Q   Okay. But do you know if you in fact
8   had arthritis in your right elbow prior to this
9   fall?
10      A   No, no. I mean, I was never diagnosed
11  prior to the fall.
12      Q   Did you have any problems with your
13  right elbow?
14      A   Other than I lacked some range of
15  motion.
16      Q   Any pain?
17      A   About fifteen degrees. Occasional.
18  If I did something, you know, very strenuous.
19      Q   How long have you had that problem,
20  during the entire time from the -- let's say 1968
21  when the last surgery to your fall in Amsterdam?
22      A   In terms of range of motion, yes.
23      Q   And the pain that you mentioned?
24      A   Yes. I mean, the pain was, again, if
25  I did something very heavy.
```

Page 63

```
1              Brian Walsh         63
2       Q   Who was your primary care physician
3   at the time of the accident?
4       A   Who did I see for check-ups and things
5   like that?
6       Q   Correct.
7       A   Dr. Chang.
8       Q   Did you call him or speak to his
9   office in connection with this injury --
10      A   No.
11      Q   -- prior to treating at Danbury?
12      A   No.
13      Q   About when was the first time you saw
14  Dr. Chang after this accident?
15          MR. MEENAGH: For any reason?
16          MR. BANINO: Yes.
17      A   For any reason? Let's see. When did
18  I see him again after the surgery, or after this
19  accident.
20      Q   Approximately.
21      A   Let's see. Maybe six, eight months.
22  I don't recall really.
23      Q   A number of months but less than a
24  year.
25      A   I'm not even sure if it was less than
```

Page 64

```
1              Brian Walsh         64
2   a year. I'd have to go back and look, but I see
3   him if I have -- if I saw him for a cold, you
4   know, for congestion in my chest. He did a PSA, I
5   think he did a PSA after my surgery. I don't
6   recall.
7       Q   Okay. Now, you said you -- I believe
8   you said that you called Danbury Orthopedics the
9   day after you returned home; is that correct?
10      A   I believe it was Sunday I called,
11  yes.
12      Q   How soon after that were they able to
13  see you?
14      A   I think they saw -- I think they saw
15  me on Monday. I think they were able to see me
16  that next day.
17          I believe I was operated on Wednesday.
18  I think that was the, you know.
19      Q   Which doctor did you see?
20      A   DiGenaro, I believe. An Italian
21  fellow. I had never seen him before but they said
22  he was a doctor who specialized in extremities,
23  upper body extremities.
24      Q   And do you recall what Dr. DiGenaro
25  said to you that first appointment?
```

Page 65

```
1              Brian Walsh         65
2       A   He said I would definitely need
3   surgery. He explained what he was going to do,
4   which was to put a piece of metal to stabilize it,
5   some screws.
6       Q   Did he say anything else?
7       A   I don't recall him saying anything
8   else.
9       Q   I believe you just said that the
10  surgery occurred about --
11      A   I --
12      Q   -- that Wednesday?
13      A   Yes.
14      Q   Do you know if Dr. DiGenaro performed
15  that surgery?
16      A   Yes, he did.
17      Q   Was this inpatient surgery or were you
18  held overnight?
19      A   No, I was not held overnight.
20      Q   Was the surgery performed at Danbury
21  Orthopedics or somewhere else?
22      A   It was at Danbury -- it was at --
23  let's say it was at like a ambulatory center. It
24  wasn't at Danbury Center but they have an
25  ambulatory center. I think that's what they call
```

Page 66

Brian Walsh                66

1 it.
2
3     Q    Is Danbury Orthopedics located in
4 Danbury Hospital?
5     A    They have a couple of different
6 offices.
7     Q    Where did you see them?
8     A    I saw them at -- I saw them
9 initially -- let's see.  Did I see them initially
10 in the White Street office?
11        I don't recall where I initially saw
12 them.  I know I had the surgery at the center
13 where they have offices.
14     Q    Is it connected to Danbury Hospital?
15 And by "connected," I mean physically connected.
16     A    Physically connected, no.
17     Q    Now, after the surgery, were you
18 confined to bed at home, or were you able to move
19 around?
20     A    I was able to move around, I wasn't
21 confined to bed.
22     Q    What was your next medical treatment
23 after the surgery?
24     A    I got stitches out.  That was the next
25 treatment.

Page 67

Brian Walsh                67

1
2     Q    About how long after the surgery was
3 that?
4     A    I'd say maybe ten days, a week, ten
5 days, something like that, approximately.
6     Q    Did you undergo any physical therapy?
7     A    Yes, I did.
8     Q    About how long after the surgery did
9 you begin your physical therapy?
10     A    Let's see.  I think approximately
11 about a month after.  I think it was sometime in
12 August.
13     Q    Who referred you to physical therapy?
14     A    My surgeon.
15     Q    Dr. DiGenaro?
16     A    Yes.
17     Q    Where did you undergo physical
18 therapy?
19     A    At a place -- let's see.  Place in
20 Hopewell Junction called --
21        MR. MEENAGH:  Is it Full Range?
22     A    Full Range Physical Therapy.
23     Q    Did you see a particular doctor at
24 this Full Range?
25     A    No.  You know, I was prescribed some

Page 68

Brian Walsh                68

1
2 exercises and I was treated by a couple of
3 different people there.
4     Q    Do you still undergo physical therapy?
5     A    No.
6     Q    About how long were you going to
7 physical therapy?
8     A    I think approximately a month, I
9 believe.
10     Q    How --
11     A    I have to check.
12     Q    How frequently during that month did
13 you go to physical therapy?
14     A    Approximately three days a week I
15 believe it was.  I'd have to check exactly but it
16 was something like that.  It wasn't every day.
17     Q    Why did you stop going to physical
18 therapy?
19     A    That was all I could do in terms of --
20 in terms of what was prescribed.  The doctor had
21 prescribed certain exercises and so forth.
22     Q    Was this a decision that you made, or
23 was this something that the doctor recommended?
24        And by "this," I mean the stopping of
25 the physical therapy.

Page 69

Brian Walsh                69

1
2     A    I don't recall.  I don't recall.
3        My surgeon didn't necessarily
4 recommend any more, and the people at the physical
5 therapy place, that was pretty much it, I think.
6        I don't remember anybody -- I don't
7 remember there being a -- I think it was just kind
8 of decided that that was as far as the physical
9 therapy was going to take me as far as my
10 recovery.
11     Q    You said it was decided.
12        Who was doing that deciding?
13     A    I'm not sure.  I'm not sure.
14     Q    Did you treat with any doctors other
15 than Danbury Orthopedics for your elbow?
16     A    No.
17     Q    Do you know when the --
18     A    Yes.  Well, I mean, yes, I have seen
19 another doctor since.
20     Q    Okay.
21     A    Down at -- I got a second opinion
22 because I had persistent pain, and I wanted -- the
23 doctor at Danbury Orthopedics said the only thing
24 they could possibly do is go in and clean it up a
25 little bit, whatever that meant, but he said that

Page 70

Brian Walsh                70

1
2    was pretty much all they could do, so I wanted an
3    opinion and went down to the Hospital for Special
4    Surgery.
5            I saw a doctor, I have seen him I
6    believe it's twice, approximately two to three
7    times, three times including the initial.  He did
8    an MRI.
9        Q   When was this?
10       A   This was -- when did I initially see
11   him.  I believe it was the spring of 2008, I
12   think.  I'm not sure.
13       Q   And who did you see at the Hospital
14   for Special Surgery?
15       A   Let's see.  What's that doctor's name.
16       Q   If you don't recall --
17       A   I don't recall his name right now.
18       Q   That's fine.
19           How were you referred to the Hospital
20   for Special Surgery?
21       A   I knew it had a great reputation.  I
22   went online, I did some research in terms of what
23   doctors who kind of specialized in upper body
24   extremities, and I made an appointment.
25       Q   So you more or less cold called the

Page 71

Brian Walsh                71

1
2    Hospital for Special Surgery I guess?
3        A   Yeah.  I mean, Danbury Orthopedics did
4    not refer me there.  I wanted to get a second
5    opinion when I was told there wasn't much else
6    that they could do.
7        Q   About how many times have you been in
8    the Hospital for Special Surgery, or seen this
9    doctor?
10       A   I think I've seen him three times,
11   including the initial.
12       Q   Do you recall what this doctor told
13   you the first time you went to see him?
14       A   No.  He said -- well, initially he
15   wanted to take -- I brought the MRI that was taken
16   up in -- it wasn't taken in Danbury, it was taken
17   at a place up there near Brewster.
18           I brought those down and he said he
19   would like to have another set of MRIs done, which
20   I had done, and then he said the option, the first
21   option would be to give me a shot of cortisone,
22   which happened.  He gave me a shot of cortisone,
23   and I didn't get any relief from that.
24       Q   That was on that first visit?
25       A   No, no, it wasn't the first visit.

Page 72

Brian Walsh                72

1
2    The initial visit was just an examination.
3        Q   Sorry.  You can continue.
4        A   That's all right.
5            And after the cortisone shot, I didn't
6    get any relief, so he said the other option would
7    be Synvisc.  He said that would be something that
8    I might want to try, although he wasn't sure if it
9    was covered by my insurance.
10           He didn't think it was for elbows,
11   it's used for other parts of the body.  He said
12   that would be -- it would just be a chance, there
13   was no guarantee that would help.
14           He said at my age an elbow replacement
15   was not a very good option, because if I had that
16   done, I would be very limited in terms of what I
17   could do as a coach.
18           He said I wouldn't recommend that at
19   all unless you were probably in your 80's and not
20   very active, because it wouldn't last very long.
21           So I went with the shots of cortisone
22   and I have to decide on Synvisc.  He told me to do
23   some -- he said look it up.  He gave me how it's
24   spelled.  He said if you want to look it up on the
25   Internet and check it out a little bit, so that

Page 73

Brian Walsh                73

1
2    was the last I saw him.
3        Q   Just for the record, what is your
4    understanding of what is Synvisc?
5        A   It's kind of a gel type of substance
6    that's used to -- he said they are not exactly
7    sure how it works, but it works on some people in
8    some parts of the body, but he said that the
9    elbow, right now it's not F D.A. approved for the
10   elbow, so he said in terms of it being covered by
11   insurance, it might not be.
12       Q   How many cortisone shots did you have?
13       A   One.
14       Q   When is the last time you were in the
15   Hospital for Special Surgery?
16       A   The last time I was in the Hospital
17   for Special Surgery was in the spring.  I believe
18   it was maybe April of this past spring.  It was at
19   the end of March or April.  That was the last
20   time.
21       Q   Have you had any treatment since that
22   March or April of this year on your elbow?
23       A   No.
24       Q   Do you still have metal in your elbow?
25       A   Yes.

Page 74

Brian Walsh                74

1
2        Q    Have you spoken to Dr. DiGenaro or any
3    other doctor about having that removed?
4        A    No.  I talked to the doctor at the
5    Hospital for Special Surgery.  He said that that
6    wouldn't necessarily give me any relief.
7        Q    You mentioned after the physical
8    therapy that you went to the Hospital for Special
9    Surgery because you were still having pain --
10       A    That's correct.
11       Q    -- is that right?
12            How was that pain different from the
13   arthritis pain that you had prior to the accident?
14            MR. MEENAGH:  Well, you're saying
15       arthritis.  He --
16            MR. BANINO:  Okay.  I understand.
17       Please don't coach the witness.
18       Q    Prior to the injury, the pain you had
19   prior to the injury.
20       A    It was a constant pain.  It was just
21   in movement, you know, by doing -- combing my
22   hair, brushing -- it was a real constant pain that
23   didn't seem to be going away, so from having had
24   other surgeries usually after a period of time.
25            I had asked, I was concerned, the

Page 75

Brian Walsh                75

1
2    doctor at Danbury.  I said is this pain going to
3    go away, because right now I'm very limited.
4            And he said he wasn't sure.  He
5    couldn't -- so it was sharp, it was kind of a
6    constant pain, whereas before it wasn't constant
7    at all.
8            It wasn't even like -- it was just if
9    I had done something very strenuous, I had a
10   little bit of aching, where this was sharp and
11   pretty extreme.
12       Q    Do you currently have any restrictions
13   on the range of use of your elbow?
14       A    Yes.
15       Q    Can you describe those?
16       A    Well, I can't throw a ball correctly,
17   I mean, to demonstrate as a coach.  I get a lot of
18   pain when I do that, and I don't have much
19   strength, most extension type of exercises, when
20   prior I was pretty involved in physical activity,
21   exercising.
22            It's very difficult for me to do a
23   push-up or any kind of a bench press.  There is a
24   tremendous amount of pain.  I don't have the
25   strength there.  It hurts.

Page 76

Brian Walsh                76

1
2            I mean, I can comb my hair and brush
3    my teeth, but it hurts when I do a twisting type
4    of motion like that.
5            Any type of lifting.  Doesn't even
6    have to be anything heavy.  Depends on the angle
7    that I'm doing, so it's pretty restrictive.
8        Q    You mentioned push-ups and bench
9    presses.
10            Were you doing those prior to the
11   injury?
12       A    Yes.
13       Q    You didn't have any problems with your
14   elbow doing that?
15       A    No.  And throwing, I have been a high
16   school coach for thirty-nine years.  I always
17   demonstrate.  Being a former quarterback I could
18   do that pretty well, and now I can't really do
19   that.
20       Q    Did you have any problems like you
21   just described after you tore your rotator cuff?
22       A    No.
23       Q    You had no problems throwing or bench
24   pressing or --
25       A    I mean, prior to the rotator cuff

Page 77

Brian Walsh                77

1
2    surgery I had problems throwing a football.
3    That's what initially, you know, because it
4    started bothering me a little bit, and it got
5    worse, but since the rotator cuff surgery I
6    haven't had any problems at all.
7        Q    Other than the treatment at Danbury
8    and the Hospital for Special Surgery, as well as
9    the physical therapy, have you had any other
10   medical treatments for your elbow?
11       A    No.
12            MR. BANINO:  Can we mark this
13       (indicating).
14            (Whereupon, Aetna Health Plans
15       chart was marked Defendant's Exhibit I
16       for Identification, as of this date,
17       by the reporter.)
18       Q    Mr. Walsh, I'm showing you what has
19   been marked as Defendant's Exhibit I.  It's a
20   document that's been produced by your counsel.
21            It appears to be -- well, what does it
22   appear to be to you?
23       A    It appears to be a record that shows
24   all my treatment associated with my elbow.
25       Q    If you turn to the last page, the last

Page 78

Brian Walsh                    78

1    line has totals and it has two amounts, two dollar
2    amounts.  One of those amounts is $5,988.88.
3         What does that number represent, if
4    you know?
5         A   I don't know.  In fact, at the top it
6    says "paid amount."
7         Q   Do you know if this reflects co-pays
8    or other out-of-pocket expenses that you expended
9    for medical treatment?
10        A   I don't know if that's --
11        Q   Okay.  On the last page of this
12   four-page document, there is the treatment date
13   listed is September 29th, 2008.
14        Does that accurately reflect your last
15   medical treatment?
16        A   I saw Dr. Daluiski one more time after
17   the injection as a followup.  I believe that was
18   this past March or May.
19        Q   Did you pay cash for that treatment?
20        A   I don't recall.  I don't think I did.
21   I don't recall.
22        Q   Have you incurred any other
23   out-of-pocket expenses other than co-pay expenses
24   as a result of this incident?

Page 79

Brian Walsh                    79

1         A   I guess just parking fees in New York
2    City, gas, tolls, things like that.
3         Q   Anything else?
4         A   Not that I can recall right now.
5         Q   Do you have any receipts for any of
6    that, and by "that," I mean the parking fees and
7    the gas, tolls?
8         A   I'd have to check.  I don't remember
9    keeping them specifically.
10        MR. BANINO:  To the extent those
11        are available, we'd like copies of
12        that.
13   (REQUEST) _____
14        Q   Did KLM charge you any ticket fee to
15   switch to the later flight?
16        A   I don't recall.
17        Q   Other than the problems you mentioned
18   before regarding how your elbow feels and felt
19   since the accident, is there anything else that's
20   changed because of the accident?
21        And, again, other than the things you
22   have already described.
23        A   No, just my exercise routines and
24   things like that have changed.  Some of the

Page 80

Brian Walsh                    80

1    activities I do have changed.
2         Q   Do you currently exercise?
3         A   No, walk.  I'm not a member of a gym
4    or anything.
5         Q   Do you do anything other than walking?
6         A   As far as exercise, no.
7         Q   Have you made any malpractice claims
8    or other claims relating to your medical treatment
9    as a result of this injury?
10        A   No.
11        Q   Are you contemplating any malpractice
12   or other actions or claims against --
13        A   No.
14        Q   -- your medical providers?
15        A   No, no, I'm not.
16        Q   Have you made any claims against the
17   Schiphol Airport Authority as a result of this
18   accident?
19        A   I don't think I have, no, I have none.
20        MR. BANINO:  S-C-H-I-P-H-O-L.
21        Q   Do you know if you or your attorney
22   have ever spoken to anyone from the airport
23   authority in Amsterdam?
24        A   No.  We -- I think my wife and I

Page 81

Brian Walsh                    81

1    filled out a report, kind of like a complaint or
2    something, but I don't remember talking to anybody
3    from the airport there.
4         Q   Was there a report with the airport
5    authority?
6         A   (No response.)
7         Q   Who was the report for?
8         A   It was -- I guess it was for the
9    airport authority, I guess.
10        Q   Do you have a copy of that report?
11        A   No.
12        Q   Do you know who you --
13        A   I know my wife wrote a letter which I
14   have a copy of to them.
15        MR. BANINO:  We request that that
16        be produced as well.
17   (REQUEST) _____
18        Q   About how long after the accident did
19   you write the letter?
20        A   It was within days.  It was related to
21   the fact that I wasn't -- I didn't get transported
22   by a cart, it was delayed.
23        I thought being on the ground for ten
24   minutes, nobody really -- they kept calling on a

Page 82

Brian Walsh          82

1
2  walkie-talkie, I ended up walking. I didn't
3  think I should have had to walk to a first aid
4  station.
5      Q   By calling a cart, you mean calling
6  one of those airport carts --
7      A   Right. Exactly. Right.
8      Q   -- that takes you --
9      A   Right. In other words, I didn't want
10 to really walk to the first aid station that I was
11 in the condition I was in, but I ended up doing
12 that.
13     Q   What was the response from the airport
14 authority?
15     A   I don't remember. I don't remember
16 any response. I'd have to look and see if my wife
17 got a letter back. I think it was just an
18 acknowledgement that they got it. I'd have to
19 check. I'm not sure.
20     Q   What caused you to file a report? By
21 that, did they send you a form to fill out?
22     A   I don't recall them sending me a form.
23 I thought my wife filled out a form at the airport
24 but I have to check with her.
25     Q   On the day of the accident?

Page 83

Brian Walsh          83

1
2      A   Yes. I have to check with her on
3  that.
4          I remember asking if there was a place
5  we could do that because again, the way -- I
6  didn't think I was treated great so we wanted to
7  complain.
8      Q   Did you see a copy of the report
9  before it was given to the airport authority?
10     A   I don't remember that. I don't
11 remember.
12     Q   Did you fill it out or did your wife
13 fill it out?
14     A   I didn't fill it out.
15     Q   Did she ask you questions in filling
16 it out, or while filling it out?
17     A   I don't recall. I don't recall
18 exactly what happened with that.
19         I know she wrote a letter. I remember
20 seeing a copy of the letter. In terms of the
21 form, in terms of an exact form, I don't remember
2  seeing a form.
23         I thought at the time we were looking
24 to fill something out. I'm not even sure if we
25 did at the airport. There was talk of that. I

Page 84

Brian Walsh          84

1
2  have to check with her.
3      Q   Did you review the letter before it
4  was sent to the airport authority?
5      A   The letter my wife wrote?
6      Q   Yes.
7      A   I think I did. I believe I did.
8      Q   Do you remember it being accurate?
9      A   As far as I can remember.
10     Q   How about the report, did you review
11 that before it was given to the airport authority?
12         MR. MEENAGH: I object to that.
13     A   Again, I don't remember the form, so I
14 remember inquiring about it, I'm not sure if a
15 form was even filled out. I remember asking if
16 there was a form. I don't know if we filled one
17 out at the time. I don't remember filling -- I
18 didn't personally fill one out.
19     Q   So when you mentioned a "report," what
20 did you mean by a "report"?
21     A   Well, I remember asking if there was a
22 place we could complain, but again at the time it
23 was kind of hectic between me getting to the first
24 aid station, getting to the hospital and back, and
25 catching that plane, so I don't know if anything

Page 85

Brian Walsh          85

1
2  was done at the airport.
3      Q   So just so I'm clear, do you know if
4  there was a report filled out?
5      A   I'm not exactly sure of that. I will
6  have to check with my wife if there was something
7  done more than a letter.
8      Q   You mean the letter before you
9  returned home?
10     A   Right. There was some correspondence.
11 I think the letter that my wife wrote I think was
12 actually more toward -- I think it was more toward
13 KLM. I will have to check that.
14     Q   The letter --
15     A   The letter that -- I said the letter
16 that she wrote complaining, I think it was
17 directed more toward KLM, but I will have to check
18 the letter again. I didn't review that letter
19 recently.
20     Q   Did she just send one letter, or was
21 it more than one letter?
22     A   I don't recall. I'm not sure what the
23 exact correspondence back and forth was.
24     Q   Do you know who it was sent to,
25 whether it was KLM or the airport authority?

Page 86

Brian Walsh                86

2    A    Offhand?  I thought it was KLM.  To
3 the best of my knowledge, it was KLM.
4    Q    What made you think that KLM was
5 responsible for what happened?
6    A    Just the fact that we were flying on
7 their plane and we had a change.  There was a
8 little bit of hassle in terms of changing.  I
9 think there was some frustration in terms of
10 changing tickets and all that, that's why.
11    Q    What made you think that KLM was
12 responsible for the metal bar?
13    A    For the metal bar?  Well, I just
14 thought that was the area where we were flying, I
15 thought that was their responsibility.
16    Q    And you mentioned that you are unhappy
17 about the delay with the cart.
18    A    Yes.
19    Q    What made you think that KLM was
20 responsible for that?
21    A    Oh, I didn't necessarily think that
22 KLM was responsible for that --
23    Q    Okay.
24    A    -- I felt it was I should have been
25 attended to a little bit.

Page 87

Brian Walsh                87

2    Q    Who did you think should have attended
3 to you better, the airport authority or KLM?
4    A    Somebody.  I'm not sure who.
5        MR. BANINO:  Let's take a five
6    minute break.  I will just review my
7    notes and that may be it.
8        (Whereupon, a brief recess was
9    taken.)
10    Q    Mr. Walsh, we are just a little
11 unclear on what these pictures depict.
12        Maybe if you can give us -- just
13 sketch out roughly what the boarding area looked
14 like, where the bar was in relation to the chairs,
15 and I guess where you were traveling.
16        MR. MEENAGH:  Wait a second.
17        I'm not sure what you're asking
18    him but I'm not going to have him draw
19    a picture.  So, I mean --
20        MR. BANINO:  Okay.  That's fine.
21    That's fine.
22    A    I mean --
23        MR. BANINO:  That's all right.
24    A    -- would you like me to show you, I
25 mean, I can show you if that's --

Page 88

Brian Walsh                88

2        MR. MEENAGH:  Can we go off the
3    record for a second?
4        (Whereupon, a discussion was
5    held off the record.)
6        MR. BANINO:  I assume you don't
7    have an objection to this being marked
8    as an exhibit for the deposition?
9        MR. MEENAGH:  No.
10        THE WITNESS:  This here
11    (indicating)?
12        MR. BANINO:  Yes.
13        Can we mark this as Exhibit J.
14        (Whereupon, drawing was marked
15    Defendant's Exhibit J for
16    Identification, as of this date, by
17    the reporter.)
18    Q    Mr. Walsh, I'm showing you what's been
19 marked as Exhibit J.
20        As your counsel and I just discussed,
21 this is an extremely rough sketch of what the
22 boarding area looked like.
23        So that I can describe it for the
24 record, the four circles in the rectangle are
25 approximately where you were sitting in the

Page 89

Brian Walsh                89

2 boarding area?
3    A    Those were seats, yes.
4    Q    And the dark line was where you
5 traveled before you fell just prior to your fall?
6    A    That's correct.
7    Q    And the single line which intersects
8 with that dark line approximates the bar which you
9 tripped over which caused you to fall.
10    A    Correct.
11    Q    The line with the circles on it were a
12 line of passengers waiting to board the flight; is
13 that correct?
14    A    That's correct.
15    Q    Okay.  When you entered the boarding
16 area, can you draw an arrow as to where on this
17 picture you boarded the area from.
18        How did you enter the boarding
19 area?
20        MR. MEENAGH:  Just kind of the
21    route, I guess.
22    Q    And, again, this is a rough
23 approximate.
24        MR. MEENAGH:  This is when he came
25    there --

Page 90

```
 1              Brian Walsh        90
 2        MR. BANINO:  When he came into the
 3   boarding area to come and sit down to
 4   wait for a departure.
 5        A   Okay.  I came from this direction here
 6   (indicating).  There is a huge hallway here
 7   (indicating).  I came from this part of the
 8   airport, right here (indicating).
 9           MR. MEENAGH:  Behind where the
10        arrow is where you drew on the
11        photo.
12        Q   So the arrow represents the direction
13   you came from.
14        A   Correct.
15        Q   Were there windows in this boarding
16   area at an outer wall?
17        A   I don't recall that.  I don't remember
18   that.
19        Q   The area where the arrow is to where
20   the seats are, were there any seats in between the
21   seats that you sat in and the arrow?
22        A   I don't recall.
23           I mean, there were seats -- these were
24   not the only seats in the area.  I mean, there
25   were other seats in the area.  I'm not exactly
```

Page 91

```
 1              Brian Walsh        91
 2   sure how everything was configured.
 3        Q   Was there anything in between the
 4   arrow and where you sat?
 5           MR. MEENAGH:  Can you be a little
 6        more specific?
 7           MR. BANINO:  Sure.
 8        Q   Was there anything other than the
 9   floor in between --
10        A   I think there might have been other
11   seats over in this area (indicating), I think.  I
12   don't have a clear picture of that right now in my
13   head.
14        Q   Do you recall seeing a similar bar
15   behind any of those other seats?
16        A   No, I do not.  I don't recall seeing
17   the bar at all until after I tripped.
18           It was like I looked back, because I
19   was wondering what I tripped over, and I saw this
20   bar, and I said, you know.
21           MR. BANINO:  Okay.  I have no
22        further questions.  I don't know if
23        you have any.
24           MR. MEENAGH:  No, I have no
25        questions.
```

Page 92

```
 1              Brian Walsh        92
 2        MR. BANINO:  Thank you, Mr. Walsh,
 3   for coming in.
 4
 5        (Time noted:  11:36 a.m.)
```

Page 93

```
 1                          93
 2              A C K N O W L E D G M E N T
 3
 4   STATE OF NEW YORK )
 5                      ss:
 6   COUNTY OF DUTCHESS)
 7
 8
 9        I, BRIAN WALSH, hereby certify that I have
10   read the transcript of my testimony taken under oath
11   in my deposition of October 29, 2009; that the
12   transcript is a true, complete, and correct record of
13   what was asked, answered, and said during this
14   deposition, and that the answers on the record as
15   given by me are true and correct.
16
17        _____
18              BRIAN WALSH
19
20
21
22   Subscribed and sworn to
     before me this _____ day
23   of _____, 2009.
24
        _____
25           NOTARY PUBLIC
```

Page 94

```
1
2                                      94
3              I N D E X
4    WITNESS         EXAMINATION BY        PAGE
5    BRIAN WALSH     MR. BANINO            4
6
7         E X H I B I T S
8
9    DEFENDANT'S EXHIBITS
     FOR IDENTIFICATION            PAGE
10
     A      Passenger Name Record    12
11
     B-H    Photographs              23
12
     I      Aetna Health Plans Chart  77
13
     J      Drawing                  88
14
15
     DOCUMENT REQUESTS:        PAGE    LINE
16
17   Documents in connection with   10    19
     the purchase of tickets, any
     itineraries or receipts
18
19   Medical records        52     9

20   Receipts               79    14

21   Letter to airport authority  81   18
22
23
24
25
```

Page 95

```
1                                     95
2         C E R T I F I C A T E
3
     STATE OF NEW YORK   )
4
                ss:
5
     COUNTY OF WESTCHESTER)
6
7
8       I, CHERYL THOMPSON, a Shorthand Reporter and
9    Notary Public in and for the State of New York, do
10   hereby certify:
11      That the testimony of BRIAN WALSH was held before
12   me at the aforesaid time and place.
13      That said witness was duly sworn before the
14   commencement of the testimony, and that the testimony
15   was taken stenographically by me and is a true and
16   accurate transcription of my stenographic notes.
17      I further certify that I am not related to any of
18   the parties to the action by blood or marriage, and
19   that I am in no way interested in the outcome of this
20   matter.
21      IN WITNESS WHEREOF, I have hereunto set my hand
     this 5th day of November 2009.
22
23
24      _____
25         CHERYL THOMPSON
```

Page 96

```
1                                     96
2         E R R A T A   S H E E T
3
     DEPOSITION OF BRIAN WALSH
4    RE:  WALSH V. KLM ROYAL DUTCH AIRLINES
     DATE TAKEN: OCTOBER 29, 2009
5
6    PAGE    LINE #    CORRECTION    REASON
7
8    ____   _____   _____   _____
9    ____   _____   _____   _____
10   ____   _____   _____   _____
11   ____   _____   _____   _____
12   ____   _____   _____   _____
13   ____   _____   _____   _____
14   ____   _____   _____   _____
15   ____   _____   _____   _____
16   ____   _____   _____   _____
17   ____   _____   _____   _____
18   ____   _____   _____   _____
19   ____   _____   _____   _____
20   ____   _____   _____   _____
21   ____   _____   _____   _____
              _____
22             BRIAN WALSH
     Subscribed and sworn to
23   before me this ____ day
     of _____, 2009.
24
         _____
25   NOTARY PUBLIC
```

# WORD INDEX

## A

ble 64:12,15 66:18
  66:20
accident 14:18 24:15
  25:11 30:4 57:23
  58:4 63:3,14,19
  74:13 79:20,21
  80:19 81:19 82:25
accompanied 8:23
accurate 84:8 95:16
accurately 26:7 78:15
Ace 50:10,17
Achilles 55:23,24
  56:8,13,17,20
aching 75:10
acknowledgement
  82:18
Act 1:5
action 4:19 95:18
actions 80:13
active 72:20
activities 15:12 61:11
  80:2
activity 61:7 75:20
actual 29:13 51:17
address 4:11 5:17,19
  6:20 9:8
addresses 8:25
administer 3:8
Adventure 10:6
Aer 12:13
Aetna 77:14 94:12
aforesaid 95:12
Africa 8:13,14 16:20
  17:3
afternoon 18:5,6
age 6:10 72:14
agency 10:4,5
agent 23:12
ago 11:23
AGREED 3:3,12
ahead 12:14 29:18
  30:15,21,23 40:23
  47:21 49:7
aid 39:18 40:6,10
  44:17 46:5 82:3,10
  84:24
aircraft 30:9
airline 12:15
Airlines 1:7 4:19 96:4
airport 19:11,22,25
  39:9 41:23 42:4
  48:20,22 49:6 51:10
  52:11 53:8,10 54:9
  54:14 55:9 80:18,23

81:5,10 82:6,13,23
  83:9,25 84:4,11
  85:2,25 87:3 90:8
  94:20
alcoholic 20:22
ambulatory 65:23,25
amount 75:24 78:7
amounts 78:2,3,3
Amsterdam 11:10,21
  11:25 12:7 13:7,8
  13:19 14:10 16:3,7
  16:10,15,22 17:2,5
  17:6,16,25 18:18
  19:2 20:13,14 24:13
  41:9 54:12 55:6
  61:19 62:21 80:24
and-a-half 18:4
and/or 23:12
angle 76:6
animals 15:17 34:14
announcement 22:3
  31:25 32:2,6,10
announcements 32:9
  35:14,18
answer 4:24 5:3
answered 93:12
answers 5:4 93:13
anybody 5:18 37:21
  38:10,13,23 48:6
  69:6 81:3
apparently 41:7
appear 26:11 77:22
appears 77:21,23
appointment 64:25
  70:24
approved 73:9
approximate 89:23
approximately 7:7
  8:14 9:4 15:25 17:7
  21:25 27:8 33:6
  35:2 41:13 43:6,13
  45:22 46:14 49:11
  57:25 61:18 63:20
  67:5,10 68:8,14
  70:6 88:25
approximates 89:8
April 73:18,19,22
area 6:24 19:18,21,22
  20:2 22:18 23:9
  24:6,8 25:12,16
  26:19 27:10,24 28:2
  28:9,24 29:6,25
  30:17,18,25 31:23
  33:12 40:9 52:21
  86:14 87:13 88:22

89:2,16,17,19 90:3
  90:16,19,24,25
  91:11
arm 38:4 39:6,14
  43:15,19 44:3 45:25
  49:14 50:8 51:2
armpit 51:7
arrival 19:12 20:3
arrive 17:4 22:15
arrived 13:22 18:15
  19:6 22:22 23:5,14
  27:7,12 49:7 55:13
arriving 20:16
arrow 89:16 90:10,12
  90:19,21 91:4
arthritis 61:20 62:8
  74:13,15
Arusha 15:9,10,10
asked 25:14 39:10,16
  40:12,19,24 41:4
  42:11 44:21 46:6,25
  74:25 93:12
asking 83:4 84:15,21
  87:17
associated 77:24
Associates 55:16,17
assume 9:17 88:6
athlete 61:5
athletic 44:14
attended 86:25 87:2
attorney 4:18 12:24
  80:22
attorneys 2:5,10 3:4
August 67:12
Augusta 9:5
authority 80:18,24
  81:4,6,10 82:14
  83:9 84:4,11 85:25
  87:3 94:20
authorized 3:8
available 79:12
a.m 1:12 92:5
a/k/a 1:7

## B

B 23:20,24 26:11,13
  27:10 28:16 29:14
  94:7
back 13:18,20 14:12
  14:15,19 20:16
  23:15 40:17 41:5,18
  41:23,25 46:7 47:7
  47:24,25 48:4 51:10
  52:10 64:2 82:17
  84:24 85:23 91:18

bad 26:2
bag 32:13 34:4,7,12
  34:15,17,18,19,21
  34:23,24 35:3
baggage 47:24
bags 33:21 45:2
ball 75:16
bandage 50:10,17
Banino 2:13 4:8,17
  8:5 10:17 12:17
  14:21 23:17 26:15
  28:21 30:24 31:17
  31:20 40:22 51:21
  52:8 63:16 74:16
  77:12 79:11 80:21
  81:16 87:5,20,23
  88:6,12 90:2 91:7
  91:21 92:2 94:5
bar 24:7 25:15,21,22
  26:12,18,32 19:22
  33:3 37:6,12 38:24
  53:24 54:9,25 86:12
  86:13 87:14 89:8
  91:14,17,20
Barbara 1:3 5:24
  6:17
Bartholomew 2:13
  4:17
Based 10:7
bed 66:18,21
began 11:6
believe 8:21,24,24 9:6
  10:3,11 11:14 13:9
  13:11,25 16:11,13
  17:8 18:24 19:4
  20:12 21:24 24:24
  29:17,20 31:11
  34:11 36:9,10 37:10
  39:8 48:8 50:9
  52:17 56:9,18,19,21
  57:10 58:8 60:17
  64:7,10,17,20 65:9
  68:9,15 70:6,11
  73:17 78:18 84:7
bench 75:23 76:8,23
best 4:25 18:15 22:2
  26:6 45:16 86:3
better 46:20 87:3
beverages 20:22
beyond 33:3
bifocals 21:13
big 29:8 34:23,24
  42:19
bit 18:10 69:25 72:25
  75:10 77:4 86:8,25

blood 95:18
board 9:22 89:12
boarded 35:15,18
  89:17
boarding 10:22 11:4
  23:13 31:23 32:3
  87:13 88:22 89:2,15
  89:18 90:3,15
body 64:23 70:23
  72:11 73:8
bone 44:4 57:19
boom 37:4
Boston 10:7
bothering 77:4
bought 34:8,9,16
  36:15,20
Box 2:6
break 5:12 39:15
  40:16 41:16 46:11
  58:19 87:6
breaks 44:12
Brewster 7:18,18
  12:6 55:20 71:17
Brian 1:3,14 4:2,10
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1
  14:1,16 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1
  41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1
  57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1
  69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1
  77:1 78:1 79:1 80:1
  81:1 82:1 83:1 84:1
  85:1 86:1 87:1 88:1
  89:1 90:1 91:1 92:1
  93:8,16 94:5 95:11
  96:3,21
brief 87:8
briefly 8:11 39:2
bring 40:25
broken 44:10,13
brought 71:15,18
brush 76:2
brushing 74:22

bump 37:20
bumped 37:18
business 35:21
B-H 94:11

**C**

C 2:2 29:21 33:8 93:2
    95:2,2
cab 20:12 41:2,8,23
    46:16,19,22,24 47:3
    47:8,11,15 51:11
    52:10
cafe 19:18,22
call 41:2 46:24 47:3
    63:8 65:25
called 15:9 25:9
    46:23 49:6 53:11
    55:15,15 58:21 64:8
    64:10 67:20 70:25
calling 81:25 82:5,5
capital 8:23
car 58:19
cards 49:18
care 41:7 63:2
Carol 8:22 9:6 24:10
carriers 12:10
carry 45:5
carrying 33:21
carry-on 32:11 34:3
cart 39:17 40:2,4
    81:23 82:5 86:17
carts 82:6
cash 78:20
cast 41:20 49:14 50:7
    50:10,11,13,14,15
    50:19,21,22 51:2,4
    51:5
catch 47:21 52:13
catching 84:25
cause 46:12
caused 22:4 31:22
    36:22,25 61:4,6
    82:20 89:9
cell 53:11,13,14
center 65:23,24,25
    66:12
certain 68:21
certification 3:5
certify 93:8 95:10,17
cetera 13:8
chairs 26:11,17,23
    27:2,6,19 87:14
chance 72:12
Chang 63:7,14
change 13:10 17:11

86:7
changed 79:21,25
    80:2
changing 86:8,10
charge 79:15
chart 77:15 94:12
check 58:8 68:11,15
    72:25 79:9 82:19,24
    83:2 84:2 85:6,13
    85:17
check-ups 63:4
Chelsea 4:13
Cheryl 1:16 95:8,24
chest 64:4
children 6:7
circles 88:24 89:11
cities 11:8
city 9:23 15:9 16:23
    16:24,25 79:3
Civ 1:5,6
claim 12:14
claims 80:8,9,13,17
clarify 5:9
class 35:20,21,22
clean 69:24
clear 14:15 28:7,14
    28:19 85:3 91:12
clinic 44:18 45:3,12
    46:13 47:5
close 47:23
closer 20:3
coach 7:9,10,22,24
    9:22 44:12 72:17
    74:17 75:17 76:16
coached 55:20
coaching 55:20
coast 16:19
cold 64:3 70:25
color 42:24
Columbia 58:25 62:5
comb 76:2
combing 74:21
come 19:25 25:25
    27:10 40:2 90:3
comfortable 36:21
coming 28:9 49:7
    59:18 92:3
commencement
    95:14
common 61:8
Community 57:5
complain 83:7 84:22
complaining 85:16
complaint 81:2
complete 93:11

concerned 39:21 40:7
    46:8 74:25
condition 82:11
conditioning 8:4
Condon 2:10 4:18
configured 91:2
confined 66:18,21
congestion 64:4
connected 66:14,15
    66:15,16
connection 10:14
    63:9 94:16
constant 74:20,22
    75:6,6
contemplating 80:12
continue 72:3
conversation 25:7
copies 10:21 79:12
copy 51:16 81:11,15
    83:8,20
correct 7:14 13:9
    27:4,21 28:11 29:2
    33:22 36:2,3 37:24
    43:9 60:13 63:6
    64:9 74:10 89:6,10
    89:13,14 90:14
    93:11,14
CORRECTION 96:6
corrective 58:25
correctly 16:6 75:16
correspondence
    85:10,23
cortisone 71:21,22
    72:5,21 73:12
Costabile 8:17 9:2,5
    9:9,13,14 13:13
    20:10 33:15 45:8
    53:6
Costabile's 55:11
counsel 77:20 88:20
counting 54:11
COUNTY 93:6 95:5
couple 6:13 13:19
    20:14 24:14 32:8
    34:8,13 66:5 68:2
court 1:2 5:2 8:19
Cove 4:13
cover 51:2
covered 51:6 72:9
    73:10
co-pay 78:24
co-pays 49:19 78:8
crutches 60:21,23
cuff 56:3,5,12 57:7
    61:2,9 76:21,25

77:5
current 7:8
currently 5:25 9:12
    9:22 75:12 80:3
customs 19:3
cut 61:8
C-O-S-T-A-B-I-L-E
    8:20

**D**

D 32:25 53:3 93:2
    94:2
Daluiski 78:17
damage 46:10,12
    58:23
Danbury 52:4 55:16
    55:17 56:14 63:11
    64:8 65:20,22,24
    66:3,4,14 69:15,23
    71:3,16 75:2 77:7
dangerous 40:17 46:3
    46:9,20
dark 42:25 45:15
    89:4,8
date 12:21 23:21
    77:16 78:13 88:16
    96:4
day 13:10 17:12,13
    21:9 24:16 26:7
    36:5 54:6 55:15
    59:21 64:9,16 68:16
    82:25 93:22 95:22
    96:23
days 13:19 20:14
    24:14 60:24 67:4,5
    68:14 81:21
dealing 44:14
dealt 55:19
December 57:23,23
decide 46:18 72:22
decided 46:18 48:3
    69:8,11
deciding 69:12
decision 68:22
Defendant 1:8 2:10
Defendant's 12:20
    23:20,24 77:15,19
    88:15 94:9
definitely 40:16 46:2
    65:2
deformed 39:14
    43:16 44:3
deformity 43:21
    44:13
degrees 62:17

delay 86:17
delayed 18:14 81:23
demonstrate 75:17
    76:17
depart 18:5 31:24
    52:16
departed 19:24 24:20
    25:5 41:24 52:18
    54:22
departing 25:6
departure 19:7,13
    20:4 21:21,22 22:5
    22:11,15,15,18,21
    23:6,10 29:13,22
    30:2,8 47:23 48:13
    90:4
Depending 26:2
Depends 76:6
depict 26:7 87:11
depicted 27:3,20
    28:10,24 30:2 31:2
    31:3
deposition 3:6,6,10
    4:20 88:8 93:10,13
    96:3
describe 8:11 27:9
    32:5 39:2 45:14
    50:25 75:15 88:23
described 76:21
    79:23
desk 23:13 48:14,16
diagnosed 62:10
different 5:11 21:14
    56:11 58:16 66:5
    68:3 74:12
difficult 75:22
DiGenaro 64:20,24
    65:14 67:15 74:2
directed 85:17
direction 27:23 30:15
    37:16 90:5,12
directly 23:16 30:14
    37:22 38:2 46:7
    61:25
discussed 88:20
discussion 7:5 8:6
    88:4
distance 19:8
DISTRICT 1:2,2
doctor 40:11 49:5,22
    51:12 55:18 62:2,5
    64:19,22 67:23
    68:20,23 69:19,23
    70:5 71:9,12 74:3,4
    75:2

doctors 55:22 69:14
  70:23
.octor's 45:11 70:15
document 10:18
  12:23 13:2 77:20
  78:13 94:15
documents 10:13,19
  51:12 94:16
doing 47:13 69:12
  74:21 76:7,10,14
  82:11
dollar 78:2
door 29:13,22,23,24
  30:8,8,11
downtown 20:13
  40:15
Dr 63:7,14 64:24
  65:14 67:15 74:2
  78:17
draw 87:18 89:16
drawing 88:14 94:13
drew 90:10
drink 18:23 20:21
Drive 9:5
driving 15:16
duly 4:4 95:13
Dutch 1:7 4:19 96:4
DUTCHESS 93:6
D-7 24:23 29:18 53:2
D.A 73:9

E

E 2:2,2 32:25 33:2
  93:2,2 94:2,7 95:2,2
  96:2,2,2
early 16:12 18:6
East 7:13 9:7
eat 18:17 19:17,19
  20:18
economy 35:21,24,25
Ed 9:22
educator 7:21
effect 3:9
eight 54:4 63:21
either 8:25 12:2,3
  37:20 51:25 56:25
elbow 32:18 38:3
  53:20 55:5 56:14
  57:22,24 58:10,13
  58:16 59:6,13,22
  61:20 62:8,13 69:15
  72:14 73:9,10,22,24
  75:13 76:14 77:10
  77:24 79:19
elbows 72:10

enclosed 36:11,13
ended 14:17 56:10
  82:2,11
enter 89:18
entered 89:15
entire 62:20
Erin 6:9
especially 36:16,20
ESQ 2:7,13,13
estimation 53:23
et 13:8
evening 48:19
evidence 25:20
exact 9:3,8 16:13
  23:3 26:22 30:11
  83:21 85:23
exactly 19:9,23 22:12
  22:13 24:14 31:12
  34:12,15 36:6,9,11
  37:15 42:20 49:12
  49:21 50:12 51:4,4
  53:5 68:15 73:6
  82:7 83:18 85:5
  90:25
examination 1:14 4:7
  72:2 94:4
examined 4:6 45:25
  47:15
Excuse 22:20
exercise 79:24 80:3,7
exercises 61:15 68:2
  68:21 75:19
exercising 75:21
exhibit 12:18,20
  26:11 27:10 28:16
  29:14,21 33:8 53:22
  77:15,19 88:8,13,15
  88:19
exhibits 23:18,20,24
  32:25 94:9
expand 29:10
expended 78:9
expenses 78:9,24,24
experience 44:14
explained 25:10
  47:12 65:3
extended 38:4
extends 33:3
extension 75:19
extent 79:11
extreme 75:11
extremely 88:21
extremities 64:22,23
  70:24

F

F 53:22 73:9 95:2
facing 28:4 31:6
fact 18:8 25:20 62:7
  78:6 81:22 86:6
fairly 42:11,19,19
  49:8
fall 37:16 38:7,23
  54:14 59:21 61:13
  61:19 62:9,11,21
  89:5,9
falling 38:14
far 13:10 19:5,24
  22:14 33:2 69:8,9
  80:7 84:9
farsightedness 21:12
  21:19
father 55:11
February 56:19
fee 79:15
feel 5:9
feeling 44:22
feels 79:19
fees 79:2,7
feet 33:7,7 35:2 43:6
fell 24:17 26:8 32:7
  32:17 37:21,25
  38:12 39:4 42:8
  54:6 89:5
fellow 64:21
felt 39:5 79:19 86:24
fifteen 46:15 62:17
file 82:20
filed 12:14 26:4,5
  42:17
filing 3:5
fill 82:21 83:12,13,14
  83:24 84:18
filled 81:2 82:23
  84:15,16 85:4
filling 83:15,16 84:17
films 51:17
Finally 40:5
fine 40:22 61:15
  70:18 87:20,21
first 4:4 16:21 26:15
  35:10,18 39:18 40:6
  40:10 42:4 44:17
  46:5 59:10 63:13
  64:25 71:13,20,24
  71:25 82:3,10 84:23
first-aid 49:5,6
Fishkill 7:13
five 7:16 33:9 60:7
  87:5

flew 11:6 13:24 16:17
  16:18,21,22 47:24
  54:15
flight 13:3 14:17 16:4
  16:9,15 17:9,10,15
  17:25 18:14,18,21
  18:23 19:7,13,14
  21:22 32:3 35:21,23
  39:22 40:7,13 41:10
  41:12,12 44:24 46:8
  48:19,20 52:13
  53:17 54:12 55:5,6
  79:16 89:12
flights 14:11 15:3
  16:8 48:9
floor 37:22 91:9
fly 13:19 14:12,15,19
  35:23 40:17
flying 86:6,14
follow 10:17
follows 4:6
followup 42:2 78:18
food 34:25
foot 35:2 36:25 37:9
  37:13
football 7:9,22,24
  44:11 77:2
footing 37:7
force 3:8
forget 41:21
form 3:13 82:21,22
  82:23 83:21,21,22
  84:13,15,16
former 76:17
Forsyth 2:10 4:18
forth 68:21 85:23
forty-five 21:25
  22:16 27:8 45:21
forward 28:4 32:17
  37:17 38:8
four 10:10 13:15
  15:19 20:8,19 33:6
  33:7 88:24
four-hour 18:4,9
four-page 78:13
fracture 46:2 53:20
  60:14
free 5:9
frequently 68:12
friend 9:10
friends 8:15,15,16
  9:24
frustration 86:9
full 50:11,21,21
  67:21,22,24

further 3:12 46:12
  49:23 91:22 95:17

G

G 8:23 93:2
gas 79:3,8
gate 19:6,7,13,14
  20:3,4 21:22 22:5
  22:11,15,19,21,25
  23:6,10,12 24:20,24
  25:5 27:12 35:9
  45:10 47:7 48:14
  52:16,18,22,25
  54:22
gates 53:3
gel 73:5
getting 30:6 41:5 47:8
  47:11 84:23,24
gifts 34:9,10,13,16
give 5:12 71:21 74:6
  87:12
given 4:20 5:19 51:16
  83:9 84:11 93:14
glasses 21:6,8
go 19:3,12 20:13 22:8
  25:12 32:19 40:14
  40:23 41:25 44:20
  46:21 47:21 48:2,3
  48:4,22 64:2 68:13
  69:24 75:3 88:2
going 4:23,24 20:13
  36:21 38:9 40:21
  41:16 50:3 65:3
  68:6,17 69:9 74:23
  75:2 87:18
good 4:15,16 8:21
  22:12 40:15 72:15
great 70:21 83:6
ground 39:3,5 43:11
  43:23 53:24 81:24
group 13:21,24 14:2
  14:12,20 15:8,23
  57:6
guarantee 72:13
guess 13:10 15:24
  18:4 32:25 33:2
  35:25 36:19 43:5
  45:20 47:23 49:5
  53:22 54:9 71:2
  79:2 81:9,10 87:15
  89:21
guessing 52:23
guy 42:19,20
gym 80:4

**H**

H 23:21,25 94:7 96:2
hair 42:24 43:2,2
  45:15 74:22 76:2
half 27:8 50:9
hallway 29:3,4 90:6
hand 32:13 34:5,5
  95:21
handles 34:20
happened 17:19
  20:11 25:11 32:6,6
  35:7 36:24 39:3
  45:9 71:22 83:18
  86:5
happening 47:19
hard 50:20,20
hardware 59:6,16,18
hassle 86:8
head 7:21 21:22 22:4
  30:4 91:13
headed 21:24 29:25
heading 48:7
health 7:21 77:14
  94:12
heavy 62:25 76:6
hectic 84:23
held 1:15 7:6 8:7
  65:18,19 88:5 95:11
help 40:5,6 72:13
helped 43:8,12,25
  44:16
hereto 3:5
hereunto 95:21
high 7:9,11,18 44:11
  76:15
hiking 36:17
hip 60:9,11,14
hit 37:2 39:3,5 58:19
Hold 52:3
holding 32:12
home 55:9,13 64:9
  66:18 85:9
hook 37:9
Hopewell 4:13 6:25
  7:11 9:6 67:20
hospital 40:14,15
  41:8 45:24 46:17
  48:3,7,23 49:2,10
  49:16 53:7 57:5
  58:20,21,25 66:4,14
  70:3,13,19 71:2,8
  73:15,16 74:5,8
  77:8 84:24
hour 21:25 22:17
  27:8 49:11

hours 20:9,20 41:13
Hudson 58:21
huge 90:6
hurts 75:25 76:3

**I**

Identification 12:21
  23:21 77:16 88:16
  94:9
identify 24:2
immediate 39:6
immediately 39:15
  48:25
immobilize 40:12
  46:5,6 50:11
immobilized 41:19
  46:12
improve 59:2
inches 54:4,4
incident 78:25
including 70:7 71:11
incurred 78:23
indicating 12:18
  23:18 26:25 27:14
  27:18 28:15,17
  29:12,16,19,20
  34:25 77:13 88:11
  90:6,7,8 91:11
initial 32:10 54:12
  58:18 70:7 71:11
  72:2
initially 59:9 66:9,9
  66:11 70:10 71:14
  77:3
injection 78:18
injuries 44:15 53:19
injury 18:11 26:2
  61:17 63:9 74:18,19
  76:11 80:10
inpatient 65:17
inquiring 48:9 84:14
inside 44:5
insurance 49:17 72:9
  73:11
intend 25:17
interested 95:19
internationally 11:15
  11:18
Internet 72:25
intersects 89:7
intramural 8:2,3
involved 75:20
Ireland 11:22 12:4,5
  12:11,12
Italian 64:20

Italy 11:22 12:2,11
itineraries 10:15
  94:17
itinerary 13:3,4,5,16

**J**

J 2:13 4:10 88:13,15
  88:19 94:13
Jay 7:11,13,15,23
Jeep 15:16
Jeff 15:16
Jennifer 8:17 20:10
  33:15 35:10 40:9
  45:7,8 47:10,18,20
  55:11
job 7:20
John 2:7 7:11,13,15
  7:23
joint 44:4 50:6
jostled 37:18
JR 2:7
July 8:10 13:6,7 36:2
Junction 4:14 7:12
  9:6 67:20
J.F.K 11:6,7 13:7,22
  14:6 18:2 19:7,14
  20:5 21:23 55:7,10

**K**

K 93:2
keep 40:21
keeping 79:10
KELLY 2:4
kept 47:17 81:25
Kilimanjaro 11:13
  13:8 14:5,10 15:3,5
  15:7 16:3,10,17
  17:16 18:18 19:6,10
  19:24 54:13
kind 12:15 23:14
  36:10,10 37:11
  39:13 41:20 44:5,6
  46:25 47:17 50:7,10
  51:3 58:24 69:7
  70:23 73:5 75:5,23
  81:2 84:23 89:20
KLM 1:7 4:19 12:8
  48:6 79:15 85:13,17
  85:25 86:2,3,4,11
  86:19,22 87:3 96:4
knapsack 32:11
  33:24
knapsacks 34:3
knee 57:18
knew 39:14,18 41:10
  48:20 70:21

Knollwood 1:10
know 5:13 6:9 8:25
  9:9,20 10:5 14:9,10
  19:9 21:16,17 24:19
  24:22,25 25:5 29:19
  30:15 34:13,16 35:7
  39:6,17,25 41:3,18
  44:6,10 47:19 48:10
  48:11,11,12 50:10
  51:3 52:24 53:4
  54:3 59:10 60:21
  62:4,7,18 64:4,18
  65:14 66:12 67:25
  69:17 74:21 77:3
  78:5,6,8,11 80:22
  81:13,14 83:19
  84:16,25 85:3,24
  91:20,22
knowledge 18:16
  86:3
KONINKLIJKE 1:6

**L**

L 3:1 93:2
lacked 62:14
land 11:12 37:20
landed 11:13,14 19:2
  32:17 37:22,23 38:2
lawsuit 8:9 26:3
layover 18:4,9
leave 17:25 39:23
LEFLAND 2:13
left 14:9 20:12 27:13
  27:14,22 28:5,16,24
  29:11,18 31:4,14,14
  31:18,20 32:13,15
  32:15 33:19 45:6,24
  48:19 51:14
left-hand 34:6
leg 36:25
legs 37:4,11
lenses 21:14
letter 81:14,20 82:17
  83:19,20 84:3,5
  85:7,8,11,14,15,15
  85:18,18,20,21
  94:20
let's 6:21,25 8:20
  10:6 11:10,25 13:23
  16:16 17:6 34:11
  46:14 51:15 56:18
  56:21,22 57:9 58:7
  61:13,23 62:20
  63:17,21 65:23 66:9
  67:10,19 70:15 87:5

life 57:16
lifting 76:5
limit 61:10
limited 72:16 75:3
line 31:24 32:16 38:8
  78:2 89:4,7,8,11,12
  94:15 96:6
lines 12:25 13:2
Lingus 12:13
listed 78:14
literacy 9:22
little 18:10 19:18 34:2
  34:14 44:23 69:25
  72:25 75:10 77:4
  86:8,25 87:10 91:5
live 5:18
lived 6:19,23
living 5:25 6:24
LLP 2:4,10
locate 53:9
located 48:13 66:3
long 6:16,19,23 7:15
  11:23 16:14 21:21
  22:10 27:5 39:25
  43:2,11 44:7,16
  46:13,15 49:4,9,12
  55:13 60:23 61:16
  62:19 67:2,8 68:6
  72:20 81:19
longtime 9:10
look 13:4 29:21 38:20
  54:5 57:12 64:2
  72:23,24 82:16
looked 25:21 26:7
  39:13 40:16 42:18
  42:20 43:19 44:3,12
  44:13 45:14 46:2
  87:13 88:22 91:18
looking 27:9,25 29:9
  32:25 33:8 38:6,8
  53:22 83:23
lose 37:6
lot 15:14 39:15 43:20
  44:12 75:17
loudspeaker 22:4
  32:2
LUCHTVAART 1:6
luggage 32:11

**M**

M 93:2
MAATSCHAPPIJ
  1:7
malpractice 80:8,12
man 39:16

**Manhattan** 9:7
**map** 16:23
**March** 56:22,24,24
  73:19,22 78:19
**MARISSA** 2:13
**mark** 12:17 23:17
  77:12 88:13
**marked** 12:20 23:20
  23:24 26:10 77:15
  77:19 88:7,14,19
**marriage** 95:18
**married** 6:9,16
**Mass** 10:8
**material** 50:22
**matter** 95:20
**Matthew** 6:4,5
**McDonald** 6:9
**McGowan** 8:22,23
  9:2,20 13:13,18
  20:11,15 24:10
**meal** 18:20
**mean** 11:2 14:5 18:13
  20:8 27:23 29:7,8
  30:3 31:14 36:20,24
  40:20 42:9 45:4
  47:4 50:20 51:5,23
  59:7 61:12 62:10,24
  66:15 68:24 69:18
  71:3 75:17 76:2,25
  79:7 82:5 84:20
  85:8 87:19,22,25
  90:23,24
**meant** 31:16 69:25
**medical** 51:13 55:14
  66:22 77:10 78:10
  78:16 80:9,15 94:18
**medication** 41:20
**medications** 20:24
**Meenagh** 2:4,7 7:3
  14:8,14 26:13,16
  28:13,19 29:15 30:3
  30:21 31:13,18,21
  40:20 51:17,21,23
  52:3,5 63:15 67:21
  74:14 84:12 87:16
  88:2,9 89:20,24
  90:9 91:5,24
**meet** 13:21,23
**member** 80:4
**mentioned** 60:25
  62:23 74:7 76:8
  79:18 84:19 86:16
**mesh** 59:7
**met** 53:12
**metal** 59:12 65:4

73:24 86:12,13
**middle** 30:16 33:11
**middle-aged** 45:15
  45:19
**minute** 87:6
**minutes** 21:25 22:17
  27:8 40:2 43:14
  46:15 81:25
**missing** 39:22 40:7
  46:8
**mistaken** 28:22
**Monday** 64:15
**money** 49:15
**month** 67:11 68:8,12
**months** 63:21,23
**morning** 4:15,16
  16:12,12 17:8
**motion** 62:15,22 76:4
**move** 66:18,20
**moved** 6:21,25
**movement** 59:2 74:21
**moving** 46:11
**MRI** 70:8 71:15
**MRIs** 71:19
**M-C** 8:23

----

**N**

N 2:2,13 3:1 93:2,2
  94:2
**name** 4:9,17 5:16,23
  6:3 10:5 12:19,25
  16:19 42:13,14
  45:11 70:15,17
  94:10
**near** 71:17
**nearsightedness**
  21:11,18
**necessarily** 26:22
  36:18 69:3 74:6
  86:21
**need** 5:3,12 8:18
  41:17 49:22 65:2
**nerve** 46:10
**never** 62:10 64:21
**new** 1:2,10,18 2:6,12
  2:12 4:5,14 7:19
  9:23 13:12,20,24,25
  14:13,16,19 15:3
  20:16 24:13 41:18
  50:22 79:2 93:4
  95:3,9
**Newburgh** 9:11,12
  9:16,18
**nod** 5:4
**non-displaced** 60:14

**North** 2:5 4:13
**Notary** 1:17 4:4
  93:24 95:9 96:25
**noted** 92:5
**notes** 87:7 95:16
**notice** 43:18
**noticed** 39:14,19
  43:20
**November** 57:21,24
  57:25,25 60:4 95:22
**number** 22:25 23:4
  63:23 78:4
**numbered** 13:2
**numbers** 21:15,16,17
**N.V** 1:7

----

**O**

O 3:1 93:2
**OAT** 10:7 13:25
  15:22
**oath** 3:8 93:9
**object** 84:12
**objection** 88:7
**objections** 3:13
**obviously** 51:22,24
**Occasional** 62:17
**occurred** 61:13 65:10
**October** 1:11 93:10
  96:4
**offhand** 21:17 23:3
  86:2
**office** 63:9 66:10
**officer** 3:7,10
**offices** 66:6,13
**Oh** 45:21 46:14 86:21
**okay** 5:14,15 14:23
  22:25 26:16 28:12
  28:21 31:21 39:7
  40:24 50:25 51:8
  52:8 54:19 62:7
  64:7 69:20 74:16
  78:12 86:23 87:20
  89:15 90:5 91:21
**old** 6:5,10 50:23 60:8
**once** 48:2 61:14
**online** 10:4 70:22
**open** 29:8
**operated** 56:10 64:17
**opinion** 69:21 70:3
  71:5
**opposed** 27:24
**option** 71:20,21 72:6
  72:15
**order** 1:18 35:9
**original** 14:12

**Orthopedic** 55:16,17
  57:6
**Orthopedics** 56:15
  64:8 65:21 66:3
  69:15,23 71:3
**outcome** 95:19
**outer** 90:16
**outside** 28:9,14,16
**out-of-pocket** 78:9,24
**overnight** 17:9,10
  65:18,19
**Overseas** 10:6
**o'clock** 17:7
**O-W-A-N** 8:24

----

**P**

P 2:2,2,7 3:1
**page** 77:25 78:12
  94:4,9,15 96:6
**paid** 78:7
**pain** 39:6,16 41:21
  43:20 62:16,23,24
  69:22 74:9,12,13,18
  74:20,22 75:2,6,18
  75:24
**pants** 36:4
**paper** 34:21
**parking** 79:2,7
**parks** 15:11
**part** 19:11 90:7
**partial** 50:13 51:4,5
**particular** 54:13
  67:23
**parties** 3:4 95:18
**parts** 72:11 73:8
**passenger** 12:19,25
  94:10
**passengers** 16:22
  89:12
**passes** 10:22 11:4
**Patrick** 6:8
**pay** 49:15 78:20
**Peekskill** 58:20
**people** 13:21 14:11
  15:22 16:23 27:11,13
  27:15 30:19 31:9
  33:13,16 47:4 48:12
  68:3 69:4 73:7
**performed** 65:14,20
**period** 74:24
**persistent** 69:22
**person** 8:22 39:9 42:5
**personally** 84:18
**phone** 53:13,14
**photo** 27:3,20,24,25

28:9,10,15,25 29:9
  29:10,11,22 30:2,10
  30:10,13,17 31:2,4
  31:7,10,19 33:9
  90:11
**photograph** 54:2
**photographs** 23:19
  23:23 33:5 94:11
**photos** 24:5,6,9,11
  25:2,18 26:6 54:5
**physical** 67:6,9,13,17
  67:22 68:4,7,13,17
  68:25 69:4,8 74:7
  75:20 77:9
**physically** 66:15,16
**physician** 63:2
**picked** 16:21 32:11
  55:11
**picture** 87:19 89:17
  91:12
**pictures** 25:12 87:11
**piece** 65:4
**pieces** 32:11
**place** 1:15 56:11
  67:19,19 69:5 71:17
  83:4 84:22 95:12
**Plains** 1:10
**Plaintiff** 1:15 4:3
**Plaintiffs** 1:4 2:5
**plane** 39:23 46:3
  47:21,22 48:5 84:25
  86:7
**Plans** 77:14 94:12
**plaster** 50:14,23
**plastic** 34:21
**plates** 59:7,22
**players** 55:21
**please** 4:9,11 5:9,12
  8:11 74:17
**point** 47:22 48:4 62:4
**pointing** 28:8
**positions** 7:24
**possible** 52:2
**possibly** 10:16 22:17
  43:7 48:15 69:24
**posted** 42:9
**Poughkeepsie** 2:6
**Presbyterian** 58:25
  62:6
**prescribed** 61:15
  67:25 68:20,21
**press** 75:23
**presses** 76:9
**pressing** 76:24
**pretty** 41:15 44:19,21

58:22 69:5 70:2 75:11,20 76:7,18
previous 54:11
primary 63:2
prior 7:17 20:15 21:21 38:13 43:25 54:14 61:19 62:8,11 63:11 74:13,18,19 75:20 76:10,25 89:5
probably 15:24 40:2 43:13 61:6 62:3 72:19
problem 41:4 56:6 62:19
problems 15:2 17:14 54:19 55:4,6 60:11 62:12 76:13,20,23 77:2,6 79:18
produced 12:24 51:22 77:20 81:17
profession 7:8
program 8:4
prostatectomy 60:2
provide 47:2
providers 80:15
PSA 64:4,5
Public 1:17 4:4 93:24 95:9 96:25
purchase 9:25 10:9 10:14 94:17
purchased 10:3,11
pursuant 1:18
pushed 44:5,6
push-up 75:23
push-ups 76:8
put 32:12 41:17,19 49:13 50:4,7 51:8 58:20 59:6,13,17 65:4
Putnam 57:5
P.O 2:6

Q

quarterback 61:7 76:17
questions 4:24 5:8 42:2 83:15 91:22,25
quick 41:11 42:11
quickly 49:8
quite 10:12 19:8

R

R 2:2 95:2 96:2,2
range 59:2 62:14,22 67:21,22,24 75:13
read 19:20 93:9
reading 21:20
real 74:22
really 63:22 76:18 81:25 82:10
reason 63:15,17 96:6
recall 10:24 11:2 12:9 12:10,12 16:5,13,14 17:24 18:19,20,22 19:5,21 20:19 22:12 22:13,25 23:3 24:23 26:6 31:11,12 33:16 34:15 35:5,6,12 37:13 38:18 42:10 42:16 43:4 45:6,11 48:16 49:12,20 52:18,20,20 57:2 59:9,18 60:6 63:22 64:6,24 65:7 66:11 69:2,2 70:16,17 71:12 78:21,22 79:5 79:17 82:22 83:17 83:17 85:22 90:17 90:22 91:14,16
receipts 10:15 79:6 94:17,19
recess 87:8
recollection 22:2
recommend 69:4 72:18
recommended 68:23
record 4:9,12 7:4,6 8:5,7 12:19,25 24:3 28:7,7,13 51:2 73:3 77:23 88:3,5,24 93:11,13 94:10
records 51:13 94:18
recovery 69:10
rectangle 88:24
refer 10:7 71:4
referred 67:13 70:19
referring 9:17 30:16
reflect 78:15
reflected 31:10
reflects 78:8
regarding 79:19
rehabbed 61:14
rehabilitation 61:16
related 81:21 95:17
relating 80:9
relation 29:14 30:9 30:12 33:18 87:14
relatively 16:12
relief 71:23 72:6 74:6
remember 18:3 24:23 34:12 38:6 42:20 50:12 51:19,19 69:6 69:7 79:9 81:3 82:15,15 83:4,10,11 83:19,21 84:8,9,13 84:14,15,17,21 90:17
remove 57:19
removed 74:3
repair 58:22
replacement 72:14
report 51:18 81:2,5,8 81:11 82:20 83:8 84:10,19,20 85:4
reporter 1:16 5:2 8:19 12:22 23:22 77:17 88:17 95:8
represent 78:4
representing 4:18
represents 90:12
reputation 70:21
request 10:18,20 52:9 79:14 81:16,18
REQUESTS 94:15
require 60:16
research 70:22
reserved 3:13
respective 3:4
response 35:16 81:7 82:13,16
responsibility 86:15
responsible 86:5,12 86:20,22
restrictions 75:12
restrictive 76:7
result 57:23 58:18 78:25 80:10,18
retired 12:6
return 14:2,5
returned 16:3 24:12 64:9 85:9
review 84:3,10 85:18 87:6
reviews 33:4 53:25
right 5:5 9:8 14:21,22 15:18 16:19 17:17 22:9 26:24 28:3 30:17,18,25 32:9,12 32:17 33:19,20,24 34:5 35:11 37:14,15 37:24 38:2,3 39:11 39:12 42:12 44:4 56:7,9 57:22,24 58:9,12,16 59:5,14 61:2,20 62:8,13 70:17 72:4 73:9 74:11 75:3 79:5 82:7,7,9 85:10 87:23 90:8 91:12
Road 1:10
rotator 56:3,5,12 57:7 60:25 61:11 76:21,25 77:5
rough 88:21 89:22
roughly 87:13
route 89:21
routines 79:24
row 32:16
Royal 1:7 4:19 96:4
run 8:2

S

S 2:2 3:1,1 94:7 96:2
safari 15:14,15
sandal 36:11,13
sandals 36:14,17
sandwich 20:21
sat 23:7,7 27:19 32:22 43:19 44:2 90:21 91:4
saw 43:15 45:12 49:8 63:13 64:3,14,14 66:8,8,11 70:5 73:2 78:17 91:19
saying 28:6,8,23 30:22 65:7 74:14
says 78:7
scene 27:9
scheduled 17:25 18:5 22:14 35:24
Schiphol 80:18
school 7:9,10,11,18 9:18 44:11 76:16
screws 41:17 50:4,5 59:7,14,22 65:5
sealing 3:5
season 7:25 8:2
seat 31:15,23 32:14 38:15
seating 30:17,18,25
seats 31:5,6,6,8,9 32:16 33:3,9,10,14 33:14 89:3 90:20,20 90:21,23,24,25 91:11,15
second 7:3 34:4 69:21 71:4 87:16 88:3
security 39:9,16 41:5 42:4
see 6:21,25 8:20 10:6 11:10,25 13:23 16:16 17:6 20:15 21:6 23:12,16 25:10 28:8 29:21,23,23 30:10,11 34:11 38:20,23 42:9 44:23 46:14 51:15 56:18 56:21,22 57:9 58:7 61:23 63:4,17,18,21 64:2,13,15,19 66:7 66:9,9 67:10,19,23 70:10,13,15 71:13 82:16 83:8
seeing 42:10 83:20,22 91:14,16
seek 55:14
seen 32:22 40:10,16 40:18 41:9 42:8 44:12 46:4 48:25 49:3 54:8,25 55:21 64:21 69:18 70:5 71:8,10
send 82:21 85:20
sending 82:22
sent 84:4 85:24
September 78:14
Serengeti 15:10
services 18:21
set 71:19 95:21
seven 23:19
seven-and-a-half 6:22
severe 41:15
sew 58:22
sharp 75:5,10
shirts 34:14
shoes 36:8
shopping 19:20 34:18 34:19,21,24 35:3
short 43:2,3,6 44:7,9
shorter 18:13
Shorthand 1:16 95:8
shortly 39:8
shorts 36:4,5,7
shot 71:21,22 72:5
shots 72:21 73:12
shoulder 32:12 33:25 56:7 61:2,11
show 13:2 87:24,25
showed 41:14 49:13 49:17
showing 12:23 23:23 26:10 77:18 88:18
shown 33:9
shows 77:23

side 26:11,17 27:16
  28:16 37:24
ightseeing 15:14
sign 29:18,18
signed 3:7,9
similar 31:3,5 54:5
  91:14
single 89:7
sit 17:21 23:9 27:11
  32:20 90:3
sitting 23:13,15 24:7
  26:20,24 27:2,5
  28:2,4,5 31:6,9,15
  33:10,11,13,16,18
  88:25
six 33:6,9 43:6 61:18
  63:21
sixteen 9:15
sketch 87:13 88:21
sleeves 44:7,8,9
slightly 38:2
sling 51:8
soft 20:21
solid 37:3
somebody 40:24 41:9
  87:4
Somers 57:6
on 5:25
soon 64:12
sorry 26:14 72:3
SOUTHERN 1:2
space 29:8
speak 47:10 48:6 63:8
speaking 38:16
Special 70:3,14,20
  71:2,8 73:15,17
  74:5,8 77:8
specialized 64:22
  70:23
specific 91:6
specifically 79:10
spell 8:18
spelled 72:24
spoke 48:10
spoken 74:2 80:23
spring 8:3 56:22
  70:11 73:17,18
spur 61:8
spurs 57:19
Square 2:11,11
ss 93:5 95:4
  tabilize 50:5 59:13
  65:4
standing 27:11,15
  30:19

started 77:4
state 1:17 4:5,9,11
  93:4 95:3,9
stated 5:16
STATES 1:2
station 39:18 40:6,10
  46:5 49:6 82:4,10
  84:24
stay 15:7,19 20:13
  39:12 41:16
stayed 13:18 19:17
  40:9 45:10 47:24
stenographic 95:16
stenographically
  95:15
step 37:6,12
sticking 25:15,23
STIPULATED 3:3
  3:12
stitches 66:24
stop 5:9 68:17
stopped 11:8
stopping 17:17 68:24
store 34:25
straight 19:12 29:17
  48:22
straightened 39:24
Street 2:5 9:7 66:10
strength 8:3 75:19,25
strenuous 62:18 75:9
strong 41:22
students 55:21
subject 8:9
Subscribed 93:22
  96:22
substance 73:5
sudden 37:3
suggested 48:2,3
summer 57:9,10
Sunday 64:10
supposed 14:24
sure 6:11 9:7 10:12
  10:16 11:3 12:13
  18:25 24:14 30:5
  36:6,9,11 37:15
  42:3 48:16 51:16
  53:5 59:11,12,15
  63:25 69:13,13
  70:12 72:8 73:7
  75:4 82:19 83:24
  84:14 85:5,22 87:4
  87:17 91:2,7
surgeon 67:14 69:3
surgeries 57:13,15
  58:3,12,16 59:3,8

59:25 60:5 74:24
surgery 41:17 50:4
  55:22,23,25 56:3,13
  56:17 57:4,18,22
  58:15 60:9,16,22
  61:2,11,13 62:4,21
  63:18 64:5 65:3,10
  65:15,17,20 66:12
  66:17,23 67:2,8
  70:4,14,20 71:2,8
  73:15,17 74:5,9
  77:2,5,8
sustain 53:19
switch 79:16
swollen 44:5
sworn 3:7,9 4:4 93:22
  95:13 96:22
Synvisc 72:7,22 73:4
system 9:18
S-C-H-I-P-H-O-L
  80:21

------

**T**

T 3:1,1 93:2 94:7
  95:2,2 96:2,2
take 20:24 22:10
  24:11,25 25:12 45:2
  52:10 53:16 54:11
  69:9 71:15 87:5
taken 1:16 3:10 24:16
  71:15,16,16 87:9
  93:9 95:15 96:4
takes 82:8
talk 83:25
talked 23:8 74:4
talking 30:7 38:10,13
  52:14 81:3
tall 43:4 53:23
Tanzania 8:13 11:9
  15:11 19:13 20:4
teacher 9:11,12,15
tear 61:5
tee 34:14
teeth 76:3
tell 5:10 16:23 25:4
  48:17
temporarily 6:2
ten 40:2 43:13 54:4
  60:24 67:4,4 81:24
tendon 55:23,24
terms 11:5 48:9 62:22
  68:19,20 70:22
  72:16 73:10 83:20
  83:21 86:8,9
testified 4:6 52:25

testimony 93:9 95:11
  95:14,14
Thank 28:12 92:2
Thanks 14:25
therapy 67:6,9,13,18
  67:22 68:4,7,13,18
  68:25 69:5,9 74:8
  77:9
thing 69:23
things 25:10 34:8
  63:4 79:3,22,25
think 10:12,23 11:4
  11:10,13 12:2,12
  16:5,18 22:16 28:15
  35:19 36:5,6,6,11
  36:15 37:14,15,23
  40:11 41:12 43:3,15
  45:4,9,9 46:23
  48:15 49:20 50:11
  50:21 51:15 52:25
  53:4 56:24 57:25
  58:6 59:15,16,16,23
  60:17 64:5,14,14,15
  64:18 65:25 67:10
  67:11 68:8 69:5,7
  70:12 71:10 72:10
  78:21 80:20,25 82:3
  82:17 83:6 84:7
  85:11,11,12,16 86:4
  86:9,11,19,21 87:2
  91:10,11
thirty-nine 76:16
thirty-one 6:12
Thirty-seven 6:18
thirty-three 6:8 7:7
Thompson 1:16 95:8
  95:24
thought 17:6 22:7
  25:15,22 46:24
  54:10 81:24 82:23
  83:23 86:2,14,15
three 11:19,23 18:3
  23:7 35:8 41:13,24
  53:17 54:14,17,23
  59:8 68:14 70:6,7
  71:10
three-and-a-half 18:8
  20:8,19
threw 10:24
throw 75:16
throwing 11:2 35:5,6
  76:15,23 77:2
ticket 79:15
ticketing 48:14,16
tickets 9:25 10:9,14

10:21 86:10 94:17
time 1:15 3:14 13:10
  16:9,13 17:4,6,11
  17:24 18:15 19:3
  20:7,25 21:4 22:8
  27:7 30:3 35:18
  38:7,11,12 39:20
  44:8 47:24 49:16
  58:17 61:12 62:2,20
  63:3,13 71:13 73:14
  73:16,20 74:24
  78:17 83:23 84:17
  84:22 92:5 95:12
times 2:11,11 11:17
  11:19 54:14,16,17
  70:7,7 71:7,10
Timewise 22:13
today 21:7
told 25:3 39:22 47:20
  48:18 61:21,22,23
  61:24,25 62:2 71:5
  71:12 72:22
tolls 79:3,8
Tonsillectomy 60:7
top 37:12 78:6
tore 76:21
totals 78:2
Tower 2:11
town 6:23 16:19
  55:21
transcript 93:9,11
transcription 95:16
transportation 11:5
  47:2
transported 81:22
travel 10:6 11:15
  12:7 13:7,8,12
  35:20
traveled 11:17 12:11
  13:5,15 53:16 89:5
traveling 87:15
travels 54:20,23 55:2
treat 45:23 50:3
  69:14
treated 46:21 55:25
  56:8,20 57:3,4
  60:19,20 62:5 68:2
  83:6
treating 63:11
treatment 49:16,23
  55:14 56:14 57:8
  66:22,25 73:21 77:7
  77:24 78:10,13,16
  78:20 80:9
treatments 77:10

tremendous 75:24
'rial 1:14 3:14
.ried 48:4
trip 8:9,12,13 10:2,25
    12:7 13:22 15:6,13
    36:16,21,23,25
    54:11
tripped 24:7 32:17
    36:22 89:9 91:17,19
trips 11:20,21,22,24
true 93:11,14 95:15
try 5:10 44:24 72:8
trying 16:18 40:3
    58:6
turn 77:25
turned 18:10 32:14
    32:15 37:25 44:24
twenty 15:25 16:2
Twenty-eight 6:6
twenty-five 15:25
twice 70:6
twisting 76:3
two 8:14,15,15,16
    12:3 15:20,23 21:14
    32:11 33:21 35:2,19
    41:12 58:24 59:3
    70:6 78:2,2
two-week 15:6
type 15:12,15 36:8
    50:19 54:8 58:15
    73:5 75:19 76:3,5

**U**

U 3:1
um-hm 5:6 43:17
unclear 87:11
undergo 67:6,17 68:4
underneath 37:9,10
    51:6
understand 5:5,8,10
    30:24 74:16
understanding 73:4
unhappy 86:16
uniform 39:10 42:7
UNITED 1:2
university 41:8 48:23
unrelated 55:5
unusual 17:19 25:15
    25:22 46:25 54:10
upper 64:23 70:23
use 36:19 50:5,22
    75:13
usually 74:24
U.S 49:23

**V**

V 96:4
Valley 58:21
verbalize 5:3
vicinity 19:9
view 15:16
visit 20:14 71:24,25
    72:2
vitamins 21:3

**W**

W 93:2
wait 49:2,4 87:16
    90:4
waited 39:21,22,25
waiting 40:9 47:18
    53:8 89:12
waived 3:6
walk 22:13 44:22
    47:7 80:4 82:3,10
walked 19:19 27:17
    40:8 44:17
walkie-talkie 40:3
    82:2
walking 35:9 37:3
    38:21 39:19,20 80:6
    82:2
wall 90:16
Walsh 1:3,3,14 4:2
    4:10,15 5:1,24 6:1
    6:17 7:1 8:1,8 9:1
    10:1 11:1 12:1,23
    13:1 14:1 15:1 16:1
    17:1 18:1 19:1 20:1
    21:1 22:1 23:1,23
    24:1 25:1 26:1 27:1
    28:1 29:1 30:1 31:1
    32:1 33:1 34:1 35:1
    36:1 37:1 38:1 39:1
    40:1 41:1 42:1 43:1
    44:1 45:1 46:1 47:1
    48:1 49:1 50:1 51:1
    52:1 53:1 54:1 55:1
    56:1 57:1 58:1 59:1
    60:1 61:1 62:1 63:1
    64:1 65:1 66:1 67:1
    68:1 69:1 70:1 71:1
    72:1 73:1 74:1 75:1
    76:1 77:1,18 78:1
    79:1 80:1 81:1 82:1
    83:1 84:1 85:1 86:1
    87:1,10 88:1,18
    89:1 90:1 91:1 92:1
    92:2 93:8,16 94:5
    95:11 96:3,4,21

want 6:9,10 40:21
    72:8,24 82:9
wanted 25:20 41:18
    44:23 69:22 70:2
    71:4,15 83:6
wasn't 17:10 18:13
    19:9,23 41:21,22
    43:6 46:15 50:23
    61:25 65:24 66:20
    68:16 71:5,16,25
    72:8 75:4,6,8 81:22
Water 2:5
way 49:2 5:11 11:9
    13:17,18 17:2 23:15
    27:17 39:19 47:15
    83:5 95:19
wear 61:5
wearing 21:6,8 36:4,5
    36:7,8,12 44:7
Wednesday 64:17
    65:12
week 60:24 67:4
    68:14
weeks 6:13 8:14
    15:20,23 61:18
went 15:9,10 16:7
    25:10 32:20 39:13
    40:10 45:3 46:16
    47:25 70:3,22 71:13
    72:21 74:8
WESTCHESTER
    95:5
wet 50:23
WHEREOF 95:21
white 1:10 42:22
    45:17,18 66:10
wide 29:10
wife 5:22 8:14,15
    9:11,13,15,21,21,23
    10:3,10,11 14:17
    17:21,22 20:10 25:9
    33:15 35:10,13
    38:17 39:7 40:9
    41:7 46:20 47:12,17
    47:20 48:8 53:11,13
    80:25 81:14 82:16
    82:23 83:12 84:5
    85:6,11
window 19:19
windows 90:15
winter 8:3
witness 33:4 53:25
    74:17 88:10 94:4
    95:13,21
wondering 91:19

wooden 34:14
woozy 44:23
words 48:13 82:9
worked 9:10,21,23
worker 8:2
works 4:23 73:7,7
worry 39:23 52:5
worse 77:5
wouldn't 47:22 48:5
    72:18,20 74:6
wrap 50:14,16
wrist 51:6
write 81:20
writing 5:3
wrote 81:14 83:19
    84:5 85:11,16

**X**

x 1:3,9 94:2,7
X-ray 41:14,15 49:13
    49:13
X-rays 51:16

**Y**

yeah 14:24 29:8
    34:19 51:23,25 71:3
year 12:2,6 63:24
    64:2 73:22
years 6:18,22 7:7,16
    9:16,24 12:3 60:7
    61:7 62:2 76:16
York 1:2,10,18 2:6
    2:12,12 4:5,14 7:19
    9:23 13:12,20,24,25
    14:13,16,19 15:3
    20:16 24:13 41:18
    79:2 93:4 95:3,9
young 42:19

**$**

$5,988.88 78:3

**0**

09 1:6

**1**

1 1:1
10 10:1 94:16
10:30 17:7
10036 2:12
1031 2:6
11 11:1 17:7
11:36 92:5
12 12:1 94:10
12533 4:14

12602 2:6
13 13:1
135 2:5
14 14:1 94:19
15 15:1
16 16:1
17 17:1
18 18:1 94:20
1803 1:6
19 7:2 19:1 56:18,21
    94:16
196 57:21
1964 57:21
1966 57:24
1968 62:20
1987 56:19
199 60:17
1992 60:17

**2**

2 2:1
20 20:1
200 57:10
2002 6:21 12:2
2003 12:3
2004 12:3 57:11 60:4
    60:4
2005 12:4 57:11
2006 12:5
2007 8:10
2008 70:11 78:14
2009 1:11 93:10,23
    95:22 96:4,23
21 21:1
22 22:1
23 23:1 94:11
24 24:1
25 25:1
26 26:1
27 27:1
28 28:1
29 1:11 29:1 93:10
    96:4
29th 78:14

**3**

3 3:1 13:2
30 30:1
31 31:1
32 32:1
33 33:1
34 34:1
35 35:1
36 36:1
37 37:1

| | |
|---|---|
| **38** 38:1 | **76** 76:1 |
| **39** 39:1 | **77** 77:1 94:12 |
| **399** 1:10 | **78** 78:1 |
| | **79** 79:1 94:19 |
| **4** | |
| **4** 4:1 94:5 | **8** |
| **40** 40:1 | **8** 8:1 |
| **41** 41:1 | **80** 80:1 |
| **42** 42:1 | **80's** 72:19 |
| **43** 43:1 | **81** 81:1 94:20 |
| **44** 44:1 | **82** 82:1 |
| **45** 45:1 | **83** 83:1 |
| **46** 46:1 | **84** 84:1 |
| **47** 47:1 | **85** 85:1 |
| **48** 48:1 | **86** 86:1 |
| **49** 49:1 | **87** 87:1 |
| | **88** 88:1 94:13 |
| **5** | **89** 89:1 |
| **5** 5:1 57:10 | |
| **5th** 13:6 95:22 | **9** |
| **50** 50:1 | **9** 9:1 94:18 |
| **51** 51:1 | **9:15** 1:12 |
| **52** 52:1 94:18 | **90** 90:1 |
| **53** 53:1 | **91** 91:1 |
| **54** 54:1 | **92** 60:18 92:1 |
| **55** 55:1 | **93** 60:18 93:1 |
| **56** 56:1 | **94** 94:1 |
| **57** 57:1 | **95** 56:24,25 95:1 |
| **5702** 4:13 | **96** 56:25,25 96:1 |
| **58** 58:1 | |
| **59** 59:1 | |
| | |
| **6** | |
| **6** 6:1 58:7 | |
| **6th** 13:7 | |
| **60** 60:1 | |
| **61** 61:1 | |
| **62** 62:1 | |
| **63** 63:1 | |
| **64** 64:1 | |
| **65** 65:1 | |
| **66** 66:1 | |
| **67** 58:2 59:3 67:1 | |
| **68** 58:7 59:4 68:1 | |
| **69** 69:1 | |
| | |
| **7** | |
| **7** 2:11 7:1 13:2 | |
| **70** 70:1 | |
| **71** 71:1 | |
| **71st** 9:7 | |
| **72** 72:1 | |
| **73** 73:1 | |
| **74** 74:1 | |
| **75** 75:1 | |

```
PDR * READ MODE *
AMSKL0700/2900MK/SU
RPP/KL0641/21JUL07                              03MAR09/0814Z
--- TST RLR ---
RP/BOSGC3100/BOSGC3100          IP/SU    21JUL07/1219Z  37LIZR
  1.WALSH/BARBARA MRS(ID UNS 05JUL 1449909 O)  2.WALSH/BRIAN MR
  3  KL 642 T 05JUL07 4 JFKAMS HK2     FLWN
  4  KL 569 T 06JUL07 5 AMSJRO HK2     FLWN
  5  KL 569 T 20JUL07 5 JROAMS HK2     FLWN
  6  KL 641 T 21JUL07 6 AMSJFK HK2     FLWN
  7  KL 643 B 21JUL07 6 AMSJFK HL2     FLWN
  8 AP BOS617-350-7500-A
  9 AP JFK845-226-7278-H
 10 APE BWALSH2@SCHOOLS.NYC.GOV
 11 TK OK31MAY07/BOSGC3100
 12 OSI KL AGCY BULLETIN
 13 OSI KL CONTRACT BT899
 14 OSI KL CTCT BOS617 350 7500 A
 15 OSI KL CTCH JFK845 226 7278 H
 16 AI AN300000
 17 RM SABRE PNR LOCATOR - EIOCOV
 18 RM OVERSEAS ADVENTURE TRAVEL
 19 RM 124 MOUNT AUBURN STREET
 20 RM SUITE 200 NORTH
 21 RM CAMBRIDGE MA 02138
 22 RM OSI AA *** PREV TIME FOR KL 569T 20JUL JROAMS 905P 730A
 23 RM OSI AA *** PREV TIME FOR KL 642T 05JUL JFKAMS 620P 745A
 24 RM OSI AA *** PREV TIME FOR KL 569T 06JUL AMSJRO 1035A 805P
 25 RM OSI AA *** PREV TIME FOR KL 569T 20JUL JROAMS 900P 725A
 26 RM OSI AA *** PREV TIME FOR KL 569T 06JUL JROAMS 1035A 800P
 27 RM OSI AA *** PREV TIME FOR KL 641T 21JUL AMSJFK 130P 325P
 28 RM OSI AA *** PREV TIME FOR KL 642T 05JUL JFKAMS 610P 745A
 29 RM S PAX TRAVEL WITH COSTABLE
 30 RM RECEIVED FROM - OTA
 31 RM B6D1.B6D1*AQT 0249/28AUG06 EIOCOV H
 32 RM VF 31032007 1249 PNR AUTOMATED
 33 RM VF 31032007 1249 Q-TAX SUM - NUC ADT 240.00
 34 RM VF 31032007 1249 NET - USD ADT 2 X 2024.00
 35 RM VF 18042007 2053 PNR AUTOMATED
 36 RM VF 18042007 2053 Q-TAX SUM - NUC ADT 240.00
 37 RM VF 18042007 2053 NET - USD ADT 2 X 2024.00
 38 RM VF 02052007 1633 PNR AUTOMATED
 39 RM VF 02052007 1633 Q-TAX SUM - NUC ADT 240.00
 40 RM VF 02052007 1633 NET - USD ADT 2 X 2024.00
 41 RM VF 17052007 1840 PNR AUTOMATED
 42 RM VF 17052007 1840 Q-TAX SUM - NUC ADT 240.00
 43 RM VF 17052007 1840 NET - USD ADT 2 X 2024.00
 44 RM VF 22052007 1628 PNR AUTOMATED
 45 RM VF 22052007 1628 Q-TAX SUM - NUC ADT 240.00
 46 RM VF 22052007 1628 NET - USD ADT 2 X 2024.00
 47 RM VF 31052007 1358 PNR AUTOMATED
 48 RM VF 31052007 1358 Q-TAX SUM - NUC ADT 240.00
 49 RM VF 31052007 1358 NET - USD ADT 2 X 2024.00
 50 RM P2 BROKE HIS ARM AND HAD TO GO TO THE HOSTITAL
 51 RM PAX REBOOKED DUE TO THAT NO REBOOKINGFEE// PAX KNOW THEY
 52 RM ARE WL
 53 RML EIOCOV
 54 RMT TAW05JUN TW COSTABILE
 55 RM *** PNR MIGRATED FROM SABRE ***
 56 RM *ATTEMPT TO BOOK OUTBOUND LIVE TO BLOCK SCENARIO ON NW
       IN TCLASS
 57 RM *ATTEMPT TO BOOK OUTBOUND LIVE INSTEAD OF BLOCK SCENARIO
 58 RM *ATTEMPT TO BOOK RETURN BO INSIDE LL SCENARIO
 59 RM *ATTEMPT TO BOOK RETURN LIVE TO BLOCK SCENARIO ON NW IN
       T CLASS
```

DEFENDANT'S EXHIBIT
A 10/29/09
CT
PENGAD 800-631-6989

```
60 RM *NBR OF PAX IS GREATER THAN SEATS IN AVAILABILITY
61 RM *NO BLOCK WAS FOUND IN ACCESS
62 RM *CANCELLING PREV. ATTEMPT TO BOOK - ANOTHER SCENARIO
      AVAIL.
63 RM ***********************************************
64 RM *ATTEMPT TO BOOK OUTBOUND LIVE ONLY SCENARIO ON KL IN T
      CLASS
65 RM *ATTEMPT TO BOOK RETURN LIVE ONLY SCENARIO ON KL IN T
      CLASS
66 RM *SUCCESSFUL BOOKING
67 RM *UD1 UNS
68 RM *UD2 05JUL
69 RM *UD5 1449909
70 RM *** AGENT NUMBER - QT ***
71 RM *BA/QT
72 RX RESTRICTED
73 RX RESTRICTED
74 RX RESTRICTED
75 RX RESTRICTED
76 RX RESTRICTED
77 RX RESTRICTED
78 RX RESTRICTED
79 RX RESTRICTED
80 RX RESTRICTED
81 RX RESTRICTED
82 RX RESTRICTED
83 RX RESTRICTED
84 FA PAX 012-7026236300/ETNW/31MAY07/BOSGC3100/22677001/S3-6/P
      1
85 FA PAX 012-7026236301/ETNW/31MAY07/BOSGC3100/22677001/S3-6/P
      2
86 FB PAX 3100032910 TTP/ET/T1/XE5/INV OK ETICKET/S3-6/P1-2
87 FE PAX NW/KL ONLY NONREF NONENDO/S3-6/P1-2
88 FG PAX 3163230781 MUCWZ21ZZ/S3-6/P1-2
89 FI PAX 3100032910 INV 0000043679/S3-6/P1
90 FI PAX 3100032910 INV 0000043680/S3-6/P2
91 FM PAX *M*0/S3-6/P1-2
92 FP PAX CHECK/S3-6/P1-2
93 FV PAX NW/S3-6/P1-2
94 FY BULK
95 AB MRS BARBARA WALSH
96 AB 5702 CHELSEA COVE N
97 AB HOPEWELL JUNCTION NY 12533
```



EX. D



EX. B



EX. G



EX. C



EX. F



EX. E



EX. H

**Aetna Health Plans**

**The Rawlings Company**

**Friday, January 16, 2009 01:44 pm**

Patient's Name:  BRIAN WALSH
Member's Name:   BRIAN WALSH
File Number: 07ASI0901250

Make Checks Payable To:
The Rawlings Company LLC
Attn: Sherre Homm
P.O. Box 2000
La Grange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 753-2746
for the final paid amount.
Representative: Sherre Homm

DEFENDANT'S EXHIBIT [handwritten: I 10/21/09 CT]  PENGAD 800-631-6989

| Trmt. Date In | Claim No. | Provider | ICD9 | ICD9 Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|
| 07/21/2007 | PAFSV011H00 | MC DEFAULT PROVIDER | 959.3 | INJURY NOS, ELBOW/FOREARM | 450 | EMERG ROOM | $414.15 | $364.15 |
| 07/23/2007 | EGTSD70C800 | Joseph DiGiovanni | 812.42 | FX HUMERUS, LATERAL CONDY | 99203 | OFFICE/OUTPT VISIT, NEW, DETAILED | $149.00 | $97.06 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $70.00 | $0.00 |
| 07/25/2007 | EHA63JPY800 | Vibhavary M. Shah | 812.42 | FX HUMERUS, LATERAL CONDY | 01756 | ANESTHESIA, RADICAL HUMERAL SURGERY | $1,615.00 | $1,020.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $70.00 | $0.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $60.00 | $0.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $60.00 | $0.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $850.00 | $850.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $60.00 | $0.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | 24579 | REPAIR HUMERAL CONDYLAR FRACTURE | $2,339.00 | $889.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $60.00 | $0.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $70.00 | $0.00 |
| 07/25/2007 | ERN3H7GL800 | Danbury Surgical Center | 812.42 | FX HUMERUS, LATERAL CONDY | L8699 | PROSTHETIC IMPLANT NOS | $60.00 | $0.00 |
| 07/25/2007 | E9ML6BHP800 | Joseph DiGiovanni | 812.42 | FX HUMERUS, LATERAL CONDY | 24579 | REPAIR HUMERAL CONDYLAR FRACTURE | $2,623.00 | $1,130.73 |
| 08/06/2007 | EKVJTFVCR00 | Joseph DiGiovanni | V58.78 | AFTRCR FOLLOW SURG MUSCSK | 73070 | X-RAY EXAM OF ELBOW, 2 VIEWS | $110.00 | $32.52 |
| 08/08/2007 | E8FAABSX500 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA,ELEC STIM | $13.45 | $12.03 |
| 08/08/2007 | E8FAABSX500 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 08/08/2007 | E8FAABSX500 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY,ULTRASOUND,EA 15MIN | $10.91 | $9.78 |
| 08/08/2007 | E8FAABSX500 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $25.48 | $7.81 |
| 08/10/2007 | E8YZABSIX00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $25.48 | $7.81 |

Tax Id Number: 31-1563156

Aetna Health...ns

The Rawlings Company

Friday, January 16, 2009 01:44 pm

Patient's Name: BRIAN WALSH
Member's Name: BRIAN WALSH
File Number: 07ASI0901250

Make Checks Payable To:
The Rawlings Company LLC
Attn: Sherre Homm
P.O. Box 2000
La Grange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 753-2746
for the final paid amount.
Representative: Sherre Homm

| Trmt. Date In | Claim No. | Provider | ICD9 | ICD9 Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|
| 08/10/2007 | E8YZABS1X00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY, ULTRASOUND, EA 15MIN | $10.91 | $9.78 |
| 08/10/2007 | E8YZABS1X00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA, ELEC STIM | $13.45 | $12.03 |
| 08/10/2007 | E8YZABS1X00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 08/13/2007 | E9AAABSXG00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA, TX EXER, EA 15 MIN | $25.48 | $7.81 |
| 08/13/2007 | E9AAABSXG00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY, ULTRASOUND, EA 15MIN | $10.91 | $9.78 |
| 08/13/2007 | E9AAABSXG00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA, ELEC STIM | $13.45 | $12.03 |
| 08/13/2007 | E9AAABSXG00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 08/16/2007 | ESFAAGTAR00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA, ELEC STIM | $13.45 | $12.03 |
| 08/16/2007 | ESFAAGTAR00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA, TX EXER, EA 15 MIN | $25.48 | $7.81 |
| 08/16/2007 | ESFAAGTAR00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY, ULTRASOUND, EA 15MIN | $10.91 | $9.78 |
| 08/16/2007 | ESFAAGTAR00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 08/20/2007 | ESYZAGS4100 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 08/20/2007 | ESYZAGS4100 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA, TX EXER, EA 15 MIN | $25.48 | $7.81 |
| 08/20/2007 | ESYZAGS4100 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY, ULTRASOUND, EA 15MIN | $10.91 | $9.78 |
| 08/20/2007 | ESYZAGS4100 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA, ELEC STIM | $13.45 | $12.03 |
| 08/23/2007 | EWYZAMCLF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA, TX EXER, EA 15 MIN | $25.48 | $7.81 |
| 08/23/2007 | EWYZAMCLF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY, ULTRASOUND, EA 15MIN | $10.91 | $9.78 |

2

Tax Id Number: 31-1563156

Please write this number on your check: 07ASI0901250

Aetna Health ....ans

**The Rawlings Company**

Friday, January 16, 2009 01:44 pm

Patient's Name: BRIAN WALSH
Member's Name: BRIAN WALSH
File Number: 07ASI09011250

Make Checks Payable To:
The Rawlings Company LLC
Attn: Sherre Homm
P.O. Box 2000
La Grange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 753-2746
for the final paid amount.
Representative: Sherre Homm

| Trmt. Date In | Claim No. | Provider | ICD9 | ICD9 Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|
| 08/23/2007 | EWYZAMCLF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 08/23/2007 | EWYZAMCLF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA,ELEC STIM | $13.45 | $12.03 |
| 08/27/2007 | EWYZAMCMF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA,ELEC STIM | $13.45 | $12.03 |
| 08/27/2007 | EWYZAMCMF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY, ULTRASOUND, EA 15MIN | $10.91 | $9.78 |
| 08/27/2007 | EWYZAMCMF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 08/27/2007 | EWYZAMCMF00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $25.48 | $7.81 |
| 09/04/2007 | EAAAS23F00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $25.48 | $7.81 |
| 09/04/2007 | EAAAS23F00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97014 | APPLY MODALITY,1+AREA,ELEC STIM | $13.45 | $12.03 |
| 09/04/2007 | EAAAS23F00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97124 | TX PROC,1+AREA,MASSAGE, EA 15 MIN | $20.35 | $18.21 |
| 09/04/2007 | EAAAS23F00 | Melvin M. Cave | 812.40 | FX LOWER HUMERUS NOS, CLO | 97035 | APPLY MODALITY, ULTRASOUND, EA 15MIN | $10.91 | $9.78 |
| 09/10/2007 | ETUKAGVMS00 | Joseph DiGiovanni | V58.78 | AFTRCR FOLLOW SURG MUSCSK | 73070 | X-RAY EXAM OF ELBOW, 2 VIEWS | $110.00 | $32.52 |
| 10/11/2007 | EG34ASIGF00 | Joseph DiGiovanni | V58.78 | AFTRCR FOLLOW SURG MUSCSK | 73070 | X-RAY EXAM OF ELBOW, 2 VIEWS | $110.00 | $32.52 |
| 11/13/2007 | EPPAA2MY900 | Joseph DiGiovanni | V67.09 | FOLLOW-UP EXAM, AFTER SUR | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $87.00 | $46.97 |
| 11/13/2007 | EPPAA2MY900 | Joseph DiGiovanni | V67.09 | FOLLOW-UP EXAM, AFTER SUR | 73070 | X-RAY EXAM OF ELBOW, 2 VIEWS | $110.00 | $42.52 |
| 01/24/2008 | EQ34BFPIL600 | Northeast Radiology, P.C. | 718.12 | LOOSE BODY IN JOINT, UPPE | 73200 | CT SCAN OF ARM | $911.00 | $224.07 |
| 01/28/2008 | ECAABQTB300 | Joseph DiGiovanni | 715.92 | OSTEOARTHROSIS NOS, UPPER | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $87.00 | $46.97 |
| 03/31/2008 | EG3KCCBSS00 | Aaron Daluiski | 715.93 | OSTEOARTHROSIS NOS, FOREA | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $200.00 | $100.00 |
| 04/23/2008 | EQ34CLSMS200 | Robert Ludwig | 841.9 | SPRAIN/STRAIN, ELBOW/FORE | 73200 | CT SCAN OF ARM | $462.00 | $452.00 |
| 09/29/2008 | E6YZD0K3700 | Aaron Daluiski | 719.42 | PAIN IN JOINT, UPPER ARM | J0702 | BETAMETHASONE ACET/SOD PHOSP /3MG | $25.00 | $5.17 |

3

Tax Number: 31-156315G

Please write this number on your check: 07ASI09011250

**Aetna Health Plans**

**The Rawlings Company**

Friday, January 16, 2009 01:44 pm

Patient's Name: BRIAN WALSH

Member's Name: BRIAN WALSH

File Number: 07ASI0901250

Make Checks Payable To:
The Rawlings Company LLC
Attn: Sherre Homm
P.O. Box 2000
La Grange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 753-2746
    for the final paid amount.
Representative: Sherre Homm

| Trmt. Date In | Claim No. | Provider | ICD9 | ICD9 Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|
| 09/29/2008 | E6YZD0K3700 | Aaron Daluiski | 719.42 | PAIN IN JOINT, UPPER ARM | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $200.00 | $115.76 |
| 09/29/2008 | E6YZD0K3700 | Aaron Daluiski | 719.42 | PAIN IN JOINT, UPPER ARM | 20610 | DRAIN/INJECT MAJOR JOINT OR BURSA | $375.00 | $122.13 |
| 09/29/2008 | E6YZD0K3700 | Aaron Daluiski | 719.42 | PAIN IN JOINT, UPPER ARM | S0020 | INJECTION, BUPIVICAINE HYDRO | $25.00 | $2.16 |
| **TOTALS** | | | | | | | $11,873.67 | $5,988.89 |

Tax Id Number: 31-1563156



