# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

BRIAN WALSH and BARBARA WALSH,

              Plaintiffs,

     -against-             Civ. Act. No.:
                                09 CIV 1803

KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ N.V. a/k/a KLM
ROYAL DUTCH AIRLINES,

              Defendant.

--------------------------------x

                     399 Knollwood Road
                     White Plains, New York

                     January 8, 2010
                     2:11 p.m.

      EXAMINATION BEFORE TRIAL of BARBARA WALSH, on

of the Plaintiffs herein, held at the above time and

place, taken before Cheryl Thompson, a Shorthand

Reporter and Notary Public within and for the State

of New York, pursuant to Notice.

* * * * * *

Page 2

```
1                    2
2   A P P E A R A N C E S :
3
4   KELLY & MEENAGH, LLP
5     Attorneys for Plaintiffs
        135 North Water Street
6       P.O. Box 1031
        Poughkeepsie, New York   12602
7
    BY:  JOHN P. MEENAGH, JR., ESQ.
8
9
10  CONDON & FORSYTH LLP
      Attorneys for Defendant
11      Times Square Tower
        7 Times Square
12      New York, New York   10036
13  BY:  BARTHOLOMEW J. BANINO, ESQ.
        MARISSA N. LEFLAND, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                    4
2   BARBARA WALSH,
3            one of the Plaintiffs herein, having
4            been first duly sworn by a Notary
5            Public of the State of New York, upon
6            being examined, testified as follows:
7   EXAMINATION BY
8   MR. BANINO:
9       Q   Please state your name for the record.
10      A   Barbara Walsh.
11      Q   Please state your address for the
12  record.
13      A   5702 Chelsea Cove North, Hopewell
14  Junction, New York 12533.
15      Q  Miss Walsh, good afternoon.  My name
16  is Bart Banino, and I am an attorney with Condon &
17  Forsyth, and I represent KLM Royal Dutch Airlines.
18          Have you ever given a deposition
19  before?
20      A   No.
21      Q   I'm sure your attorney has explained
22  this to you, but in a deposition I will be asking
23  you questions and you answer the questions as best
24  as you can.
25          We both need to verbalize what we say,
```

Page 3

```
1      S T I P U L A T I O N S       3
2
3        IT IS HEREBY STIPULATED AND AGREED by and
4   between the attorneys for the respective parties
5   hereto that the sealing, filing, and certification of
6   the within deposition be waived; that such deposition
7   may be signed and sworn to before any officer
8   authorized to administer an oath, with the same force
9   and effect as if signed and sworn to before the
10  officer before whom said deposition is taken.
11
12       IT IS FURTHER STIPULATED AND AGREED that
13  all objections, except as to form, are reserved to the
14  time of trial.
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1           Barbara Walsh            5
2   my questions, your answers, so that the court
3   reporter can get a record of what it is we are
4   saying here today.  Nodding or saying "um" doesn't
5   record very well on the transcript, so we will
6   need to speak our answers.
7           And if there are any questions you
8   don't understand, please feel free to tell me you
9   don't understand, or ask me to rephrase a
10  question.
11          If you need a break at any time,
12  please let me know.
13          Okay?
14      A   Yes.
15      Q   Miss Walsh, have you read a copy of
16  the transcript of your husband's deposition in
17  this case?
18      A   No.
19      Q   Do you know what the subject of this
20  lawsuit is?
21      A   Yes.
22      Q   Just to summarize it, it refers to an
23  incident that occurred during a transportation in
24  July of 2007 involving KLM Royal Dutch Airlines?
25      A   Yes.
```

Page 6

Barbara Walsh                    6
2   Q   Now, did you purchase the tickets for
3   transportation for that trip?
4   A   Do you mean did I purchase them as
5   opposed to my husband?
6   Q   Yes.
7   A   Yes.
8   Q   How did you purchase those tickets?
9   A   I'm not sure what you mean.
10      Did I do it on the telephone, what do
11  you mean?
12  Q   Sure.  What was the manner in which
13  you purchased those tickets?
14  A   We went through Grand Circle Travel
15  and they made all of our airline reservations.
16  Q   Do you have any documents which show
17  your itinerary or ticket purchase?
18  A   Yes.
19      MR. BANINO:  Can we mark this
20      (indicating).
21      (Whereupon, itinerary was marked
22      Defendant's Exhibit K for
23      Identification, as of this date, by
24      the reporter.)
25      MR. BANINO:  Miss Walsh has just

Page 7

Barbara Walsh                    7
2   handed me a document which we have
3   marked as Defendant's Exhibit K.
4   Q   Miss Walsh, can you please just for
5   the record describe what this document is.
6      (Whereupon, the witness reviews
7      document.)
8   A   This is a record of the flights and
9   departure dates and departure destination from and
10  to of our trip to Africa.
11  Q   Miss Walsh, how did you come to be in
12  possession of this document?
13  A   My husband, Brian, contacted Grand
14  Circle Travel and asked them to send that to us.
15  Q   When did he contact them?
16  A   Within the last month, within the last
17  month.
18  Q   Do you have any documents from around
19  the date of ticket purchase showing your purchase
20  of the tickets or your itinerary?
21  A   No.
22  Q   Do you have any other documents with
23  you today which relate to this action?
24      MR. MEENAGH:  There is some
25      medical records here.

Page 8

Barbara Walsh                    8
2      MR. BANINO:  Okay.  Can we mark
3   these as two different exhibits.
4      (Whereupon, Brian Walsh's
5      treatment documents were marked
6      Defendant's Exhibit L for
7      Identification, as of this date, by
8      the reporter; and Statement was marked
9      Defendant's Exhibit M Identification,
10     as of this date, by the reporter.)
11  Q   Miss Walsh, I'm showing you documents
12  which have been produced today.
13      Can you just describe for the record
14  what those documents are.
15  A   These are documents related to Brian's
16  treatment after the accident.  Some are from
17  Danbury Orthopedic, Danbury -- this is when he had
18  the surgery initially after the accident.
19      MR. MEENAGH:  That's Exhibit L
20     you were just referring to?
21      MR. BANINO:  Yes.  I think one is
22     L and one is M.
23      MR. MEENAGH:  Okay.  And what
24     about M?
25  A   These are from treatment Brian

Page 9

Barbara Walsh                    9
2   received after the accident.
3   Q   Okay.  Thank you.
4      How did you come into possession of
5   these documents?
6   A   Brian got them.
7   Q   Miss Walsh, I'm sorry I'm repeating
8   myself, but do you have any documents whatsoever
9   either here or at home relating to your actual
10  transportation, and by that I mean receipts,
11  tickets, coupons, itineraries, anything relating
12  to the transportation itself of KLM?
13  A   No.
14  Q   You don't have any of those documents.
15      Do you have any proof of payment for
16  those tickets of the transportation in general?
17  A   No, not right now.
18  Q   Miss Walsh, I'm going to refer you to
19  the transportation returning home from your
20  safari, and more specifically the first leg of
21  your transportation.
22      Do you recall the airport that you
23  departed from in Africa?
24  A   I think it was Nairobi, I think.
25  Q   Where did your flight travel to?

Barbara Walsh                    10

1
2       A   Amsterdam.
3       Q   Do you recall the time of departure of
4   that flight, approximately, in other words, was it
5   a morning flight, was it an afternoon flight, was
6   it an evening flight?
7       A   I don't remember.
8       Q   Miss Walsh, I'm showing you what's
9   been marked as Defendant's Exhibit K.
10          (Whereupon, the witness reviews
11      document.)
12      Q   Does looking at this document refresh
13  your recollection as to when the flight departed?
14      A   In the evening.
15      Q   Okay.  Do you recall that being the
16  case, does that refresh your recollection that it
17  was an evening flight?
18      A   Yes.
19          MR. MEENAGH:  Aside from just
20      reading that.
21      A   I think I remember now we either had
22  a breakfast or a dinner prior to departure where
23  we were staying, so it was a dinner so it was in
24  the evening.
25          You know what?  No.  We had quite a

Barbara Walsh                    11

1
2   ways to go.  We had quite a ways to go to get to
3   the airport, so it says 8:55 p.m. so it was an
4   evening flight.
5       Q   Do you recall it being an evening
6   flight?
7       A   What would I recall about it to have
8   been evening, it being dark outside, sleeping on
9   the airplane, I'm not sure what it is you're
10  asking me.
11      Q   Do you remember any of those things as
12  to an overnight flight?
13      A   I remember people sleeping on the
14  airplane but that doesn't necessarily mean it was
15  an overnight flight.
16          You know what?  It says here 8:55 p.m.
17  It was an evening flight.  That's --
18      Q   Okay.  Do you recall approximately
19  when you arrived in Amsterdam?
20      A   We were inside the airport.  I don't.
21      Q   Do you recall approximately what time
22  of day it was, and by that I mean morning,
23  afternoon, or night?
24      A   No.
25      Q   Does looking at that document refresh

Barbara Walsh                    12

1
2   your recollection at all?
3       A   What was the question again?
4       Q   Does looking at that document refresh
5   your recollection at all.
6       A   About what?
7       Q   As to the time of day that you arrived
8   in Amsterdam.
9       A   Well, we departed Amsterdam at 1:30.
10  Let's see.
11          We left Africa at 9 o'clock at night.
12  I guess it was in the middle of the night, I
13  guess.  It was in the nighttime that we arrived
14  there, okay, that we arrived in Amsterdam.
15      Q   Do you recall arriving earlier than
16  the scheduled time?
17      A   I don't remember.
18      Q   What made you think it was evening
19  when you arrived in Amsterdam?
20      A   It says we departed at 8:55 from
21  Africa.  I don't think the flight -- I don't
22  remember how long the flight was.  It said we
23  departed 8:55.
24          I'm thinking it wasn't that long a
25  flight but maybe it was.  I only know that it was

Barbara Walsh                    13

1
2   about a eight-hour flight from Amsterdam back to
3   New York.
4           Come to think of it, I think it -- it
5   was a lot.  It took us longer to get from Nairobi
6   to Amsterdam than from Amsterdam to New York, so
7   if we left at 9 o'clock from Africa and it took
8   longer than eight hours, we would have arrived in
9   Amsterdam sometime in the early morning, but I
10  don't know how long the flight was to Amsterdam.
11      Q   Do you recall what you did after
12  landing in Amsterdam?
13      A   No, I can say what we probably did.  I
14  don't.
15          We stayed in the airport.  I don't
16  remember leaving the airport.  We probably got
17  something to eat, you know.  It was myself and --
18  oh, I know what we did, because there were four of
19  us traveling together and one of my friends was
20  staying in Amsterdam.
21          There were three women, myself and
22  Brian and two friends of mine.  One of them was
23  staying in Amsterdam so we had something to eat
24  with her because it was kind of like we'd have
25  our last meal together.  She was staying and we

Page 14

Barbara Walsh            14
1
2   were going back to New York.
3           In fact, I remember specifically
4   sitting in -- I think we had spaghetti.  We had
5   something to eat.
6       Q   And you referred to two other women.
7           What are their names?
8       A   Jennifer Costabile and Carol McGowan.
9       Q   Do you recall how long the layover was
10  between landing and takeoff of your next flight?
11      A   Well, I don't know why the number 17
12  is sticking in my head, but it couldn't have been
13  a seventeen-hour flight.
14      Q   I'm sorry.  I said layover.
15      A   Right.  Well, I would determine the
16  layover, how long it took me to get from Africa to
17  Amsterdam.  If we arrived at 5:00, 6:00, 7:00,
18  8:00, I don't know, four or five hours maybe.
19          You know, I think we did some
20  shopping.  I think we did some shopping in the
21  airport.
22      Q   Do you remember about when, and this
23  is in relation to departure of your next flight,
24  that you headed toward the departure gate?
25      A   Probably, you know, this is what we do

Page 15

Barbara Walsh            15
1
2   when we travel.  Probably an hour or two prior to
3   the departure time.
4       Q   How often do you travel
5   internationally?
6       A   We have traveled maybe five or six
7   times internationally in the last ten years.
8       Q   Do you recall where you have traveled
9   those five or six times?
10      A   We have been to Amsterdam before, we
11  have been to Italy, we have been to Ireland, so
12  that's Amsterdam twice, Italy, Ireland, Africa.
13  There you go, five times.
14      Q   The two trips you took to Amsterdam,
15  your destination for the trip was Amsterdam, it
16  wasn't a pass-through to somewhere else?
17      A   No, the destination was to Amsterdam.
18      Q   So how many times would you say you
19  have been to Amsterdam Airport over the past ten
20  years?
21      A   Twice.  Well, twice; one to travel,
22  you know, and then the trip back, so four times
23  inside the airport, twice to two different
24  countries.  One directly to the airport and one is
25  a layover in between to Africa.

Page 16

Barbara Walsh            16
1
2       Q   So the trip to Africa you're counting
3   as two trips to the airport.
4       A   Right.
5       Q   Thank you.
6           MR. BANINO:  Off the record.
7           (Whereupon, a discussion was
8       held off the record.)
9       Q   Miss Walsh, where did you go when you
10  headed towards the departure gate?
11      A   We went to the waiting area.
12      Q   Can you just describe for the record
13  what the waiting area looked like?
14      A   It had chairs, I don't recall if it
15  had a television, it had chairs to sit in.  You
16  know, this was almost three years ago.
17          MR. MEENAGH:  Just best you can.
18      A   All right.  I don't remember if it had
19  a counter.  I just remember the chairs.
20      Q   Did you sit in those chairs?
21      A   Yes.
22      Q   Miss Walsh, I'm showing you a document
23  which has been marked as Defendant's Exhibit C.
24          Does the area depicted in that
25  photograph look familiar?

Page 17

Barbara Walsh            17
1
2       A   Yes.
3       Q   For the record, what is that area?
4       A   These chairs are part of the waiting
5   area that we were in.
6       Q   Are those the chairs that you sat in
7   when you were in the waiting area?
8       A   Yes.
9       Q   Miss Walsh, who were you with when you
10  sat in those chairs?
11      A   Brian, my husband, and my friend,
12  Jennifer Costabile.
13      Q   Do you recall what the order of
14  seating was when you were seated in those chairs?
15      A   Well, I was in between Brian and
16  Jennifer.  I think Brian was on the end, myself,
17  and then Jennifer.
18      Q   Do you recall how long you were
19  sitting in those chairs?
20      A   Probably about an hour.
21      Q   Do you recall any of you standing up
22  or getting out of those chairs during that hour?
23      A   Not that I remember.
24      Q   Can you describe the area to the left
25  of the picture that isn't in the photograph?

Page 18

Barbara Walsh        18
1
2     A   There were more chairs.  Just more of
3  the waiting area.
4     Q   Was there anything other than other
5  chairs?
6     A   Not that I remember.
7     Q   Do you recall any signs for any
8  airlines in that waiting area?
9     A   No.
10    Q   Just looking at the photograph that's
11 in front of you, do you know what that dark area
12 is to the right of the gentleman in the red shirt
13 who is seated in the chairs?
14    A   This (indicating)?
15    Q   In front of him.
16    A   Oh.  You said to the right.
17    Q   Well, to the right and in front of
18 him.
19    A   I thought that was part -- I thought
20 that was just part of the wall.
21    Q   Do you recall if there were any
22 windows in the area?
23    A   I think there might have been windows
24 over to the left.
25    Q   To the left of the photograph?

Page 19

Barbara Walsh        19
1
2     A   Yes.  Over here (indicating).
3        MR. MEENAGH:  When you said to
4        the right of him, you meant to his
5        right as he was sitting in the
6        photo?
7        MR. BANINO:  Yes.  And as she
8        corrected me not only to the right
9        but to the front of him.
10    Q   Miss Walsh, do you recall about how
11 many people were in that waiting area on average
12 during that hour?
13    A   Some.
14    Q   Do you recall how many, approximately
15 how many chairs there were in that area?
16    A   No.
17    Q   Do you recall seeing anybody in the
18 area that did not look like a passenger on a
19 flight?
20    A   No.
21        I do recall -- I mean, well, I'm
22 looking at this.  This is a waiting area.  I'm
23 thinking there is four chairs here (indicating).
24 I think there is a wall of chairs here
25 (indicating).

Page 20

Barbara Walsh        20
1
2        I mean, I'm thinking.  I don't know
3  if I recall because I'm thinking four.  There had
4  to have been at least a dozen chairs there.
5  There had to have been at least a dozen chairs
6  for people to sit.
7     Q   And do you recall if the chairs were
8  in rows or if they were perpendicular to each
9  other?
10    A   I don't think they were in rows, okay?
11 I don't think they were.
12    Q   In the photograph it looks like there
13 are hand carts or carts for baggage.
14        Did you use a baggage cart that
15 morning?
16    A   No.
17    Q   Do you recall seeing those carts when
18 you were seated there?
19    A   I think so.
20    Q   Do you recall about how many were
21 there?
22    A   No.
23    Q   At some point did you get up from
24 those chairs?
25    A   We did.

Page 21

Barbara Walsh        21
1
2     Q   Do you recall about how long prior to
3  scheduled departure of flight that you got up
4  from those chairs?
5     A   Okay.  So I have a question.
6        When you ask me that, my mind is
7  thinking well, based on my experience of when
8  airlines board, is that the way I'm supposed to
9  answer the question, or am I supposed to think I
10 remember specifically their calling us half an
11 hour before, how am I supposed to answer that?
12    Q   What you recall.  I certainly wouldn't
13 want you to guess, but if you can approximate,
14 that's fine.
15    A   Okay.  Then I would say approximately
16 half an hour before the airlines departed, or
17 maybe forty-five minutes.
18    Q   What caused you to get up from the
19 chairs half an hour or forty-five minutes before?
20    A   They announced that our flight was
21 boarding.
22    Q   Was this over an intercom?
23    A   Yeah, I think so.
24    Q   Did you actually see somebody telling
25 you, or is it something you heard?

Page 22

                Barbara Walsh            22
1
2        A   I don't remember.  I'm thinking -- I
3   think I remember someone over here (indicating),
4   I think I remember someone over here (indicating),
5   you know, in charge of telling people, a counter.
6        Q   Now, Miss Walsh, when you say "over
7   here" and you're pointing, looking at the
8   photograph, and this is just for the record, where
9   is it that you're referring to?
10       A   Okay.  So it's behind these chairs
11  (indicating).
12       Q   So looking at the photograph to the
13  right of the chairs?
14       A   To the right of the chairs, yes.
15           Well, if I'm facing them this way,
16  um-hm.
17       Q   So you're referring to an area to the
18  right of the passengers depicted on the right side
19  of the photograph.
20       A   Right.
21           MR. MEENAGH:  Correct.
22       A   It's in the back of the chairs really.
23           MR. MEENAGH:  But it's not an area
24  in the picture, it's off to the right
25  of the photo?

Page 23

                Barbara Walsh            23
1
2        A   Yes.
3        Q   You recall somebody being there?
4        A   I think I do.
5            MR. MEENAGH:  Well, you think you
6        do or you do?
7        A   I don't, I can't be definite.
8        Q   Well, what makes you think that there
9   was somebody there, just past experience or --
10       A   Past experience, yes, because my
11  experience is always that there is somebody at a
12  gate who is going to announce that the plane is
13  boarding, and take your boarding pass and escort
14  you onto the plane, or, you know, stand by the
15  runway or gateway.
16       Q   Just so we are clear, I'm going to
17  jump ahead to your actual flight back to New York.
18       A   Right.
19       Q   Did you come to this same waiting area
20  for your other flight?
21       A   I don't remember.
22       Q   Do you recall ever coming back to this
23  area after your husband fell?
24       A   I don't remember.
25           So can I say something?

Page 24

                Barbara Walsh            24
1
2        Q   Certainly.
3        A   Well, I'm thinking.  I know what we
4   did when we got up to board the plane, and we
5   walked in a certain direction because we wouldn't
6   have just walked in any direction, we would have
7   walked in the direction of someone who had
8   directed us to go that way, but that was the way
9   that we were supposed to go to board the plane.
10           And in order for us to -- I know
11  where we walked, I know where Brian and I walked
12  to, so we had to have been directed that way by
13  someone, or I guess an intercom; but, again,
14  based on my past experience, there's usually a
15  person.
16           That's why I said I think someone was
17  over here (indicating), okay, because I know that
18  that's the way we walked to when we were
19  instructed to start boarding.
20       Q   Okay.
21       A   And we just didn't decide we were
22  going to walk that way, we were instructed to go
23  that way.
24       Q   This is based on past experience?
25       A   No.

Page 25

                Barbara Walsh            25
1
2        Q   Okay.
3        A   No.
4        Q   Okay.
5        A   You mean the person or the direction
6   we walked in?
7        Q   Either one.
8        A   No, the person may be past experience,
9   not the direction we walked in.
10       Q   So did somebody actually tell you to
11  go to a particular location, or did you follow the
12  other passengers?
13       A   Someone told us to go to a particular
14  area.  It had to have been someone.
15       Q   Well, do you actually recall somebody
16  telling you that, or, I mean, I know you just said
17  there had to have been someone.
18           Is that a guess, or is that you
19  actually recall somebody telling you that?
20       A   Yes.
21       Q   What did that person look like?
22       A   Oh, I don't remember that.  I don't
23  remember that.
24       Q   Okay.  Do you remember if it was a man
25  or a woman?

Page 26

Barbara Walsh                26

1
2    A   I think it was a woman.
3    Q   Where was she located?
4    A   I -- over here (indicating).
5    Q   Now, for the record, you're pointing
6  to an area off the photograph but to the right of
7  it; is that correct?
8    A   Yes, yes.
9    Q   What did this woman look like?
10   A   I don't know.
11   Q   Do you recall what she was wearing?
12   A   She had on blue, royal blue, a royal
13  blue uniform.
14   Q   Do you recall what the uniform said?
15   A   I think it had KLM on it.
16   Q   What makes you think that?
17   A   Because we flew on KLM Airlines.
18   Q   Did you actually see something that
19  said KLM?
20   A   I think I did.
21   Q   Was she behind a desk?
22   A   I don't remember.
23   Q   But you recall that it says KLM on her
24  uniform.
25   A   I remember seeing people who worked

Page 27

Barbara Walsh                27

1
2  for KLM wearing blue uniforms that had KLM on
3  them.
4    Q   These are other people you saw?
5    A   Yes.  But in this particular case
6  there was -- I think there was.
7    Q   You think there was what?
8    A   A woman here who directed us to board
9  the airplane who worked for KLM Airlines who had
10  on a blue uniform.
11   Q   And do you recall if she was behind a
12  desk?
13   A   I don't remember.
14   Q   But you do remember a woman, you just
15  don't remember when she --
16   A   I, yes.
17   Q   And what made you think that she
18  worked for KLM?
19   A   Because we were flying KLM Airlines.
20  She had on a blue uniform and we were flying KLM
21  airlines, so that's why I think she worked for
22  them.
23   Q   Could she have been with a company
24  that works for the airport?
25   A   No, that's --

Page 28

Barbara Walsh                28

1
2    Q   Why not?
3    A   Because that's never been my
4  experience.
5        Why would somebody who works for the
6  airport instruct me to board an airplane for
7  another airline?
8    Q   If a company was employed by the
9  airport to do that type of work, could that have
10  been the case here?
11       MR. MEENAGH:  That's pretty
12       speculative, isn't it.
13   A   I don't know.
14   Q   Do you recall what color hair she had?
15   A   No.
16   Q   Do you recall how tall she was?
17   A   No.
18   Q   Do you recall if she was alone or with
19  anybody else?
20   A   No.
21   Q   Just generally, do you recall anything
22  about her other than that she was a woman and that
23  she was wearing blue?
24   A   No.
25   Q   Do you recall if she was sitting or

Page 29

Barbara Walsh                29

1
2  standing?
3    A   Standing.
4    Q   Miss Walsh, could you just describe
5  the sequence after you got up from the chairs.
6    A   Brian was ahead of me, directly ahead
7  of me, and he turned and started to walk, and he
8  had a bag, he didn't have to go very far, and he
9  tripped, he tripped on this bar (indicating) and
10  fell on his elbow and just went flying, just fell
11  right on the elbow, and he was directly in front
12  of me and I saw it.  It was crystal clear because
13  he was right in front of me.  That's what
14  happened.
15   Q   I take it you didn't bump into him or
16  push him or touch him in any way?
17   A   No.
18   Q   Did you see anybody bump him or push
19  him or touch him in any way?
20   A   No.
21   Q   Did you see anything else other than
22  the bar that would have caused him to fall?
23   A   No.  He tripped on the bar.
24   Q   Were you watching him the entire time
25  from when you both got up from the seats to when

Page 30

Barbara Walsh          30

1
2   he fell?
3        A   I was.
4        Q   At what point did you see this woman
5   then that you just referred to?
6        A   That was before.
7        Q   Before --
8        A   Well, when we were in the waiting
9   area, prior to even her having us board the
10  airplane, or calling us to board the airplane.
11  That was prior to that.
12       Q   When was it?
13       A   When we came into the waiting area
14  sometime while we were waiting.  When she called
15  us to board the airplane.  We could turn our heads
16  around and see her sitting down.
17       Q   Was this after you were called to the
18  airplane?
19       A   I saw her, I think I saw her prior to,
20  I mean, while we were waiting.
21       Q   While you were seated?
22       A   Yes, while we were seated.
23       Q   So when did you see her directing
24  people?
25       A   When she called for people to board

Page 31

Barbara Walsh          31

1
2   the airplane.
3        Q   So this was prior to you getting up
4   out of your seat.
5        A   Yes, because it was very quick once we
6   got up out of our seat.
7            As you can see --
8            MR. MEENAGH:  No.  No.  You
9        answered the question.
10       A   Okay.
11       Q   Do you recall how long you looked at
12  this woman?
13       A   No.
14       Q   Was it a couple of seconds, was it a
15  minute?
16       A   Maybe, I don't know, between a couple
17  of seconds and a minute.
18       Q   And all this was while you were still
19  seated.
20       A   Yes.
21       Q   So in order to see her, I take it you
22  turned completely around in your seat?
23       A   I could have just turned my head
24  around.
25       Q   I'm sorry.  That's what I mean.

Page 32

Barbara Walsh          32

1
2            You turned your head completely
3   around?
4        A   Yes.
5        Q   Do you recall seeing other passengers
6   between you and her?
7        A   Yes.
8        Q   By "passengers," I mean any
9   individual.
10       A   Yes.
11       Q   Do you recall seeing the carts between
12  you and her?
13       A   I don't recall that.
14       Q   Do you recall those individuals who
15  were between you and this woman having baggage?
16       A   No.
17       Q   No, you don't recall, or no, they
18  didn't?
19       A   No, I don't recall.
20       Q   So in order to see this woman, you had
21  to look over the seats in the photograph, that would be to the right of the
22  seats in relation to this photograph.
23       A   Right.
24       Q   Now, from the time that you got up

Page 33

Barbara Walsh          33

1
2   from the seats and your husband fell, do you
3   recall saying anything to him?
4        A   No.
5        Q   Do you recall him saying anything to
6   anybody?
7        A   No.
8        Q   Do you recall whether your husband
9   fell into anybody when he tripped?
10       A   He didn't.
11       Q   I take it you did not fall.
12       A   No.
13       Q   Did you see anybody else fall?
14       A   No.
15       Q   The time period I mean is both before
16  and after your husband fell.
17           In the entire time that you were in
18  this area, did you see anybody else fall?
19       A   No.
20       Q   Now, after your husband fell, do you
21  recall about how long it was until somebody came
22  to help him?  Other than you, of course.
23       A   It was awhile.  Let's see.  Almost
24  immediately there was a young man who I -- he
25  might, I don't know, he worked -- I don't know who

Page 34

Barbara Walsh                    34

1  he worked for but he was an employee of someone,
2  he wasn't a passenger, came over.
3
4         We were trying to get some help.  It
5  took a really long time.  It took a really long
6  time.
7         In the meantime, we were concerned
8  about missing our flight, so we were trying to
9  decide what to do, but it took a long time.
10     Q    When you saw "a long time," are you
11 referring to minutes, hours, can you approximate
12 how long it was?
13     A    That --
14         MR. MEENAGH:  Wait for what now?
15         MR. BANINO:  She said it was a
16     long time for somebody to come help
17     them.
18         MR. MEENAGH:  Other than this
19     young man, is that what you're talking
20     about?
21         MR. BANINO:  Yes.
22     A    Yes.  Okay.  So yeah, I would say
23 twenty minutes.
24     Q    Twenty minutes?
25     A    A half an hour maybe.

Page 35

Barbara Walsh                    35

1     Q    And during that twenty minutes or
2  half an hour, what were you and your husband
3  doing?
4     A    Oh, so he was flat on his stomach.  He
5  had fallen on his elbow.
6         Well, he turned to sit up, he was
7  sitting now, trying to get -- I think we were
8  trying to get one of those carts to come, trying
9  to find out where the first-aid was, trying to
10 find out if there was a doctor, and in addition
11 trying, you know, asking, trying to find out what
12 we were going to do about our flight.
13         Plus deciding if Jennifer, this third
14 person, was going to get on the airplane, and in
15 fact they didn't hold the flight.  Then we had to
16 decide if she was going to go home or not.
17     Q    How did you -- just to break it down,
18 how did you try to get a cart?
19     A    I think the young man who was helping
20 us, I think he had a walkie-talkie.
21         I think I actually went looking,
22 because it wasn't happening, and he was in a lot
23 of pain, and it was a big deal, and, you know, I
24 think I went and tried to find someone.  I think

Page 36

Barbara Walsh                    36

1  by the time I came -- that's how I went to try to
2  find.
3     Q    Did you actually find someone?
4     A    I think by the time I got back,
5  somebody had come, a cart had come.  I think.
6     Q    About how long after he fell did that
7  cart arrive, approximately?
8     A    Twenty minutes, half an hour.
9     Q    Do you recall how long it was after
10 this young man came to assist you?
11     A    That the cart came?
12     Q    Yes.
13     A    About that time.  I thought that was
14 the question you were asking me.
15     Q    So the first person who came to assist
16 you was this young man in a cart?
17     A    Not in a cart, no, he was walking.
18     Q    But when he arrived, around the same
19 time the cart arrived?
20     A    No, no, it didn't.
21     Q    Who was the first person to come
22 assist you?
23     A    This young man.
24     Q    Which I believe you said was twenty

Page 37

Barbara Walsh                    37

1  minutes or half an hour after.
2     A    No, that was right away.  That was
3  right away.
4     Q    Do you recall seeing this young man
5  before the incident?
6     A    No.
7     Q    Do you recall what he looked like?
8     A    He had black clothes on, I think he
9  was fairly young, and I think he had a pretty big
10 stomach.
11     Q    Now when you say "black clothes,"
12 could you just describe what you mean?
13     A    Black trousers, black shirt, or maybe
14 a sweater, a black sweater.  It was a uniform of
15 sorts.
16     Q    Do you recall whether it said anything
17 on his uniform?
18     A    No.
19     Q    No, you don't recall, or no it didn't
20 say anything?
21     A    I don't recall.
22     Q    Do you recall how quickly or how long
23 it took for him to get to you?
24     A    A couple of minutes.

Page 38

Barbara Walsh                38

1
2        Q   So your husband was on the ground for
3    a couple of minutes?
4        A   Yes.
5        Q   And then this young man came to assist
6    you.
7        A   Yes.
8        Q   Other than the young man and whoever
9    was operating the cart which you said arrived
10   twenty or thirty minutes later, did anyone else
11   assist you?
12       A   I don't remember.  I think there was
13   someone else.  I think there was a woman in a
14   black outfit, I think.  I think she had a skirt on
15   but I don't remember, I'm not sure.
16       Q   Well, do you recall if this woman
17   arrived after the cart?
18       A   No, she didn't, because I think as
19   soon as the cart came, they took him to first-aid.
20       Q   How many people were in the cart when
21   it arrived?
22       A   I don't know.
23       Q   Do you recall there being more than
24   just a driver --
25       A   I don't.

Page 39

Barbara Walsh                39

1
2        Q   -- other than the three of you
3    yourselves?
4        Did you speak to anybody else about
5    the incident other than the young man and whoever
6    was in the cart, and if there was or was not this
7    woman who may have come later, was there anybody
8    else who you spoke to about this incident at that
9    time?
10       A   I did, because I remember now going to
11   talk to -- I went and talked to -- I went and
12   talked about holding the plane.
13       Q   With whom?
14       A   Other women.  I think there were a
15   couple of other women who were closer to where
16   people were getting on the airplane, but it was,
17   you know, nobody was paying us much attention,
18   and I don't know, I naively thought they would
19   hold this airplane.  It wasn't smart thinking.
20   They couldn't hold the airplane.
21       We didn't realize how serious it was.
22   You know, I thought maybe we were going to get on
23   the airplane, I guess, but I certainly didn't want
24   it to take off before they knew that we weren't on
25   it, and it was because he had an injury, so I was

Page 40

Barbara Walsh                40

1
2    trying to get us somebody to pay us attention, at
3    least acknowledge the fact you're not going to
4    hold it, what the deal is.
5        Like I said, nobody was paying us much
6    attention, so I think I may have gone to someone
7    and didn't get any satisfaction so I was trying to
8    find out what could be done.  I was trying to get
9    somebody to acknowledge what was going on.
10       Q   And about how long after your husband
11   fell was this that you were talking to someone
12   about holding the flight?
13       A   Not that long because, you know --
14       MR. MEENAGH:  Just answer the
15   question.
16       A   Okay.  Maybe fifteen minutes, maybe
17   ten minutes.
18       Q   And do you recall approximately how
19   many people you spoke to about this?
20       A   Two women, maybe.
21       Q   Where were these two women?
22       A   I don't remember.  They were behind a
23   counter.  I don't know if they were -- they
24   weren't at this gate, they were at a different
25   gate, they were in a different area.

Page 41

Barbara Walsh                41

1
2        I just started to walk around to --
3    again, they had on a blue outfit, so I knew they
4    worked for KLM, and I was just trying to -- I
5    think it may have been another gate.  They were
6    behind a counter.  There were a lot of people
7    around in the airport.
8        Q   Do you recall how far you had to walk
9    to talk to these two women?
10       A   Not that far but far enough.  Not that
11   far.
12       Q   Well, do you recall if it was a
13   hundred yards, ten yards --
14       A   Let's see.
15       Q   -- four hundred yards?
16       A   Twenty, twenty yards.
17       Q   And do you recall what these two women
18   looked like?
19       A   I think they looked nice.  One might
20   have had blonde hair.
21       Q   Do you recall if they were wearing
22   name tags?
23       A   No.
24       Q   No, you don't recall, or no, they were
25   not wearing name tags?

Page 42

Barbara Walsh                42

2   A   No, I don't recall.
3   Q   Did anyone from KLM as far as you know
4  assist your husband while he was on the ground?
5   A   As far as I know, no.
6   Q   Did you accompany your husband to the
7  medical clinic in the airport?
8   A   Not when he first went.  Not when he
9  first went.  I then joined him because --
10      MR. MEENAGH:  Just answer his
11      question.  Okay, Barbara?
12   A   Okay.  No, not when he first went.
13   Q   When did you accompany your husband to
14  the medical clinic?
15   A   I went and found him.  I went after I
16  think I was still dealing with trying to find out
17  if the airplane was going to take off.
18   Q   How long were you trying to figure out
19  what was going on with the aircraft?
20   A   Okay.  So half an hour, not that long.
21  Ten minutes maybe, fifteen minutes.
22   Q   Was there anybody closer than these
23  two women that you saw that could assist you with
24  the flight?
25   A   No.

Page 43

Barbara Walsh                43

2   Q   How did you know where to go to the
3  medical clinic?
4   A   I asked people.
5   Q   Who did you ask?
6   A   I don't remember.  I know I asked
7  people because I didn't know where it was.  People
8  who I thought could tell me.
9   Q   What made you think that they could
10  tell you?
11   A   Probably people who worked in the
12  airport.  Maybe people in uniforms who might know
13  where it is, where it was.
14   Q   I believe you said you walked to the
15  clinic; is that correct?
16   A   Yes.
17   Q   Do you recall about how long either
18  time or distance-wise the clinic was from where
19  you were?
20   A   Ten minutes, not quite.  I walk fast.
Ten minutes.
22   Q   Was your husband holding anything when
23  he fell?
24   A   I think he had -- oh, he had a
25  backpack on his shoulder probably.

Page 44

Barbara Walsh                44

2   Q   Anything else?
3   A   Not that I recall.
4   Q   Do you recall if he was holding the
5  backpack at all with his hand, or if his hand was
6  free?
7   A   I think the backpack was hanging on
8  his shoulder.
9   Q   But do you recall if he had his hand
10  on the backpack?
11   A   No, I don't recall.
12   Q   Just for clarity, the bar that we are
13  referring to that he fell over is the same bar
14  that is depicted in the --
15      MR. MEENAGH:  Defendant's C?
16   Q   -- photograph in front of you, which
17  is marked as Defendant's Exhibit C?
18   A   Yes.
19   Q   Miss Walsh, do you know who took this
20  photograph?
21   A   Yes.
22   Q   Who took this photograph?
23   A   Carol McGowan.
24   Q   Why did Miss McGowan take this
25  photograph?

Page 45

Barbara Walsh                45

2   A   I called her and asked her to.
3   Q   And why did you ask her to?
4   A   Because we wanted a picture of the
5  bar that he had tripped over.  We wanted a picture
6  of the -- we wanted a picture of the area.
7   Q   And why did you want a picture of the
8  area?
9   A   Because we wanted to see how it had
10  happened.  We wanted to have a clear picture of
11  how it had happened.
12   Q   Did you remember the event?
13   A   At this --
14   Q   When you asked her to take the
15  photograph?
16   A   Absolutely.  She was still in
17  Amsterdam.
18   Q   Okay.
19   A   It was within a few days that I called
20  her.
21   Q   And you said you wanted it because
22  you wanted a clearer picture of what happened?
23   A   Yes.  I wanted to have -- I thought
24  there might have been negligence involved and I
25  wanted to have a photograph of it.

Page 46

Barbara Walsh                46

1
2      Q    Negligence on whose part?
3      A    I'm not sure.
4           MR. MEENAGH:  That's a legal
5      question.
6           How does she know that?
7      A    I'm not sure.
8           MR. MEENAGH:  You answered.
9      A    I'm --
10          MR. MEENAGH:  You answered it.
11     That's fine.
12     Q    Miss Walsh, did your husband receive
13     any medical attention after the attention he
14     received at the airport clinic?
15     A    Yes.  We went to an emergency room.
16     Q    Was that emergency room off airport
17     property?
18     A    Yes.
19     Q    Do you recall the name of the hospital
20     or emergency room that you went to?
21     A    No.  The word "Schiphol" is in the
22     name of the airport.  That might have been
23     attached to the name of the hospital.
24          It's part of -- I don't know.  It's
25     connected to the -- something connected to the

Page 47

Barbara Walsh                47

1
2      City of Amsterdam.  I'm not sure but I vaguely
3      remember that.
4      Q    Do you have any documents from this
5      hospital or emergency room?
6      A    I probably do at home.
7           MR. BANINO:  Mr. Meenagh, we ask
8      that that be produced.
9           MR. MEENAGH:  We will make a
10     search.
11     (REQUEST) _____
12     Q    Did you go straight from the medical
13     clinic to the hospital?
14     A    Yes.
15     Q    From the time that your husband fell
16     to when you went to the medical clinic to join
17     him, who did you speak to about this incident?
18     A    People who worked for the airline.
19     Q    The two women?
20     A    Yes.  My friend, Jennifer, I think
21     that's who I spoke to.
22     Q    And I take it you spoke to the young
23     man who came to assist you who was wearing black.
24     A    Right, yes.
25     Q    Was there anybody else?

Page 48

Barbara Walsh                48

1
2      A    Not that I recall.
3      Q    Did you see anybody taking notes or
4      writing anything as you were talking to them?
5      A    No, no, I didn't see anybody doing
6      that.
7      Q    Did you, yourself, fill out any forms
8      describing the incident that day, not only during
9      that period I just mentioned, but also when you
10     returned to the airport later?
11     A    I seem to recall Brian's filling out
12     forms.
13     Q    Do you recall when that was?
14     A    When we went back to the airport.  I
15     think when we were waiting for our flight.
16     Q    This was, for clarity sake, after
17     you went to the hospital before you departed for
18     New York.
19     A    Right.  Right.
20     Q    And how did he come into possession of
21     a form to write on?
22     A    When he went to the clinic, I think
23     they told him, I think I remember their telling
24     him he needed to fill out an accident report, but
25     I don't think he took the time to do it then

Page 49

Barbara Walsh                49

1
2      because we needed to go to the hospital, so I
3      think we did that when we came back.
4      Q    And where did you go to fill out that
5      form?
6      A    We went to a KLM counter.
7      Q    Continue.
8      A    Or he may have gotten that form from
9      the clinic, from the first-aid station, from the
10     doctor's office.
11          I remember there being a form, I
12     remember his telling me he had to fill out a form,
13     and I don't remember if he got it then or if we
14     got the form when we came back, but there was
15     paperwork, I remember that.
16     Q    Do you recall seeing that form anytime
17     from when you were in the clinic to when you
18     returned to the airport?
19     A    I don't remember.  I don't remember
20     if it was then that I saw it or when we came back
21     and then he got it.
22     Q    Do you recall who you gave that form
23     to, and by "you," I mean you and your husband?
24     A    I think we brought it back to the
25     clinic.

Page 50

Barbara Walsh                    50

1
2       Q    Did the clinic give you a copy of that
3   form?
4       A    I don't remember.
5       Q    Do you recall if it was the type of
6   form where you write on it and there are multiple
7   copies made at the same time?
8       A    I don't think so.
9       Q    Do you recall looking at the form
10  either during or after your husband filled it
11  out?
12      A    I think I looked at it.
13      Q    Did you talk to him about any
14  information that you were putting on the form,
15  and by "you," I mean that he was putting on the
16  form?
17      A    No.
18      Q    Do you recall seeing any headings on
19  top of the form?
20      A    No.
21      Q    Did you have any other discussions
22  with anybody regarding the incident from when you
23  returned to the airport and when you departed the
24  airport for New York?
25      A    You mean in the airport, or perhaps on

Page 51

Barbara Walsh                    51

1
2   a telephone?
3       Q    Either one.
4       A    Well, I probably called somebody at
5   home to tell them that we weren't arriving when we
6   were supposed to.
7       Q    Do you recall who you called?
8       A    I probably called my daughter.
9       Q    What is your daughter's name?
10      A    Erin, Erin MacDonald.
11      Q    Do you recall what you said to her?
12      A    Told her what had happened, that we
13  missed our flight, that her father had fallen and
14  we missed our flight, and we'd be home on a later
15  plane.
16      Q    Was she picking you up at the airport?
17      A    No, I think we had parked our car.  I
18  think.  I don't remember.
19      Q    Other than that phone call, did you
20  speak to anybody else about the incident during
21  that time I just mentioned?
22      A    Jennifer, our friend.
23      Q    Is there anybody else that you spoke
24  to?
25      A    Not that I remember.

Page 52

Barbara Walsh                    52

1
2       Q    While you were in the waiting area
3   both before and after your husband's fall, was
4   there anybody else in that area that you knew
5   other than your husband and Jennifer?
6       A    No.
7       Q    So at no time did you see anybody
8   else in that waiting area that you knew other
9   than Jennifer and your husband.
10      A    No.
11      Q    Do you recall paying any money for
12  the medical treatment that you received either at
13  the airport clinic or at the hospital in
14  Amsterdam?
15      A    We did pay for the treatment at the
16  hospital in Amsterdam.
17      Q    And do you recall what that amount
18  was?
19      A    I think it was -- I don't know.
20  Maybe -- I'm thinking two hundred and then I'm
21  thinking five hundred.
22      MR. MEENAGH:  Do you know?
23      A    I don't.
24      MR. MEENAGH:  Okay.
25      A    It was in the hundreds.

Page 53

Barbara Walsh                    53

1
2       Q    How did you pay for that?
3       A    Credit card.
4       Q    Do you have receipts from that
5   transaction?
6       A    At home.
7       MR. BANINO:  John, we ask that
8   that be produced.
9       MR. MEENAGH:  We will make a
10  search.
11  (REQUEST) _____
12      Q    Did you pay for anything else during
13  that day in connection with your husband's fall?
14      A    Taxicab.
15      Q    When you say "taxicab," which ride are
16  you referring to?
17      A    We had to take a taxi to the hospital
18  and we had to take a taxi back to the airport.
19      Q    Do you recall about how much that
20  was?
21      A    Ten dollars each way, I think?
22      Q    Do you recall how you paid for that?
23      A    With cash, with -- it wasn't a credit
24  card.
25      Q    Do you have any receipts

Page 54

Barbara Walsh                54

1  substantiating that payment?
2      A   No.
3      Q   Do you have any documents showing
4  anything about your flight from Amsterdam to
5  New York after it was changed, and by that I mean
6  any boarding passes, any ticket stubs, any ticket
7  coupons?
8      A   No.
9      Q   Were you given new boarding passes to
10 get on that second flight?
11     A   I want to say yes.
12     Q   Is that because you recall receiving
13 that, or because you are basing that on
14 experience?
15     A   I'm basing that on experience.
16     Q   I'm sorry if I'm repeating this
17 question, but when you returned for that second
18 flight, you went to a different waiting area?
19     A   I don't remember.
20     Q   Do you recall if it was a similar
21 waiting area, if it was different?
22     A   I don't remember.
23     Q   When you returned for your second
24 flight, do you remember at some point sitting

Page 55

Barbara Walsh                55

1  down and waiting for that flight to depart?
2      A   I don't remember.
3      Q   Do you remember anything about your
4  second flight?
5      A   I got to fly in first class.
6      Q   That's very nice.
7      A   Um-hm.
8      Q   Did you pay anything for the upgrade
9  to first class?
10     A   No.  It was a jumbo jet.  I had never
11 flown on one.
12     Q   Do you recall whether the departure of
13 that night was anywhere near the departure of the
14 earlier flight?
15     A   I don't remember.
16     Q   Do you remember getting on the
17 aircraft --
18     A   Yes.
19     Q   -- for the second flight?
20         Do you remember passing through
21 security to get onto the aircraft?
22     A   I don't remember that.
23     Q   In between the time that you landed
24 from Nairobi to Amsterdam to when your husband

Page 56

Barbara Walsh                56

1  fell, did you pass through security at all?
2      A   I don't think so.
3      Q   Did you have any problems on the new
4  flight that you took from Amsterdam to New York?
5      A   What kind of problems would you be
6  referring to?
7      Q   I don't know, any problem, any
8  injury?
9      A   No.
10     Q   Miss Walsh, other than your husband's
11 medical bills and other I guess medical treatment,
12 did you expend any other money in connection with
13 this incident?
14     A   No.
15     Q   Did you miss any work as a result of
16 this incident?
17     A   No.
18     Q   What is your current employment?
19     A   I'm a teacher in New York City.
20     Q   Are there any things that you are not
21 able to do that you were able to do before this
22 incident involving your husband?
23     A   Me, personally?
24     Q   Yes, you, personally.

Page 57

Barbara Walsh                57

1      A   No.
2      Q   Is there anything that's changed about
3  your life since your husband fell?
4      A   No.
5      Q   I'm showing you a document which has
6  been marked as Defendant's Exhibit I.
7          (Whereupon, the witness reviews
8          document.)
9      Q   Have you seen this document before?
10     A   No.
11     Q   After the day of the accident, did
12 you or your husband ever make any written
13 statements or send any letters or fill out any
14 claim forms or anything in connection with this
15 incident?
16     A   I wrote a letter, I wrote a letter to
17 KLM.
18     Q   Do you have a copy of that letter?
19     A   I don't.  I can't find it.  I can't
20 find it.
21
22     MR. MEENAGH:  Okay.  You answered.
23     Q   What makes you think it was sent to
24 KLM?
25     A   Because I wrote the letter and I wrote

Page 58

Barbara Walsh                58

1
2  them a letter to tell them what happened.  I was
3  upset about the way that we -- the way that it
4  was handled in the airport.
5      Q    And by "it was handled," the way what
6  was handled?
7      A    The length of time it took, I thought
8  people were rude, I thought they ignored us,
9  they -- like I said, they didn't seem to think it
10  was a big deal.
11          The way -- they didn't have what they
12  needed to treat my husband medically.  They didn't
13  have a stent to keep his elbow secure.  That's why
14  they had to send us to an emergency room.
15      Q    When you refer to not having a stent,
16  who were you referring to?
17      A    Right.  That would have been -- I
18  guess as a result of the accident, you know, we
19  had to go to the emergency room.  That would have
20  been the airport; but, you know, initially the way
21  that it was handled.
22          Mostly it was about, you know, the
23  attitude that we were given when I was so
24  concerned about whether or not we were going to
5  make the flight.  I felt we were being dismissed.

Page 59

Barbara Walsh                59

1
2      Q    Just for clarity, because I'm not
3  sure you actually answered it, but what were you
4  referring to when you said they did not have a
5  stent?
6      A    The clinic at the airport.
7      Q    Okay.  You mentioned somebody was
8  rude.
9          Who was rude to you?
10      A    The women, the two women I referred
11  to, one of whom I think I said was a blonde.
12      Q    This is the two women who re-booked
13  your flight?
14      A    No, they didn't re-book the flight
15  yet.  I was just trying to get them to tell me
16  how long they would hold the plane, if they would
17  hold the plane, how much time we had to decide,
18  if my friend should -- because she wasn't really
19  directly affected, if she should get on the
20  airplane, if they would re-book her flight.
21      Q    When you were having this discussion
2  with these two women, did they tell you that an
23  airline is not able to hold a flight, or that KLM
24  was not able to hold the flight?
25      A    Did they tell me that.  I don't

Page 60

Barbara Walsh                60

1
2  remember.
3      Q    Did they give you any reason as to
4  why the flight could not be held?
5      A    No.  No.  I guess --
6          MR. MEENAGH:  No.  No.
7      A    No.
8          MR. MEENAGH:  Just answer his
9  question.
10      A    No.
11      Q    And you said, I believe, and please
12  correct me if I'm wrong, that somebody ignored
13  you.
14          Who ignored you?
15      A    I felt those two women were ignoring
16  us, me.
17      Q    And what did they do or say that made
18  you think that they were ignoring you?
19      A    I wanted them to stop what they were
20  doing and look at me and listen to what I was
21  saying, and they were not giving me any attention
22  at all, and I felt dismissed.
23      Q    I believe you testified to this before
24  but I could be wrong.
25          How long did you talk to these two

Page 61

Barbara Walsh                61

1
2  women?
3      A    I think I left and went back to them.
4  I think I may have come, I think I may have left.
5  I think Brian at this point hadn't been taken away
6  yet.
7          I think I went back to check on Brian
8  and then went back to talk to them more than
9  once.
10      Q    So other than those items that you
11  mentioned before, was there anything else that
12  you recall about your letter that you said that
13  you wrote to KLM?
14      A    How badly Brian had been hurt.
15      Q    Did you send a letter to or speak to
16  anyone else, either KLM or any other company,
17  about this incident?
18      A    I think I sent a copy to Grand Circle
19  Travel.
20      Q    Do you recall sending it to a
21  particular person at Grand Circle Travel?
22      A    No.  I didn't have a name.  I don't
23  think I did.  I could have called and gotten a
24  name.  I don't remember.
25      Q    Did KLM send you a response?

Page 62

Barbara Walsh          62

2   A   They did.
3   Q   Do you have a copy of that letter?
4   A   I don't.
5   Q   Was it a letter or was it a phone
6   call?
7   A   No, it was a letter.
8   Q   You don't have a copy of that letter?
9   A   No.
10  Q   Do you recall when you received that
11  letter?
12  A   A while after, because we didn't hear
13  for such a long time, but we did get a response.
14  Q   Do you recall what the response said?
15  A   Acknowledged receipt of my letter,
16  apologized for what had happened, offered
17  sympathy, that's all I remember.
18      MR. MEENAGH:  I'm going to ask
19      that another search be made by you
20      for KLM to see if that letter can be
21      produced.
22      MR. BANINO:  I ask that you
23      similarly make a search for such a
24      letter.
25      MR. MEENAGH:  I think the witness

Page 63

Barbara Walsh          63

2   just said she can't find it, but I
3   think that indicates there was a
4   search, but we will certainly make
5   sure we have diligently looked.
6       MR. BANINO:  Okay.
7   (REQUEST)
8   Q   Did you speak or send a letter to any
9   other companies about this incident?
10      MR. MEENAGH:  I think she said
11      she sent a copy to the other travel
12      agent.
13      You mean besides that?
14  A   What happened was, I submitted the
15  hospital bill to my insurance company, and there
16  was a big question about their paying it, so I
17  don't know if it was a letter or further
18  communication with our insurance companies, and
19  they did pay it, they eventually reimbursed us
20  for that, for what we had spent at the hospital.
21  Q   Did you ever write a letter or speak
22  to anybody at the airport authority regarding
23  this incident, and by "the airport authority,"
24  I'm talking about the one in Amsterdam?
25  A   After we got back?

Page 64

Barbara Walsh          64

2   Q   Yes.
3   A   No.
4   Q   Did you speak to anybody at the
5   airport authority at any time after you returned
6   to the airport for your return flight to New
7   York?
8   A   I think when we got back, we still
9   had to make arrangements for our return flight.
10  We didn't take time to do that.  We went right to
11  the hospital.
12      MR. MEENAGH:  He's asking have
13      you spoken to anybody from the
14      airport when you came back.
15  Q   The airport authority, the Amsterdam
16  airport.
17  A   No, I don't think so.
18  Q   Do you know if your husband spoke to
19  anybody at the airport authority after you arrived
20  back at the airport?
21  A   I don't think so.
22  Q   Do you know if your husband either
23  spoke or wrote a letter to either KLM or the
24  Amsterdam airport authority after that day?
25  A   No, I wrote a letter, he didn't.

Page 65

Barbara Walsh          65

2   Q   Did you or your husband at any time
3   from the moment he fell call anyone at the airport
4   authority about the incident?
5   A   I don't think so.
6       MR. BANINO:  Now might be a good
7       time to take a five-minute break.
8       (Whereupon, a brief recess was
9       taken.)
10  Q   Miss Walsh, I'm showing you a document
11  which is being marked as N.
12      (Whereupon, Complaint was marked
13      Defendant's Exhibit N for
14      Identification, as of this date, by
15      the reporter.)
16  Q   Read it, take a look at it, take your
17  time.
18      (Whereupon, the witness reviews
19      document.)
20  Q   Have you had an opportunity to read
21  it?
22  A   Sure.
23      Are you going to ask questions about
24  it?
25  Q   I am, yes.

Page 66

```
 1              Barbara Walsh        66
 2      A   All right.
 3          (Whereupon, the witness reviews
 4      document.)
 5      A   Okay.
 6      Q   Miss Walsh, the text of what's in
 7  Exhibit N, does that text look familiar to you?
 8          MR. MEENAGH:  You mean as far as
 9      the content or --
10          MR. BANINO:  The content.
11      A   Yes.
12      Q   Why does that look familiar to you?
13      A   Because it's what happened, because
14  it's about my husband's accident.
15      Q   Do you know if you or your husband are
16  the source of this text?
17          I'm not saying you typed this, but
18  I'm just asking whether you or your husband
19  provided the information for this at the time, if
20  you know.
21      A   I don't know.  I didn't.
22      Q   Okay.
23      A   I don't know if he did.
24          MR. BANINO:  I have no further
 5      questions.
```

Page 67

```
 1              Barbara Walsh        67
 2          MR. MEENAGH:  Okay.
 3          MR. BANINO:  Thank you.
 4
 5          (Time noted:  4:05 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
 1
 2
23
24
25
```

Page 68

```
 1                       68
 2          A C K N O W L E D G M E N T
 3
 4  STATE OF NEW YORK )
 5                     ss:
 6  COUNTY OF DUTCHESS)
 7
 8      I, BARBARA WALSH, hereby certify that I have
 9  read  the transcript of my testimony taken under oath
10  in my deposition of January 7, 2010; that the
11  transcript is a true, complete, and correct record of
12  what was asked, answered, and said during this
13  deposition, and that the answers on the record as
14  given by me are true and correct.
15
16          _____
17              BARBARA WALSH
18
19
20
21
22  Subscribed and sworn to
    before me this _____ day
23  of _____, 2010.
24  _____
25      NOTARY PUBLIC
```

Page 69

```
 1                       69
 2          I N D E X
 3
 4
 5  WITNESS          EXAMINATION BY          PAGE
 6  BARBARA WALSH        MR. BANINO           4
 7
 8          E X H I B I T S
 9  PLAINTIFF'S EXHIBITS
10  FOR IDENTIFICATION                    PAGE
11  K     Itinerary            6
12  L     Brian Walsh's treatment       8
      documents
13  M     Statement            8
14  N     Complaint           65
15
16  DOCUMENT REQUESTS:        PAGE      LINE
17  Documents from hospital or    47     11
    emergency room
18
    Receipts for treatment at     53     11
19  hospital in Amsterdam
20  Letter written to KLM         63      7
21
22
23
24
25
```

Page 70

70

C E R T I F I C A T E

STATE OF NEW YORK    )

            ss:

COUNTY OF WESTCHESTER)

    I, CHERYL THOMPSON, a Shorthand Reporter and
Notary Public in and for the State of New York, do
hereby certify:
    That the testimony of BARBARA WALSH was held
before me at the aforesaid time and place.
    That said witness was duly sworn before the
commencement of the testimony, and that the testimony
was taken stenographically by me and is a true and
accurate transcription of my stenographic notes.
    I further certify that I am not related to any of
the parties to the action by blood or marriage, and
that I am in no way interested in the outcome of this
matter.
    IN WITNESS WHEREOF, I have hereunto set my hand
this 11th day of January 2010.

_____
    CHERYL THOMPSON

Page 71

71

E R R A T A   S H E E T

DEPOSITION OF BARBARA WALSH
RE:  WALSH V. KLM
DATE TAKEN:  JANUARY 8, 2010

| PAGE | LINE # | CORRECTION | REASON |
|------|--------|------------|--------|
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |
|      |        |            |        |

_____
    BARBARA WALSH

Subscribed and sworn to
before me this _____ day
of _____, 2010.

_____
NOTARY PUBLIC

# WORD INDEX

**A**

ble 56:22,22 59:23
  59:24
**Absolutely** 45:16
**accident** 8:16,18 9:2
  48:24 57:12 58:18
  66:14
**accompany** 42:6,13
**accurate** 70:16
**acknowledge** 40:3,9
**Acknowledged** 62:15
**Act** 1:6
**action** 7:23 70:18
**actual** 9:9 23:17
**addition** 35:11
**address** 4:11
**administer** 3:8
**aforesaid** 70:12
**Africa** 7:10 9:23
  12:11,21 13:7 14:16
  15:12,25 16:2
**afternoon** 4:15 10:5
  11:23
**agent** 63:12
**ago** 16:16
**AGREED** 3:3,12
  head 23:17 29:6,6
**aircraft** 42:19 55:18
  55:22
**airline** 6:15 28:7
  47:18 59:23
**airlines** 1:8 4:17 5:24
  18:8 21:8,16 26:17
  27:9,19,21
**airplane** 11:9,14 27:9
  28:6 30:10,10,15,18
  31:2 35:15 39:16,19
  39:20,23 42:17
  59:20
**airport** 9:22 11:3,20
  13:15,16 14:21
  15:19,23,24 16:3
  27:24 28:6,9 41:7
  42:7 43:12 46:14,16
  46:22 48:10,14
  49:18 50:23,24,25
  51:16 52:13 53:18
  58:4,20 59:6 63:22
  63:23 64:5,6,14,15
  64:16,19,20,24 65:3
amount 52:17
Amsterdam 10:2
  11:19 12:8,9,14,19
  13:2,6,6,9,10,12,20
  13:23 14:17 15:10

15:12,14,15,17,19
  45:17 47:2 52:14,16
  54:5 55:25 56:5
  63:24 64:15,24
  69:19
**announce** 23:12
**announced** 21:20
**answer** 4:23 21:9,11
  40:14 42:10 60:8
**answered** 31:9 46:8
  46:10 57:22 59:3
  68:12
**answers** 5:2,6 68:13
**anybody** 19:17 28:19
  29:18 33:6,9,13,18
  39:4,7 42:22 47:25
  48:3,5 50:22 51:20
  51:23 52:4,7 63:22
  64:4,13,19
**anytime** 49:16
**apologized** 62:16
**approximate** 21:13
  34:11
**approximately** 10:4
  11:18,21 19:14
  21:15 36:8 40:18
**area** 16:11,13,24 17:3
  17:5,7,24 18:3,8,11
  18:22 19:11,15,18
  19:22 22:17,23
  23:19,23 25:14 26:6
  30:9,13 33:18 40:25
  45:6,8 52:2,4,8
  54:19,22
**arrangements** 64:9
**arrive** 36:8
**arrived** 11:19 12:7,13
  12:14,19 13:8 14:17
  36:19,20 38:9,17,21
  64:19
**arriving** 12:15 51:5
**Aside** 10:19
**asked** 7:14 43:4,6
  45:2,14 68:12
**asking** 4:22 11:10
  35:12 36:15 64:12
  66:18
**assist** 36:11,16,23
  38:5,11 42:4,23
  47:23
**attached** 46:23
**attention** 39:17 40:2
  40:6 46:13,13 60:21
**attitude** 58:23
**attorney** 4:16,21

**attorneys** 2:5,10 3:4
**authority** 63:22,23
  64:5,15,19,24 65:4
**authorized** 3:8
**average** 19:11
**awhile** 33:23
**a/k/a** 1:7

**B**

**B** 69:7
**back** 13:2 14:2 15:22
  22:22 23:17,22
  32:21 36:5 48:14
  49:3,14,20,24 53:18
  61:3,7,8 63:25 64:8
  64:14,20
**backpack** 43:25 44:5
  44:7,10
**badly** 61:14
**bag** 29:8
**baggage** 20:13,14
  32:15
**Banino** 2:13 4:8,16
  6:19,25 8:2,21 16:6
  19:7 34:15,21 47:7
  53:7 62:22 63:6
  65:6 66:10,24 67:3
  69:5
**bar** 29:9,22,23 44:12
  44:13 45:5
**Barbara** 1:4,14 4:2
  4:10 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1
  41:1 42:1,11 43:1
  44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1
  68:8,16 69:5 70:11
  71:3,21
**Bart** 4:16
**BARTHOLOMEW**
  2:13
**based** 21:7 24:14,24
**basing** 54:14,16
**believe** 36:25 43:14

60:11,23
**best** 4:23 16:17
**big** 35:24 37:10 58:10
  63:16
**bill** 63:15
**bills** 56:12
**black** 37:9,12,14,14
  37:15 38:14 47:23
**blonde** 41:20 59:11
**blood** 70:18
**blue** 26:12,12,13 27:2
  27:10,20 28:23 41:3
**board** 21:8 24:4,9
  27:8 28:6 30:9,10
  30:15,25
**boarding** 21:21 23:13
  23:13 24:19 54:7,10
**Box** 2:6
**break** 5:11 35:18
  65:7
**breakfast** 10:22
**Brian** 1:4 7:13 8:4,25
  9:6 13:22 17:11,15
  17:16 24:11 29:6
  61:5,7,14 69:11
**Brian's** 8:15 48:11
**brief** 65:8
**brought** 49:24
**bump** 29:15,18

**C**

**C** 2:2 16:23 44:15,17
  68:2 70:2,2
**call** 51:19 62:6 65:3
**called** 30:14,17,25
  45:2,19 51:4,7,8
  61:23
**calling** 21:10 30:10
**car** 51:17
**card** 53:3,24
**Carol** 14:8 44:23
**cart** 20:14 35:19 36:6
  36:8,12,17,18,20
  38:9,17,19,20 39:6
**carts** 20:13,13,17
  32:11 35:9
**case** 5:17 10:16 27:5
  28:10
**cash** 53:23
**caused** 21:18 29:22
**certain** 24:5
**certainly** 21:12 24:2
  39:23 63:4
**certification** 3:5
**certify** 68:8 70:10,17

**chairs** 16:14,15,19,20
  17:4,6,10,14,19,22
  18:2,5,13 19:15,23
  19:24 20:4,5,7,24
  21:4,19 22:10,13,14
  22:22 29:5
**changed** 54:6 57:3
**charge** 22:5
**check** 61:7
**Chelsea** 4:13
**Cheryl** 1:16 70:8,24
**Circle** 6:14 7:14
  61:18,21
**City** 47:2 56:20
**Civ** 1:6,6
**claim** 57:15
**clarity** 44:12 48:16
  59:2
**class** 55:6,10
**clear** 23:16 29:12
  45:10
**clearer** 45:22
**clinic** 42:7,14 43:3,15
  43:18 46:14 47:13
  47:16 48:22 49:9,17
  49:25 50:2 52:13
  59:6
**closer** 39:15 42:22
**clothes** 37:9,12
**color** 28:14
**come** 7:11 9:4 13:4
  23:19 34:16 35:9
  36:6,6,22 39:7
  48:20 61:4
**coming** 23:22
**commencement**
  70:14
**communication**
  63:18
**companies** 63:9,18
**company** 27:23 28:8
  61:16 63:15
**Complaint** 65:12
  69:14
**complete** 68:11
**completely** 31:22
  32:2
**concerned** 34:7 58:24
**Condon** 2:10 4:16
**connected** 46:25,25
**connection** 53:13
  56:13 57:15
**contact** 7:15
**contacted** 7:13
**content** 66:9,10

Continue 49:7
copies 50:7
copy 5:15 50:2 57:19
    61:18 62:3,8 63:11
correct 22:21 26:7
    43:15 60:12 68:11
    68:14
corrected 19:8
CORRECTION 71:6
Costabile 14:8 17:12
counter 16:19 22:5
    40:23 41:6 49:6
counting 16:2
countries 15:24
COUNTY 68:6 70:5
couple 31:14,16
    37:25 38:3 39:15
coupons 9:11 54:8
course 33:22
court 1:2 5:2
Cove 4:13
credit 53:3,23
crystal 29:12
current 56:19

### D

D 68:2 69:2
Danbury 8:17,17
dark 11:8 18:11
date 6:23 7:19 8:7,10
    65:14 71:4
dates 7:9
daughter 51:8
daughter's 51:9
day 11:22 12:7 48:8
    53:13 57:12 64:24
    68:22 70:22 71:23
days 45:19
deal 35:24 40:4 58:10
dealing 42:16
decide 24:21 34:9
    35:17 59:17
deciding 35:14
Defendant 1:9 2:10
Defendant's 6:22 7:3
    8:6,9 10:9 16:23
    44:15,17 57:7 65:13
definite 23:7
depart 55:2
departed 9:23 10:13
    12:9,20,23 21:16
    48:17 50:23
departure 7:9,9 10:3
    10:22 14:23,24 15:3
    16:10 21:3 55:13,14

depicted 16:24 22:18
    44:14
deposition 3:6,6,10
    4:18,22 5:16 68:10
    68:13 71:3
describe 7:5 8:13
    16:12 17:24 29:4
    37:13
describing 48:8
desk 26:21 27:12
destination 7:9 15:15
    15:17
determine 14:15
different 8:3 15:23
    40:24,25 54:19,22
diligently 63:5
dinner 10:22,23
directed 24:8,12 27:8
directing 30:23
direction 24:5,6,7
    25:5,9
directly 15:24 29:6
    29:11 59:19
discussion 16:7 59:21
discussions 50:21
dismissed 58:25
    60:22
distance-wise 43:18
DISTRICT 1:2,3
doctor 35:11
doctor's 49:10
document 7:2,5,7,12
    10:11,12 11:25 12:4
    16:22 57:6,9,10
    65:10,19 66:4 69:16
documents 6:16 7:18
    7:22 8:5,11,14,15
    9:5,8,14 47:4 54:4
    69:12,17
doing 35:4 48:5 60:20
dollars 53:21
dozen 20:4,5
driver 38:24
duly 4:4 70:13
Dutch 1:8 4:17 5:24
DUTCHESS 68:6

### E

E 2:2,2 68:2,2 69:2,7
    70:2,2 71:2,2,2
earlier 12:15 55:15
early 13:9
eat 13:17,23 14:5
effect 3:8
eight 13:8

eight-hour 13:2
either 9:9 10:21 25:7
    43:17 50:10 51:3
    52:12 61:16 64:22
    64:23
elbow 29:10,11 35:6
    58:13
emergency 46:15,16
    46:20 47:5 58:14,19
    69:17
employed 28:8
employee 34:2
employment 56:19
entire 29:24 33:17
Erin 51:10,10
escort 23:13
ESQ 2:7,13,13
evening 10:6,14,17
    10:24 11:4,5,8,17
    12:18
event 45:12
eventually 63:19
EXAMINATION
    1:14 4:7 69:4
examined 4:6
Exhibit 6:22 7:3 8:6,9
    8:19 10:9 16:23
    44:17 57:7 65:13
    66:7
exhibits 8:3 69:9
expend 56:13
experience 21:7 23:9
    23:10,11 24:14,24
    25:8 28:4 54:15,16
explained 4:21

### F

F 70:2
facing 22:15
fact 14:3 35:16 40:3
fairly 37:10
fall 29:22 33:11,13,18
    52:3 53:13
fallen 35:6 51:13
familiar 16:25 66:7
    66:12
far 29:8 41:8,10,10
    41:11 42:3,5 66:8
fast 43:20
father 51:13
feel 5:8
fell 23:23 29:10,10
    30:2 33:2,9,16,20
    36:7 40:11 43:23
    44:13 47:15 56:2

57:4 65:3
felt 58:25 60:15,22
fifteen 40:16 42:21
figure 42:18
filing 3:5
fill 48:7,24 49:4,12
    57:14
filled 50:10
filling 48:11
find 35:10,11,12,25
    36:3,4 40:8 42:16
    57:20,21 63:2
fine 21:14 46:11
first 4:4 9:20 36:16
    36:22 42:8,9,12
    55:6,10
first-aid 35:10 38:19
    49:9
five 14:18 15:6,9,13
    52:21
five-minute 65:7
flat 35:5
flew 26:17
flight 9:25 10:4,5,5,6
    10:13,17 11:4,6,12
    11:15,17 12:21,22
    12:25 13:2,10 14:10
    14:13,23 19:19 21:3
    21:20 23:17,20 34:8
    35:13,16 40:12
    42:24 48:15 51:13
    51:14 54:5,11,19,25
    55:2,5,15,20 56:5
    58:25 59:13,14,20
    59:23,24 60:4 64:6
    64:9
flights 7:8
flown 55:12
fly 55:6
flying 27:19,20 29:10
follow 25:11
follows 4:6
force 3:8
form 3:13 48:21 49:5
    49:8,11,12,14,16,22
    50:3,6,9,14,16,19
forms 48:7,12 57:15
Forsyth 2:10 4:17
forty-five 21:17,19
found 42:15
four 13:18 14:18
    15:22 19:23 20:3
    41:15
free 5:8 44:6
friend 17:11 47:20

51:22 59:18
friends 13:19,22
front 18:11,15,17
    19:9 29:11,13 44:16
further 3:12 63:17
    66:24 70:17

### G

G 68:2
gate 14:24 16:10
    23:12 40:24,25 41:5
gateway 23:15
general 9:16
generally 28:21
gentleman 18:12
getting 17:22 31:3
    39:16 55:17
give 50:2 60:3
given 4:18 54:10
    58:23 68:14
giving 60:21
go 9:12,2 15:13 16:9
    24:8,9,22 25:11,13
    29:8 35:17 43:2
    47:12 49:2,4 58:19
    58:24 62:18 65:23
good 4:15 65:6
gotten 49:8 61:23
Grand 6:14 7:13
    61:18,21
ground 38:2 42:4
guess 12:12,13 21:13
    24:13 25:18 39:23
    56:12 58:18 60:5

### H

H 69:7 71:2
hair 28:14 41:20
half 21:10,16,19
    34:25 35:3 36:9
    37:2 42:20
hand 20:13 44:5,5,9
    70:21
handed 7:2
handled 58:4,5,6,21
hanging 44:7
happened 29:14
    45:10,11,22 51:12
    58:2 62:16 63:14
    66:13
happening 35:23

**head** 14:12 31:23
32:2
**headed** 14:24 16:10
**headings** 50:18
**heads** 30:15
**hear** 62:12
**heard** 21:25
**held** 1:15 16:8 60:4
70:11
**help** 33:22 34:4,16
**helping** 35:20
**hereto** 3:5
**hereunto** 70:21
**hold** 35:16 39:19,20
40:4 59:16,17,23,24
**holding** 39:12 40:12
43:22 44:4
**home** 9:9,19 35:17
47:6 51:5,14 53:6
**Hopewell** 4:13
**hospital** 46:19,23
47:5,13 48:17 49:2
52:13,16 53:17
63:15,20 64:11
69:17,19
**hour** 15:2 17:20,22
19:12 21:11,16,19
34:25 35:3 36:9
37:2 42:20
**hours** 13:8 14:18
34:11
**hundred** 41:13,15
52:20,21
**hundreds** 52:25
**hurt** 61:14
**husband** 6:5 7:13
17:11 23:23 33:2,8
33:16,20 35:3 38:2
40:10 42:4,6,13
43:22 46:12 47:15
49:23 50:10 52:5,9
55:25 56:23 57:4,13
58:12 64:18,22 65:2
66:15,18
**husband's** 5:16 52:3
53:13 56:11 66:14

**I**

**Identification** 6:23
8:7,9 65:14 69:9
**ignored** 58:8 60:12
60:14
**ignoring** 60:15,18
**immediately** 33:24
**incident** 5:23 37:6

**39:5,8 47:17 48:8
50:22 51:20 56:14
56:17,23 57:16
61:17 63:9,23 65:4
indicates** 63:3
**indicating** 6:20 18:14
19:2,23,25 22:3,4
22:11 24:17 26:4
29:9
**individual** 32:9
**individuals** 32:14
**information** 50:14
66:19
**initially** 8:18 58:20
**injury** 39:25 56:9
**inside** 11:20 15:23
**instruct** 28:6
**instructed** 24:19,22
**insurance** 63:15,18
**intercom** 21:22 24:13
**interested** 70:19
**internationally** 15:5
15:7
**involved** 45:24
**involving** 5:24 56:23
**Ireland** 15:11,12
**Italy** 15:11,12
**items** 61:10
**itineraries** 9:11
**itinerary** 6:17,21
7:20 69:10

**J**

**J** 2:13
**January** 1:12 68:10
70:22 71:4
**Jennifer** 14:8 17:12
17:16,17 35:14
47:20 51:22 52:5,9
**jet** 55:11
**John** 2:7 53:7
**join** 47:16
**joined** 42:9
**JR** 2:7
**July** 5:24
**jumbo** 55:11
**jump** 23:17
**Junction** 4:14

**K**

**K** 6:22 7:3 10:9 68:2
69:10
**keep** 58:13
**KELLY** 2:4
**kind** 13:24 56:6

**KLM** 1:7 4:17 5:24
9:12 26:15,17,19,23
27:2,2,9,18,19,20
41:4 42:3 49:6
57:18,24 59:23
61:13,16,25 62:20
64:23 69:20 71:4
**knew** 39:24 41:3 52:4
52:8
**Knollwood** 1:10
**know** 5:12,19 10:25
11:16 12:25 13:10
13:17,18 14:11,18
14:19,25 15:22
16:16 18:11 20:2
22:5 23:14 24:3,10
24:11,17 25:16
26:10 28:13 31:16
33:25,25 35:12,24
38:22 39:17,18,22
40:13,23 42:3,5
43:2,6,7,12 44:19
46:6,24 52:19,22
56:8 58:18,20,22
63:17 64:18,22
66:15,20,21,23
**KONINKLIJKE** 1:7

**L**

**L** 3:1 8:6,19,22 68:2
69:11
**landed** 55:24
**landing** 13:12 14:10
**lawsuit** 5:20
**layover** 14:9,14,16
15:25
**leaving** 13:16
**LEFLAND** 2:13
**left** 12:11 13:7 17:24
18:24,25 61:3,4
**leg** 9:20
**legal** 46:4
**length** 58:7
**letter** 57:17,17,19,25
58:2 61:12,15 62:3
62:5,7,8,11,15,20
62:24 63:8,17,21
64:23,25 69:20
**letters** 57:14
**Let's** 12:10 33:23
41:14
**life** 57:4
**LINE** 69:16 71:6
**listen** 60:20
**LLP** 2:4,10

**located** 26:3
**location** 25:11
**long** 12:22,24 13:10
14:9,16 17:18 21:2
31:11 33:21 34:5,5
34:9,10,12,16 36:7
36:10 37:23 40:10
40:13 42:18,20
43:17 59:16 60:25
62:13
**longer** 13:5,8
**look** 16:25 19:18
25:21 26:9 32:21
60:20 65:16 66:7,12
**looked** 16:13 31:11
37:8 41:18,19 50:12
63:5
**looking** 10:12 11:25
12:4 18:10 19:22
22:7,12 35:22 50:9
**looks** 20:12
**lot** 13:5 35:23 41:6
**LUCHTVAART** 1:7

**M**

**M** 8:9,22,24 68:2
69:13
**MAATSCHAPPIJ**
1:7
**MacDonald** 51:10
**man** 25:24 33:24
34:19 35:20 36:11
36:17,24 37:5 38:5
38:8 39:5 47:23
**manner** 6:12
**MARISSA** 2:13
**mark** 6:19 8:2
**marked** 6:21 7:3 8:5
8:8 10:9 16:23
44:17 57:7 65:11,12
**marriage** 70:18
**matter** 70:20
**McGowan** 14:8 44:23
44:24
**meal** 13:25
**mean** 6:4,9,11 9:10
11:14,22 19:21 20:2
25:5,16 30:20 31:25
32:8 33:15 37:13
49:23 50:15,25 54:6
63:13 66:8
**meant** 19:4
**medical** 7:25 42:7,14
43:3 46:13 47:12,16
52:12 56:12,12

**medically** 58:12
**Meenagh** 2:4,7 7:24
8:19,23 10:19 16:17
19:3 22:21,23 23:5
28:11 31:8 34:14,18
40:14 42:10 44:15
46:4,8,10 47:7,9
52:22,24 53:9 57:22
60:6,8 62:18,25
63:10 64:12 66:8
67:2
**mentioned** 48:9
51:21 59:7 61:11
**middle** 12:12
**mind** 21:6
**mine** 13:22
**minute** 31:15,17
**minutes** 21:17,19
34:11,23,24 35:2
36:9 37:2,25 38:3
38:10 40:16,17
42:21,21 43:20,21
**missed** 51:13,14
**missing** 34:8
**moment** 65:3
**money** 52:11 56:13
**month** 7:16,17
**morning** 10:5 11:22
13:9 20:15
**multiple** 50:6

**N**

**N** 2:2,13 3:1 65:11,13
66:7 68:2,2 69:2,14
**Nairobi** 9:24 13:5
55:25
**naively** 39:18
**name** 4:9,15 41:22,25
46:19,22,23 51:9
61:22,24
**names** 14:7
**near** 55:14
**necessarily** 11:14
**need** 4:25 5:6,11
**needed** 48:24 49:2
58:12
**negligence** 45:24 46:2
**never** 28:3 55:11
**new** 1:3,11,18 2:6,12
2:12 4:5,14 13:3,6
14:2 23:17 48:18
50:24 54:6,10 56:4
56:5,20 64:6 68:4
70:3,9
**nice** 41:19 55:7

**night** 11:23 12:11,12
  55:14
**nighttime** 12:13
**Nodding** 5:4
**North** 2:5 4:13
**Notary** 1:17 4:4
  68:24 70:9 71:25
**noted** 67:5
**notes** 48:3 70:16
**Notice** 1:18
**number** 14:11
**N.V** 1:7

**O**

**O** 3:1 68:2
**oath** 3:8 68:9
**objections** 3:13
**occurred** 5:23
**offered** 62:16
**office** 49:10
**officer** 3:7,10
**oh** 13:18 18:16 25:22
  35:5 43:24
**okay** 5:13 8:2,23 9:3
  10:15 11:18 12:14
  20:10 21:5,15 22:10
  24:17,20 25:2,4,24
  31:10 34:22 40:16
  42:11,12,20 45:18
  52:24 57:22 59:7
  63:6 66:5,22 67:2
**once** 31:5 61:9
**operating** 38:9
**opportunity** 65:20
**opposed** 6:5
**order** 17:13 24:10
  31:21 32:20
**Orthopedic** 8:17
**outcome** 70:19
**outfit** 38:14 41:3
**outside** 11:8
**overnight** 11:12,15
**o'clock** 12:11 13:7

**P**

**P** 2:2,2,7 3:1
**PAGE** 69:4,9,16 71:6
**paid** 53:22
**pain** 35:24
**paperwork** 49:15
**parked** 51:17
**art** 17:4 18:19,20
  46:2,24
**particular** 25:11,13
  27:5 61:21

**parties** 3:4 70:18
**pass** 23:13 56:2
**passenger** 19:18 34:3
**passengers** 22:18
  25:12 32:5,8
**passes** 54:7,10
**passing** 55:21
**pass-through** 15:16
**pay** 40:2 52:15 53:2
  53:12 55:9 63:19
**paying** 39:17 40:5
  52:11 63:16
**payment** 9:15 54:2
**people** 11:13 19:11
  20:6 22:5 26:25
  27:4 30:24,25 38:20
  39:16 40:19 41:6
  43:4,7,7,11,12
  47:18 58:8
**period** 33:15 48:9
**perpendicular** 20:8
**person** 24:15 25:5,8
  25:21 35:15 36:16
  36:22 61:21
**personally** 56:24,25
**phone** 51:19 62:5
**photo** 19:6 22:25
**photograph** 16:25
  17:25 18:10,25
  20:12 22:8,12,19
  26:6 32:22,23 44:16
  44:20,22,25 45:15
  45:25
**picking** 51:16
**picture** 17:25 22:24
  45:4,5,6,7,10,22
**place** 1:16 70:12
**Plains** 1:11
**Plaintiffs** 1:5,15 2:5
  4:3
**PLAINTIFF'S** 69:9
**plane** 23:12,14 24:4,9
  39:12 51:15 59:16
  59:17
**please** 4:9,11 5:8,12
  7:4 60:11
**Plus** 35:14
**point** 20:23 30:4
  54:25 61:5
**pointing** 22:7 26:5
**possession** 7:12 9:4
  48:20
**Poughkeepsie** 2:6
**pretty** 28:11 37:10
**prior** 10:22 15:2 21:2

  30:9,11,19 31:3
**probably** 13:13,16
  14:25 15:2 17:20
  43:11,25 47:6 51:4
  51:8
**problem** 56:8
**problems** 56:4,6
**produced** 8:12 47:8
  53:8 62:21
**proof** 9:15
**property** 46:17
**provided** 66:19
**Public** 1:17 4:5 68:24
  70:9 71:25
**purchase** 6:2,4,8,17
  7:19,19
**purchased** 6:13
**pursuant** 1:18
**push** 29:16,18
**putting** 50:14,15
**p.m** 1:12 11:3,16 67:5
**P.O** 2:6

**Q**

**question** 5:10 12:3
  21:5,9 31:9 36:15
  40:15 42:11 46:5
  54:18 60:9 63:16
**questions** 4:23,23 5:2
  5:7 65:23 66:25
**quick** 31:5
**quickly** 37:23
**quite** 10:25 11:2
  43:20

**R**

**R** 2:2 70:2 71:2,2
**read** 5:15 65:16,20
  68:9
**reading** 10:20
**realize** 39:21
**really** 22:22 34:5,5
  59:18
**reason** 60:3 71:6
**recall** 9:22 10:3,15
  11:5,7,18,21 12:15
  13:11 14:9 15:8
  16:14 17:13,18,21
  18:7,21 19:10,14,17
  19:21 20:3,7,17,20
  21:2,12 23:3,22
  25:15,19 26:11,14
  26:23 27:11 28:14
  28:16,18,21,25
  31:11 32:5,11,13,14

  32:17,19 33:3,5,8
  33:21 36:10 37:5,8
  37:17,20,22,23
  38:16,23 40:18 41:8
  41:12,17,21,24 42:2
  43:17 44:3,4,9,11
  46:19 48:2,11,13
  49:16,22 50:5,9,18
  51:7,11 52:11,17
  53:19,22 54:13,21
  55:13 61:12,20
  62:10,14
**receipt** 62:15
**receipts** 9:10 53:4,25
  69:18
**receive** 46:12
**received** 9:2 46:14
  52:12 62:10
**receiving** 54:13
**recess** 65:8
**recollection** 10:13,16
  12:2,5
**record** 4:9,12 5:3,5
  7:5,8 8:13 16:6,8,12
  17:3 22:8 26:5
  68:11,13
**records** 7:25
**red** 18:12
**refer** 9:18 58:15
**referred** 14:6 30:5
  59:10
**referring** 8:20 22:9
  22:17 34:11 44:13
  53:16 56:7 58:16
  59:4
**refers** 5:22
**refresh** 10:12,16
  11:25 12:4
**regarding** 50:22
  63:22
**reimbursed** 63:19
**relate** 7:23
**related** 8:15 70:17
**relating** 9:9,11
**relation** 14:23 32:23
**remember** 10:7,21
  11:11,13 12:17,22
  13:16 14:3,22 16:18
  16:19 17:23 18:6
  21:10 22:2,3,4
  23:21,24 25:22,23
  25:24 26:22,25
  27:13,14,15 38:12
  38:15 39:10 40:22
  43:6 45:12 47:3

  48:23 49:11,12,13
  49:15,19,19 50:4
  51:18,25 54:20,23
  54:25 55:3,4,11,19
  55:21,23 60:2 61:24
  62:17
**repeating** 9:7 54:17
**rephrase** 5:9
**report** 48:24
**reporter** 1:17 5:3
  6:24 8:8,10 65:15
  70:8
**represent** 4:17
**REQUEST** 47:11
  53:11 63:7
**REQUESTS** 69:16
**reservations** 6:15
**reserved** 3:13
**respective** 3:4
**response** 61:25 62:13
  62:14
**result** 56:16 58:18
**return** 64:6,9
**returned** 48:10 49:18
  50:23 54:18,24 64:5
**returning** 9:19
**reviews** 7:6 10:10
  57:8 65:18 66:3
**re-book** 59:14,20
**re-booked** 59:12
**ride** 53:15
**right** 9:17 14:15 16:4
  16:18 18:12,16,17
  19:4,5,8 22:13,14
  22:18,18,20,24
  23:18 26:6 29:11,13
  32:22,24 37:3,4
  47:24 48:19,19
  58:17 64:10 66:2
**Road** 1:10
**room** 46:15,16,20
  47:5 58:14,19 69:17
**rows** 20:8,10
**royal** 1:8 4:17 5:24
  26:12,12
**rude** 58:8 59:8,9
**runway** 23:15

**S**

**S** 2:2 3:1,1 69:7 71:2
**safari** 9:20
**sake** 48:16
**sat** 17:6,10
**satisfaction** 40:7
**saw** 27:4 29:12 30:19

30:19 34:10 42:23
49:20
saying 5:4,4 33:3,5
60:21 66:17
says 11:3,16 12:20
26:23
scheduled 12:16 21:3
Schiphol 46:21
sealing 3:5
search 47:10 53:10
62:19,23 63:4
seat 31:4,6,22
seated 17:14 18:13
20:18 30:21,22
31:19
seating 17:14
seats 29:25 32:21,23
33:2
second 54:11,18,24
55:5,20
seconds 31:14,17
secure 58:13
security 55:22 56:2
see 12:10 21:24 26:18
29:18,21 30:4,16,23
31:7,21 32:20 33:13
33:18,23 41:14 45:9
48:3,5 52:7 62:20
seeing 19:17 20:17
26:25 32:5,11 37:5
49:16 50:18
seen 57:10
send 7:14 57:14
58:14 61:15,25 63:8
sending 61:20
sent 57:23 61:18
63:11
sequence 29:5
serious 39:21
set 70:21
seventeen-hour 14:13
shirt 18:12 37:14
shopping 14:20,20
Shorthand 1:16 70:8
shoulder 43:25 44:8
show 6:16
showing 7:19 8:11
10:8 16:22 54:4
57:6 65:10
side 22:18
signed 3:7,9
gns 18:7
similar 54:21
similarly 62:23
sit 16:15,20 20:6 35:7

sitting 14:4 17:19
19:5 28:25 30:16
35:8 54:25
six 15:6,9
skirt 38:14
sleeping 11:8,13
smart 39:19
somebody 21:24 23:3
23:9,11 25:10,15,19
28:5 33:21 34:16
36:6 40:2,9 51:4
59:7 60:12
soon 38:19
sorry 9:7 14:14 31:25
54:17
sorts 37:16
source 66:16
SOUTHERN 1:3
spaghetti 14:4
speak 5:6 39:4 47:17
51:20 61:15 63:8,21
64:4
specifically 9:20 14:3
21:10
speculative 28:12
spent 63:20
spoke 39:8 40:19
47:21,22 51:23
64:18,23
spoken 64:13
Square 2:11,11
ss 68:5 70:4
stand 23:14
standing 17:21 29:2,3
start 24:19
started 29:7 41:2
state 1:17 4:5,9,11
68:4 70:3,9
Statement 8:8 69:11
statements 57:14
STATES 1:2
station 49:9
stayed 13:15
staying 10:23 13:20
13:23,25
stenographic 70:16
stenographically
70:15
stent 58:13,15 59:5
sticking 14:12
STIPULATED 3:3
3:12
stomach 35:5 37:11
stop 60:19
straight 47:12

Street 2:5
stubs 54:7
subject 5:19
submitted 63:14
Subscribed 68:22
71:22
substantiating 54:2
summarize 5:22
supposed 21:8,9,11
24:9 51:6
sure 4:21 6:9,12 11:9
38:15 46:3,7 47:2
59:3 63:5 65:22
surgery 8:18
sweater 37:15,15
sworn 3:7,9 4:4 68:22
70:13 71:22
sympathy 62:17

---

**T**

T 3:1,1 68:2 69:7
70:2,2 71:2,2
tags 41:22,25
take 23:13 29:15
31:21 33:11 39:24
42:17 44:24 45:14
47:22 53:17,18
64:10 65:7,16,16
taken 1:16 3:10 61:5
65:9 68:9 70:15
71:4
takeoff 14:10
talk 39:11 41:9 50:13
60:25 61:8
talked 39:11,12
talking 34:19 40:11
48:4 63:24
tall 28:16
taxi 53:17,18
taxicab 53:14,15
teacher 56:20
telephone 6:10 51:2
television 16:15
tell 5:8 25:10 43:8,10
51:5 58:2 59:15,22
59:25
telling 21:24 22:5
25:16,19 48:23
49:12
ten 15:7,19 40:17
41:13 42:21 43:20
43:21 53:21
testified 4:6 60:23
testimony 68:9 70:11
70:14,14

text 66:6,7,16
Thank 9:3 16:5 67:3
things 11:11 56:21
think 8:21 9:24,24
10:21 12:18,21 13:4
13:4 14:4,19,20
17:16 18:23 19:24
20:10,11,19 21:9,23
22:3,4 23:4,5,8
24:16 26:2,15,16,20
27:6,7,17,21 30:19
35:8,20,21,22,25,25
36:5,6 37:9,10
38:12,13,14,14,18
39:14 40:6 41:5,19
42:16 43:9,24 44:7
47:20 48:15,22,23
48:25 49:3,24 50:8
50:12 51:17,18
52:19 53:21 56:3
57:23 58:9 59:11
60:18 61:3,4,4,5,7
61:18,23 62:25 63:3
63:10 64:8,17,21
65:5
thinking 12:24 19:23
20:2,3 21:7 22:2
24:3 39:19 52:20,21
third 35:14
thirty 38:10
Thompson 1:16 70:8
70:24
thought 18:19,19
36:14 39:18,22 43:8
45:23 58:7,8
three 13:21 16:16
39:2
ticket 6:17 7:19 54:7
54:7
tickets 6:2,8,13 7:20
9:11,16
time 1:15 3:14 5:11
10:3 11:21 12:7,16
15:3 29:24 32:25
33:15,17 34:5,6,9
34:10,16 36:2,5,14
36:20 39:9 43:18
47:15 48:25 50:7
51:21 52:7 55:24
58:7 59:17 62:13
64:5,10 65:2,7,17
66:19 67:5 70:12
times 2:11,11 15:7,9
15:13,18,22
today 5:4 7:23 8:12

told 25:13 48:23
51:12
top 50:19
touch 29:16,19
Tower 2:11
transaction 53:5
transcript 5:5,16
68:9,11
transcription 70:16
transportation 5:23
6:3 9:10,12,16,19
9:21
travel 6:14 7:14 9:25
15:2,4,21 61:19,21
63:11
traveled 15:6,8
traveling 13:19
treat 58:12
treatment 8:5,16,25
52:12,15 56:12
69:11,18
trial 1:14 3:14
tried 35:25
trip 6:3 7:10 15:15,22
16:2
tripped 29:9,9,23
33:9 45:5
trips 15:14 16:3
trousers 37:14
true 68:11,14 70:15
try 35:19 36:2
trying 34:4,8 35:8,9,9
35:10,12,12 40:2,7
40:8 41:4 42:16,18
59:15
turn 30:15
turned 29:7 31:22,23
32:2 35:7
twenty 34:23,24 35:2
36:9,25 38:10 41:16
41:16
twice 15:12,21,21,23
two 8:3 13:22 14:6
15:2,14,23 16:3
40:20,21 41:9,17
42:23 47:19 52:20
59:10,12,22 60:15
60:25
type 28:9 50:5
typed 66:17

---

**U**

U 3:1
um 5:4
um-hm 22:16 55:8

understand 5:8,9
uniform 26:13,14,24
  27:10,20 37:15,18
uniforms 27:2 43:12
UNITED 1:2
upgrade 55:9
upset 58:3
use 20:14
usually 24:14

**V**

V 71:4
vaguely 47:2
verbalize 4:25

**W**

W 68:2
Wait 34:14
waiting 16:11,13 17:4
  17:7 18:3,8 19:11
  19:22 23:19 30:8,13
  30:14,20 48:15 52:2
  52:8 54:19,22 55:2
waived 3:6
walk 24:22 29:7 41:2
  41:8 43:20
walked 24:5,6,7,11
  24:11,18 25:6,9
  43:14
walkie-talkie 35:21
walking 36:18
wall 18:20 19:24
Walsh 1:4,4,14 4:2
  4:10,15 5:1,15 6:1
  6:25 7:1,4,11 8:1,11
  9:1,7,18 10:1,8 11:1
  12:1 13:1 14:1 15:1
  16:1,9,22 17:1,9
  18:1 19:1,10 20:1
  21:1 22:1,6 23:1
  24:1 25:1 26:1 27:1
  28:1 29:1,4 30:1
  31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1
  43:1 44:1,19 45:1
  46:1,12 47:1 48:1
  49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1
  56:11 57:1 58:1
  59:1 60:1 61:1 62:1
  63:1 64:1 65:1,10
  66:1,6 67:1 68:8,16
  69:5 70:11 71:3,4
  71:21

Walsh's 8:4 69:11
want 21:13 39:23
  45:7 54:12
wanted 45:4,5,6,9,10
  45:21,22,23,25
  60:19
wasn't 12:24 15:16
  34:3 35:23 39:19
  53:23 59:18
watching 29:24
Water 2:5
way 21:8 22:15 24:8
  24:8,12,18,22,23
  29:16,19 53:21 58:3
  58:3,5,11,20 70:19
ways 11:2,2
wearing 26:11 27:2
  28:23 41:21,25
  47:23
went 6:14 16:11
  29:10 35:22,25 36:2
  39:11,11 42:8,9,12
  42:15,15 46:15,20
  47:16 48:14,17,22
  49:6 54:19 61:3,7,8
  64:10
weren't 39:24 40:24
  51:5
WESTCHESTER
  70:5
whatsoever 9:8
WHEREOF 70:21
White 1:11
windows 18:22,23
witness 7:6 10:10
  57:8 62:25 65:18
  66:3 69:4 70:13,21
woman 25:25 26:2,9
  27:8,14 28:22 30:4
  31:12 32:15,20
  38:13,16 39:7
women 13:21 14:6
  39:14,15 40:20,21
  41:9,17 42:23 47:19
  59:10,10,12,22
  60:15 61:2
word 46:21
words 10:4
work 28:9 56:16
worked 26:25 27:9
  27:18,21 33:25 34:2
  41:4 43:11 47:18
works 27:24 28:5
wouldn't 21:12 24:5
write 48:21 50:6

  63:21
writing 48:4
written 57:13 69:20
wrong 60:12,24
wrote 57:17,17,25,25
  61:13 64:23,25

**X**

x 1:3,9 69:2,7

**Y**

yards 41:13,13,15,16
yeah 21:23 34:22
years 15:7,20 16:16
York 1:3,11,18 2:6
  2:12,12 4:5,14 13:3
  13:6 14:2 23:17
  48:18 50:24 54:6
  56:5,20 64:7 68:4
  70:3,9
young 33:24 34:19
  35:20 36:11,17,24
  37:5,10 38:5,8 39:5
  47:22

**0**

09 1:6

**1**

1 1:1
1:30 12:9
10 10:1
10036 2:12
1031 2:6
11 11:1 69:17,18
11th 70:22
12 12:1
12533 4:14
12602 2:6
13 13:1
135 2:5
14 14:1
15 15:1
16 16:1
17 14:11 17:1
18 18:1
1803 1:6
19 19:1

**2**

2 2:1
2:11 1:12
20 20:1
2007 5:24
2010 1:12 68:10,23

  70:22 71:4,23
21 21:1
22 22:1
23 23:1
24 24:1
25 25:1
26 26:1
27 27:1
28 28:1
29 29:1

**3**

3 3:1
30 30:1
31 31:1
32 32:1
33 33:1
34 34:1
35 35:1
36 36:1
37 37:1
38 38:1
39 39:1
399 1:10

**4**

4 4:1 69:5
4:05 67:5
40 40:1
41 41:1
42 42:1
43 43:1
44 44:1
45 45:1
46 46:1
47 47:1 69:17
48 48:1
49 49:1

**5**

5 5:1
5:00 14:17
50 50:1
51 51:1
52 52:1
53 53:1 69:18
54 54:1
55 55:1
56 56:1
57 57:1
5702 4:13
58 58:1
59 59:1

**6**

6 6:1 69:10
6:00 14:17
60 60:1
61 61:1
62 62:1
63 63:1 69:20
64 64:1
65 65:1 69:14
66 66:1
67 67:1
68 68:1
69 69:1

**7**

7 2:11 7:1 68:10
  69:20
7:00 14:17
70 70:1
71 71:1

**8**

8 1:12 8:1 69:11,13
  71:4
8:00 14:18
8:55 11:3,16 12:20,23

**9**

9 9:1 12:11 13:7

 arc                                    ARC Document Retriev

Welcome csheeran                                                      D

## Ticket Detail

| | | |
|---|---|---|
| Agency Code Number: 22677001 | Date of Issue: 31MAY07 | Tour Code: | PED: 03JUN07 |
| Airline/Document Number: 012 7026236301 | Record Locator: 37LIZR/1A | FCMI: K | Ref Nbr: 07-06-1-6 |
| Passenger Name: WALSH/BRIAN MR | Form of Payment: CASH | Booking Agent ID: DA | Seq Nbr: 6670 |
| ETKT Indicator: Y | ESAC: | Commission Rate: 0.00 | Commission Amoun |

| CPN | Stopover Code | From | To | Carrier/ | Flight/ | Class | Depart Date | Depart Time | Fare Basis/T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | X | JFK | AMS | KL | 0642 | T | 05JUL07 | 0540P | THTNT4 B |
| 2 | O | AMS | JRO | KL | 0569 | T | 06JUL07 | 1040A | THTNT4 B |
| 3 | X | JRO | AMS | KL | 0569 | T | 20JUL07 | 0855P | THTNT4 B |
| 4 | O | AMS | JFK | KL | 0641 | T | 21JUL07 | 0130P | THTNT4 B |

Fare Calculation: NYC KL X/AMS Q120.00KL JRO M/BT THTNT4/BT899 KL X/AMS KL NYC Q120.00 M/BT THTNT4/BT899 END XT
12.28RN11.06CJ8.00HY7.00XY5.50YC5.38VV5.00XA2.50AY4.50XFJFK4.5
Endorsement/Restrictions: NW/KL ONLY NONREF NONENDO
International Sale Indicator:
Frequent Flyer:

| Fare | USD |  |
|---|---|---|
| Tax | US | |
| Tax | TZ | |
| Tax | XT |  |
| Total | USD | |

The data for each document image is displayed in ticket detail format, even if it was originally printed in a different format. The format o
document does not change its validity. Certain data on this document may be replaced by ******** for security reasons.

 CLOSE

© Copyright 2009 ARC. All rights reserved.



 arc                                    ARC Document Retriev

Welcome csheeran                                                                    D

## Ticket Detail

| | | | |
|---|---|---|---|
| Agency Code Number:  22677001 | Date of Issue: 31MAY07 | Tour Code: | PED: 03JUN07 |
| Airline/Document Number: 012 7026236300 | Record Locator: 37LIZR/1A | FCMI: K | Ref Nbr: 07-06-1-6 |
| Passenger Name: WALSH/BARBARA MRS | Form of Payment: CASH | Booking Agent ID: DA | Seq Nbr: 6669 |
| ETKT Indicator: Y | ESAC: | Commission Rate: 0.00 | Commission Amou |

| CPN | Stopover Code | From | To | Carrier/ | Flight/ | Class | Depart Date | Depart Time | Fare Basis/T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | X | JFK | AMS | KL | 0642 | T | 05JUL07 | 0540P | THTNT4 B' |
| 2 | O | AMS | JRO | KL | 0569 | T | 06JUL07 | 1040A | THTNT4 B' |
| 3 | X | JRO | AMS | KL | 0569 | T | 20JUL07 | 0855P | THTNT4 B' |
| 4 | O | AMS | JFK | KL | 0641 | T | 21JUL07 | 0130P | THTNT4 B' |

Fare Calculation:  NYC KL X/AMS Q120.00KL JRO M/BT THTNT4/BT899 KL X/AMS KL NYC Q120.00 M/BT THTNT4/BT899 END XT
12.28RN11.06CJ8.00HY7.00XY5.50YC5.38VV5.00XA2.50AY4.50XFJFK4.5
Endorsement/Restrictions:  NW/KL ONLY NONREF NONENDO
International Sale Indicator:
Frequent Flyer:

| Fare | USD |
|---|---|
| Tax | US |
| Tax | TZ |
| Tax | XT |
| **Total** | **USD** |

The data for each document image is displayed in ticket detail format, even if it was originally printed in a different format. The format c
document does not change its validity. Certain data on this document may be replaced by ******** for security reasons.





[CLOSE]                                                                              

© Copyright 2009 ARC. All rights reserved.

Walsh, Brian

Account #:  877098

01/28/08 – Brian comes in today.  CT scan shows good healing of the lateral condylar fracture.  However, there are extensive osteophytes, extensive degenerative arthritis, and loose bodies.  He is discouraged.  He is 6 months status post ORIF.  He has persistent pain and loss of extension.  Actually I thought he has done well after the surgery considering the degree of arthritis he had in his elbow preoperatively.  He is 6 months from his surgery.  He has lost a little bit more motion but his main complaint is pain which is a problem.

I had a long discussion with Brian about it.  The issues here would be to wash out his elbow, possible corticosteroid injection which probably would be temporary.  Ultimately, he will need a total elbow replacement.  He knows this.  I told him of this even before I operated on him.  At this point, I recommend he wait and he will see me in 3 to 4 months' time.


Joseph DiGiovanni, M.D.

JDG/mq:ro



DEFENDANT'S
EXHIBIT
1/8/10
CT
PENGAD 800-631-6989

Walsh, Brian                    Account #:  877098

11/13/07 – Brian comes in today.  He is four months status post ORIF of the lateral condyle fracture with pre-existing severe degenerative arthritis due to two previous surgeries, which include a radial head excision and fascial ORIF.  He is now having some persistent lateral pain.  Repeat x-ray showed good healing.  Hardware is intact.  His range of motion is good.  It goes from proximally negative 20-25 degrees to 110 degrees.

PLAN:  At this point, possibly recommend corticosteroid injection and we will see how he does with that.  Today, he does not want it and he will call and will let us know.


Joseph DiGiovanni, M.D.

JDG/rr:ro

Walsh, Brian                    Account #: 877098

10/11/07 - Brian is almost three months status post open reduction and internal fixation of lateral condyle fracture, intraarticular distal elbow fracture with preexisting severe degenerative osteoarthritis due to two previous surgeries with radial head excision.  He is doing well with range of motion except for his pain level.  He still has quite a bit of pain. Flexion is to 110, extension to -50.

Repeat x-rays show again a little bit of a lucency but otherwise there is callous.

At this point, I will see him in five weeks time for repeat x-ray.


Joseph DiGiovanni, M.D.

JD/je

Walsh, Brian                              Account #:  877098

09/10/07 – Brain comes in today, now 2 months status post ORIF of a lateral condyle fracture with a preexisting severe degenerative osteoarthritis of his elbow due to two previous surgeries.  He has had a radial head excision and previous fracture.  He is actually doing well.  Range of motion is returning.  He will continue flexion exercises.

X-Ray:  X-rays were taken today.  The lateral condyle fracture is still visible, although some consolidation is seen.

Plan:  Continue protective range of motion exercises and we will see him in 1 month's time.


Joseph DiGiovanni, M.D.

JDG/rm:ro

Walsh, Brian                          Account #:  877098

08/06/07 – Two weeks status post ORIF of lateral condyle fracture right elbow.  X-rays
taken.  There is good and satisfactory alignment.  There is some depression of a piece
which was intraarticular.  This was an arthritic elbow to begin with.

PLAN:  At this point, he will start therapy.  I want to see him in three to four weeks` time
for repeat x-ray.


Joseph DiGiovanni, M.D.

JD/fc/ac

Walsh, Brian                         Account #:  877098

07/26/07 – Brian Walsh comes in today.  The dressings were saturated.  No hematoma.
Dressing change.

Plan:  He will be seen in 10 days for suture removal.


Joseph DiGiovanni, M.D.

JDG/rr:ro

Walsh, Brian                          Account #:  877098

07/23/07 – Brian comes in today.  A 59-year-old who tripped in the Amsterdam airport
when he injured his right elbow.  He was taken to Amsterdam University Hospital where
he was treated, evaluated, and splinted for an intraarticular distal humerus fracture.  He
comes in today.  This occurred on Saturday.

Medical history:  None.

Surgical history:  Prostate surgery, rotator cuff, Achilles, tendon repair.

Allergies:  None.

Medications:  Vicodin.

He does not smoke.  He drinks occasionally.

PHYSICAL EXAMINATION:
On examination today, his elbow is swollen and ecchymotic.  Of interest, he is a
significant history on this elbow.  He has 2 incisions, one laterally and one posteriorly.
He has had 2 operations.  He said 40 years ago, he had an operation.  He had a radial
head excision.  On examination again, he has a full neurologic examination.  No
numbness and tingling.  The elbow is swollen.

X-RAYS:  X-rays do reveal an intraarticular distal humerus fracture, mostly of the lateral
condyle.  There is significant degenerative osteoarthritis.  He did not have a great motion
to begin with.

PLAN:  He was instructed that he will need surgery.  He will lose more motion and more
arthritis.  We will schedule him A.S.A.P.

Joseph DiGiovanni, M.D.

JD/we

# DANBURY SURGICAL CENTER

_An Affiliate of SCA_ _____   73 Sandpit Road, Suite 101 • Danbury, CT 06810-4041 • (203) 743-2400

## OPERATIVE REPORT                    CASE NO.   47019

**Patient Name:**  Brian Walsh       **Surgeon:**  Joseph DiGiovanni, M.D.     **Date of Surgery:**  07/25/07

**Diagnosis:** Pre-op:  Right intraarticular distal humerus fracture of the lateral condyle.
Postop:  Same.

**Procedure:** Open reduction and internal fixation.

Anesthetic:  Interscalene block.

Complications:  None.

Procedure:  The patient was brought to the operating room.  After induction of interscalene block anesthetic, the right upper extremity was prepped and draped after he was placed in the lateral decubitus position left side down.  At this point, the posterior incision was made curving it laterally.  Dissection was carried out through subcutaneous tissue to the triceps fascia.  The superficial fascia was incised and now the triceps was taken off the lateral aspect of the humerus and retracted medially.  The fracture was seen to go obviously into the joint, which was evident on the radiographs and therefore a hematoma was removed.  At this point, a lag screw was placed from lateral to medial first reducing the fracture and then lagging it.  After this was done, an Acumed lateral locking plate was placed on the lateral aspect secured proximally first and then distally with three locking screws and one non-locking and then superiorly with all three non-locking screws, which were bicortical in fixation.  After this was done, this was done under fluoroscopy to ensure appropriate length, as well as placement of the screws and this was ___.  The screws were in the appropriate placement, as well as being of the appropriate length and after this was done it was copiously irrigated after the screws were placed in the holes.  They were irrigated because we threaded the holes.  These were locking screws, which had to be threaded into the plate and after all the irrigation was performed, the final x-rays were taken with the fluoroscope and the superficial fascia above the triceps was closed with #0 Polysorb, then the subcutaneous with #2-0 and #3-0 and the skin with staples.  Sterile dressing was applied.  The patient tolerated the procedure and brought to the recovery room in good condition.

_____
                                    Signature of Surgeon

JD: rab:drb
Job#: 05-00778123

**Michael G. Brand, M.D.**
**Michael J. Craig, M.D.**
**Robert T. Deveney, M.D.**
**Joseph DiGiovanni, M.D.**
**Craig R. Foster, M.D.**

**D. Ross Henshaw, M.D.**
**Roger J. LaGratta, M.D.**
**Daniel O. Southern, M.D.**
**Michael Spiegel, M.D.**
**Ronald Tietjen, M.D.**

**(203) 797-1500**
**226 White Street, Danbury, CT 06810**
**73 Sand Pit Road, Danbury, CT 06810**
**10 South Street, Ridgefield, CT 06877**
**22 Old Waterbury Road, Southbury, CT 06488**
**131 Kent Road (Rt 7), New Milford, CT 06776**

TO WHOM IT MAY CONCERN: _____ DATE: _11-13-07_

THIS IS TO CERTIFY THAT ___Brian Welsh___

IS/HAS BEEN UNDER MY CARE FOR ___R Elbow___

AND SHOULD BE EXCUSED FROM ___Sport + Wellness___

FROM ___1-25-07___ TO ___11-13-07___

YOURS VERY TRULY,

ProForma #1099 Rev. 8/06



*Northeast Radiology*

Patient Name: Brian  Walsh
Date of Birth: 02/29/1948
Exam Date: 01/24/2008

MRNO: 77107
Accession: 858669

JOSEPH DIGIOVANNI, MD
226 WHITE STREET
DANBURY, CT 06810

CT scan of the right elbow with 3 dimensional reformats

History: Status post ORIF of elbow fracture, elbow pain

Technique: Helical acquisition was performed at 3 mm intervals. Interpretation was performed utilizing a dedicated three-dimensional work station

Findings: There is a lateral fixation plate along the distal humerus. Multiple threaded screws are identified. There is no suspicious lucency along the threaded screws to indicate loosening. No residual fracture lucency is identified. There are severe degenerative changes of the elbow joint involving the articulation of the humerus and ulna. There appears to have been prior resection of the radial head. Several small ossicles are identified anteriorly adjacent to the distal humerus and could represent intra-articular loose bodies or non-united small fracture fragments, the largest of these measure 10 mm each in greatest dimension. It may be possible to distinguish between loose bodies and non-united fracture fragments utilizing CT arthrography if clinically warranted. Extensive osteophytes are present at the level of the elbow.

No soft tissue fluid collections or mass lesions are identified.

Impression:

Status post ORIF at the distal humerus and resection of the radial head

Severe degenerative changes of the elbow

Possible intra-articular loose bodies

Thank you for referring this patient.

DANBURY ORTHOPEDIC ASSOCIATES
226 WHITE STREET
DANBURY          CT 06810-6814

| | MasterCard | VISA | DISCOVER | |
|---|---|---|---|---|
| CARD NUMBER | | | AMOUNT | |
| SIGNATURE | | | EXP. DATE | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 02/25/09 | .00 | 877098 |

SHOW AMOUNT
PAID HERE          $

Patient:   BRIAN WALSH

| ADDRESSEE: | REMIT TO: |
|---|---|
| BRIAN WALSH<br>5702 CHELSEA COVE N<br><br>HOPEWELL JUNCTION NY 12533 | DANBURY ORTHOPEDIC ASSOCIATES<br>226 WHITE STREET<br>DANBURY          CT 06810-6814<br>203-743-3505 |

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**STATEMENT**          PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMEN
P-9/0

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/23/07 | OFFICE/OUTPATIENT VISIT; | DIGIOVAN | 149.00 | | | |
| 08/09/07 | AETNA PAYMENT | | | | 97.06- | |
| | CO-PAYMENT STILL DUE | | | | | |
| 08/09/07 | CONTRACTUAL ADJUSTMENT | | | | 36.94- | |
| 09/06/07 | CHECK PAYMENT - THANK YOU | | | | 15.00- | .00 |
| | | | | | | |
| 07/23/07 | PLASTALUME/STACK SPLINT | DIGIOVAN | 14.00 | | | |
| 09/18/07 | AETNA PAYMENT | | | | .00 | |
| | PYMT INCL IN THE ALLOW FOR ANOT PROC. | | | | | |
| 10/01/07 | CONTRACTUAL ADJUSTMENT | | | | 14.00- | .00 |
| | | | | | | |
| 07/26/07 | POST OPERATIVE VISIT | DIGIOVAN | .00 | | | .00 |
| | | | | | | |
| 07/25/07 | REPAIR HUMERUS FRACTURE | DIGIOVAN | 2623.00 | | | |
| 08/16/07 | AETNA PAYMENT | | | | 1130.73- | |
| 08/16/07 | CONTRACTUAL ADJUSTMENT | | | | 1492.27- | .00 |
| | | | | | | |
| 08/06/07 | POST OPERATIVE VISIT | DIGIOVAN | .00 | | | .00 |
| | | | | | | |
| 08/06/07 | X-RAY ELBOW, AP & LAT | DIGIOVAN | 110.00 | | | |
| 08/24/07 | AETNA PAYMENT | | | | 32.52- | |
| | CO-PAYMENT STILL DUE | | | | | |
| 08/24/07 | CONTRACTUAL ADJUSTMENT | | | | 67.48- | |
| 09/24/07 | CHECK PAYMENT - THANK YOU | | | | 10.00- | .00 |
| | | | | | | |
| 09/10/07 | POST OPERATIVE VISIT | DIGIOVAN | .00 | | | .00 |
| | | | | | | |
| 09/10/07 | X-RAY ELBOW, AP & LAT | DIGIOVAN | 110.00 | | | |
| 09/27/07 | AETNA PAYMENT | | | | 32.52- | |
| 09/27/07 | CONTRACTUAL ADJUSTMENT | | | | 67.48- | |
| 11/02/07 | CHECK PAYMENT - THANK YOU | | | | 10.00- | .00 |

CONTINUED

PAGE 1



DEFENDANT'S
EXHIBIT
M 1/8/10
CT
PENGAD 800-631-6989

DANBURY ORTHOPEDIC ASSOCIATES
226 WHITE STREET
DANBURY          CT 06810-6814

| | MasterCard | | VISA | | DISCOVER | | |
|---|---|---|---|---|---|---|---|

CARD NUMBER

SIGNATURE                                          AMOUNT

                                                   EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 02/25/09 | .00 | 877098 |

SHOW AMOUNT
PAID HERE  $

Patient:  BRIAN WALSH

| ADDRESSEE: | REMIT TO: |
|---|---|
| BRIAN WALSH<br>5702 CHELSEA COVE N<br><br>HOPEWELL JUNCTION NY 12533 | DANBURY ORTHOPEDIC ASSOCIATES<br>226 WHITE STREET<br>DANBURY          CT 06810-6814<br>203-743-3505 |

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
                                                                    P-9/0

| Date | Description | Provider | Charge | Payment/Adj | Balance |
|---|---|---|---|---|---|
| 10/11/07 | POST OPERATIVE VISIT | DIGIOVAN | .00 | | .00 |
| 10/11/07 | X-RAY ELBOW, AP & LAT | DIGIOVAN | 110.00 | | |
| 11/01/07 | AETNA PAYMENT | | | 32.52- | |
| 11/01/07 | CONTRACTUAL ADJUSTMENT | | | 67.48- | |
| 12/05/07 | CHECK PAYMENT - THANK YOU | | | 10.00- | .00 |
| 11/13/07 | OFFICE SERVICE EXPANDED | DIGIOVAN | 87.00 | | |
| 11/13/07 | COPAYMENT | | | 15.00- | |
| 12/03/07 | AETNA PAYMENT | | | 46.97- | |
| 12/03/07 | CONTRACTUAL ADJUSTMENT | | | 25.03- | .00 |
| 11/13/07 | X-RAY ELBOW, AP & LAT | DIGIOVAN | 110.00 | | |
| 12/03/07 | AETNA PAYMENT | | | 42.52- | |
| 12/03/07 | CONTRACTUAL ADJUSTMENT | | | 67.48- | .00 |
| 01/28/08 | OFFICE SERVICE EXPANDED | DIGIOVAN | 87.00 | | |
| 01/28/08 | COPAYMENT | | | 15.00- | |
| 02/14/08 | AETNA PAYMENT | | | 46.97- | |
| 02/14/08 | CONTRACTUAL ADJUSTMENT | | | 25.03- | .00 |

Balance Due >>          .00

PAGE 2

Klachtnr.:
d.d. binnenkomst CCC: 21/07
d.d. ontv. bev. klager :

Klachtnr.:
d.d. binnenkomst CCC : 18/07
d.d. ontv. bev. klager :

**Complaint**

(dictated by telephone 21/07/2007 to Lynn van der Velden, A/PS/CSI/CC)

Name: Mr. B. Walsh
Address: 5702 Chelsea Cove North,
         Hopewell Junction, N.Y.
         12533 U.S.A.
         Tel. 001-845-226-7278

Complaint:

Mr. Walsh was boarding his flight – KL0641 – at Gate D07 when he tripped over a low railing that was not clearly indicated. He fell, injuring his elbow. Security personnel called Airport Medical Services,  but, as AMS refused to come to the gate and refused to send transportation, Mr. Walsh was escorted by someone from Security to the First Aid. He was assured by Security personnel that his flight would wait, so his two traveling companions remained at the gate.

Airport Medical Services suspected a fracture, but had no splint material, so arranged for Mr. Walsh to be examined at the VU. He was obliged to take a taxi to get there. His arm was x-rayed, a fracture was ascertained. His arm was put into a cast, and he will need further medical treatment when he arrives home in New York.

The flight did not wait, and Mr. Walsh and his companions were waiting for standby seats on the next flight to JFK when he called the Customer Contact centre to register his complaint.

He demands compensation - €60 for the taxi to the VU, and €400 for the treatment he received – from Amsterdam Airport Schiphol.


DEFENDANT'S
EXHIBIT
N 18/10
CT